UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
              v.               )        Cr. No. 01-10384-MLW
                               )
GARY LEE SAMPSON               )

ORDER

WOLF, D.J.                                      October 29, 2001

It is hereby ORDERED that:

1.    Defendant Gary Lee Sampson shall promptly cause retained counsel to file an appearance in this case or request the appointment of counsel pursuant to 18 U.S.C. § 3005, which provides for the appointment of counsel upon request by a defendant indicted for a capital crime.

2.    The Federal Public Defender shall promptly recommend at least two attorneys for possible appointment to represent Sampson. See 18 U.S.C. § 3005.  At least one such attorney must have been admitted to the bar of the United States District Court for the District of Massachusetts for at least five years and have at least three years experience in the actual trial of felony prosecutions in this Court.  See 21 U.S.C. § 848(q)(5).  In addition, at least one such attorney shall be knowledgeable about and experienced in the defense of death penalty cases.  See 18 U.S.C. § 3005.[1]

---

[1]The court understands that it may, for good cause, appoint more than two attorneys to represent Sampson.  See 18 U.S.C. § 848(q)(7).

3.    A hearing will be held on November 5, 2001, at 2:15 p.m., to:

a)    Conduct an initial appearance pursuant to Federal Rule of Criminal Procedure 5.

b)    Address any issues concerning the appointment of counsel.  See 18 U.S.C. § 3005.

c)    Conduct an arraignment pursuant to Federal Rule of Criminal Procedure 10.

d)    Address the question of whether defendant should be detained pending trial.  See Fed. R. Crim. P. 46 and 18 U.S.C. § 3141 et seq.

e)    Determine whether defendant wishes to waive his right to automatic discovery and, if not, to discuss any foreseeable issues concerning discovery.  See Local Rules, U.S. Dist.Ct.Mass. 116.1 et seq.

4.    Counsel shall during the pendency of this case comply with, among others, Rule 83.2A of the Local Rules of the United States District Court for the District of Massachusetts, which relates to the Release of Information by Attorneys.

_____
UNITED STATES DISTRICT JUDGE