UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )     CRIMINAL NO. 01-10384-MLW
        v.                      )
                                )
GARY LEE SAMPSON                )

<u>NOTICE OF APPEARANCE</u>

Supervising Assistant Federal Public Defender J. Martin Richey, hereby files an appearance on behalf of defendant Gary Lee Sampson.

/s/ J. Martin Richey

J. Martin Richey
  B.B.O. #559902
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

I, J. Martin Richey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)on June 25, 2008.

/s/ J. Martin Richey

J. Martin Richey