SITENAME

*Tab1*

# Sampson's Parents Say 'Sorry'

## *Son Accused Of Murdering Three People*

The parents of a man accused of a killing two Massachusetts men and one New Hampshire man are apologizing for their sons actions.



In a tearful interview, the father of Gary Sampson (pictured, left) said that he and his wife want to say that they are sorry to the families of those allegedly killed by their son.

Sampson's parents told reporters Thursday that they began having trouble with their son when he was in his early teens.

Sampson is accused of murdering Jonathan Rizzo, 19, and Philip McCloskey, 69, both of Massachusetts, and Robert "Eli" Whitney, 59, of Penacook, N.H.

**Previous Stories:**

- August 3, 2001: Wife Was 'Blinded' By Gary Sampson's Charm