Tab 3

2-26

Mo / Christine Park
- She doesn't know his parents
- This is North Abington Center -
- George Whiting - Lawyer - South Abington Center
  - left on 123
  Town Hall - S. on Rte 18 - to lights - Garden
  Center - at Chenie red. - No. Toward High School
  A friend on Ewing St - her who knows family
  Que: births
  - when family lived on Walnut - + Charlotte
    was pregnant w/ A - she had a very
    bad fall - + couldn't get up
    - later part of pregnancy
  We went to school together -
    - Junior HS + HS
    What's the early childhood center now was
    a Junior HS
  - Brother is in South Plymouth
  - What like in Jr. HS + HS - ? always in
    trouble - she kept her distance from his
    reputation @ school?
  We weren't in the same class - she was a
    year ahead of him
  Teachers @ school now who were then? (or retired)
  - Mr. Graham - History - lives up the street
    (lives in Country Wales + 58 )
    (Jr. HS) 7th grade
  Mr. Mrs. Ouvall - possibly - woman @ middle school - Italics
    Man @ HS - History
  Haggerty - may be on Rte. 58 -

  Would have been described as "hyper"
  I x I dated a guy who was manic-depressive
  - was really maniac - that was how A was
  People who knew him said he was always
  like that -

His father - have heard - was always just
getting him out of trouble -
- Did that w/ both boys -
A has problems w/ anyone w/a uniform -
We hung around w/ some of the same people
δ      Billy Keeney ;
- the "group of clowns" - Steve Bray ,
some ~~that~~ Heikala (?) ; Kirk Key
✱   North River Collaborative -
- an alternative school used by Abington
- Vocational trg.      (Spring St. -- in Rockland)
- doesn't know about Southeastern Academy
She had no direct contact w/ Gary until this
happened
Her brother - knew him - Stephen Park '
✶   - he might know people who know Gary
- lives in Abington on Pilgrim St. -
( 781 - 878 - 2659 )
As a Jehovah's Witness - she decided to
reach out to him - she wrote him a letter
- in Aug. 2001 - about 3 wks after arrest
- ~~the~~ - her 1st letter got tossed - & she think of
[ Dale lawyer to check on his mail ]
She sent him Watchtowers
Mid - Sept or early Sept - he wrote to her
she        - he didn't know who I was @ 1st
has        - It was like a confessional
letters    - told her what he did
Over X - has definitely displayed
feelings of remorse - understand wrongfulness
- over Xmas particularly
She has seen an evolution in him / growth
- he uses the Scriptures but gave him
in his life - to slow down, to think about
things

She 1st visited him as soon as they lifted
his sanctions - late Nov. -
1st visit? I was nervous
- I was never scared of him
- he was talkative -
He is doing Bible Studies
She has an outline of some of what they discussed
w/ him re: religion — what she's written
[a few people in her church know] has copies of some letter
Q Mr. his acceptance of his mental illness
- he goes back & forth re: his understanding

He does drawings for me in letters
He's looking for God's forgiveness for what he's done
He had been looking for God before I wrote
She's been a Witness 7-9 yrs.

Why Δ?
- I couldn't sleep until I wrote to
him - wanted to write immediately
- took me 3 wks
I had this feeling he was bipolar -
- know so many people who are
I never saw him is as a killer — even tho
he was in trouble
Has seen him 2-3 xs /wk since last
Nov. - ½ hr. = 1 hour or more-
As a teen - he was drinking & using drugs
Michael Emery - lives on Vernon
- may know stuff
Vice Principal HS - Walder Pastus  Pastor
(High School may know where he is)