TAB 4

PATIENT'S RECORD

# BROCKTON HOSPITAL
## OUT PATIENT DEPARTMENT
### EMERGENCY ROOM

Service _____

Unit # _____ 0 3 - 27 - ___

☐ FIRST VISIT

Date _____ 2/16/84

☐ TRANSFER OF        Date _____
☐ LA VIE

☐ IN PT ADMISSION    Date _____

Time ____ 10 am

NAME ____ _____    ____    ____    ____        ☐ S   ☐ W   ☐ SEP.
         (LAST)      (FIRST)  (MIDDLE)  (MAIDEN)      ☐ M   ☐ D

Home Address ____ 25  ____ Walnut  St.  Abington        Tr 85141
                      (STREET)        (CITY)   (TOWN)      (TELEPHONE)

☐ Own   ☐ Rent                    How Long At This Address ____ 7 years

Married Or _____    _____    Fell down stairs

Age _____ Date Birth    **REDACTED**    Birthplace ____ Swingworth  Race W  Sex M

Occupation _____    Employer ____ Town Abington  How Long 3 years

Nearest Relative _____    _____    Relationship Parents

Address _____    Phone _____

_____ Mother - Abington Police

Bills To Go Where _____    If AID, What Category _____

Insurance _____    Workman's Comp. (Industrial) _____

Blue Shield ☐
Blue Cross ☐ Certificate # ____ 2 x 506

Subscriber's Name ____ Blue Cross ____ First

Insurance _____

Referring Physician _____    Attending Physician _____

Person Taking Data ____ First xll

History of Accident or Injury: (State Date, Place, Type of Injury, Site of Injury)

_____

**"DISCHARGED"**

Hospital, Brockton, Mass

| RADIOLOGY NO. | MO. DAY YR. | |
|---|---|---|
| 0-79-15 | 12.22.71 | |

NAME  Sampson, Gary

**BROCKTON HOSPITAL**
**DEPARTMENT OF RADIOLOGY**
**RADIOLOGIC CONSULTATION**

FLOOR/CLINIC

SUBSCRIBER _____

BLUE CROSS    YES_____ NO_____ NO. _____
BLUE SHIELD   YES_____ NO_____ NO. _____
INSURANCE CO._____ NO. _____
MEDICARE NO._____
PATIENT'S BIRTH DATE_____
IF ACCIDENT, DATE_____

FULL NAME   Sampson, Gary

ADDRESS

AGE  1_    SEX

| | EXAMINATION REQUESTED | FILMS | | CODE NO. | ARRIVAL TIME: |
|---|---|---|---|---|---|
| **MEDICAL RECORD** | | 14x17 | DENTAL | | |
| | | 11x14 | OCCLUSAL | | |
| | | 10x12 | CINE | | COMPLETION TIME: |
| | | 8x10 | VIDEO TAPE | | |
| | | 14x14 | OTHER | | |
| | | TECHNICIAN'S INITIALS | | | FILMS RELEASED TO: |

PREVIOUS X-RAYS_____ WHEN?_____ BH_____ ELSEWHERE_____
ANY KNOWN ALLERGY?  YES_____ NO_____ IF SO, WHAT_____

| CLINIC INFORMATION | DATE: |
|---|---|

| WALK | CHAIR | LITTER | PORTABLE |
|---|---|---|---|

I CERTIFY THAT THE ABOVE-NAMED PATIENT
REQUIRES HOSPITAL SERVICES FOR DIAG-
NOSTIC STUDY AND/OR MEDICAL TREATMENT.

WHITE G

— DO NOT USE RED INK —

ATTENDING PHYSICIAN · NAME OR SIGNATURE
THIS LINE MUST ALWAYS BE COMPLETED.

Sampson, Gary   12-22-71

UGI SERIES:  Examination of the esophagus and stomach reveals no extrinsic nor
intrinsic abnormality.  A small amount of food is present in the stomach.  The
duodenal bulb distends well, there is no evidence of chronic or active ulcer disease.
The duodenal loop has a normal configuration and the visualized portion of the small
bowel a normal pattern.

Impression:  Negative upper GI series.

Uve F. Hublitz, M. D., Radiologist/emb   12-22-71

05360

# BROCKTON HOSPITAL

## Outpatient and Emergency Departments

T'S RECORD

510

Service_____

Unit #_____

Date **7/11/67**

Time **7:10pm**

YES NO
- ☑ ☐ FIRST VISIT
- ☐ ☐ IN - PT. ADMISSION

Date of Previous Visit_____

Date_____

NAME **Sampson, Gary Lee**

(LAST)   (FIRST)   (MIDDLE)   (MAIDEN)

☐ S   ☐ W   ☐ SEP.
☐ M   ☐ D

Home Address **6 Crosley St. North Abington**   Telephone **878-5141**

☐ Own   ☐ Rent   How Long At This Address_____   Religion **prot.**

Age **7½**   Birth Date **Oct 17, 1959**   Birthplace **So Shore S. Wey.**   Race **W**   Sex **f**  **m**

Occupation Of Person Responsible **Truck driver**   Employer **Bay State Ice Cream**   _____ **Yrs.**

Employer's Address **Randolph St. No. Abington**   How Long_____

Occupation of Spouse **--**   Employer_____

Employer's Address **Elvert. H.**   How Long_____

Nearest Relative **--**   Relationship **Father**

(IF PATIENT IS MINOR BOTH PARENTS FIRST NAME)

Address **same**   Telephone_____

Brought By **father**   Bills To Be Paid By **BcBs**   If Aid, What Category_____

Address **--**

Insurance **yes**   Workman's Comp. (Industrial)_____

Blue Shield ☑
Blue Cross ☑ Certificate No. **180506**   Subscriber's Name **1860506 Elvert. H.**   Medicare, Soc. Sec. #, Or Other I.D. **yes**

Referring Physician_____   Attending Physician_____   Person Taking Data_____

PRESUMED CAUSE OF INJURY **? Lacer. on top of head.   ? fell off bike. lac. to right knee**

HISTORY OF ACCIDENT OR INJURY:_____

THE BROCKTON HOSPITAL

CLINIC VISITATION SHEET

NAME   SAMPSON, GARY

DATE OF BIRTH  9      10/17/59

ADDRESS   33 BAY STATE CIRCLE

NO. ABINGTON, MASS.

UNIT NO.

INSURANCE:  BC-BS #    1860506           MEDICARE #              MED. INS. (CIRCLE)  YES   NO
OTHER                                     MEDEX #

SUBSCRIBER   ELBERT-FA.

EMERGENCY ROOM    9/14/68    2:15PM   ?LAC. LEFT SIDE OF HEAD

3 sut    T.·/ ·-·5·c·    JM/ernon

True & complete copies
Alpna F. Battista
Brockton Hospital

05362