Page 1
**JILL MILLER, MSSW**

Forensic Social Work Services 7818 Big Sky Drive, Suite 210B
Madison, Wisconsin 53719
(608) 833-6289
FAX (608) 833-5344

Tab 2

## STATEMENT

**TO:** Attorney David Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042

**RE:** Fees for professional services rendered to date in
U.S. v. Gary Sampson

**DATE:** March 20, 2002

| Date (hours) | Services | Time | |
|---|---|---|---|
| 09-25-01 | Review material; talk to attorney | .3 | |
| 10-05-01 | Review memo; draft response memo | .3 | |
| 11-06-01 | Talk to attorney | | .2 |
| 11-17-01 | Review materials | | .3 |
| 11-19-01 | Set up file | | .1 |
| 11-26-01 | Talk to attorneys; draft memo; review materials | 1.1 | |
| 11-27-01 | Review materials; call to expert; talk to attorney | .6 | |
| 11-30-01 | Review memo; draft response memo | .1 | |
| 12-03-01 | Review materials | | .3 |
| 12-04-01 | Review materials | | .4 |
| 12-10-01 | Talk to attorney | | .1 |
| 12-17-01 | Review materials; talk to attorney | .7 | |

Page 2

| Date | Description | | |
|---|---|---|---|
| 12-19-01 | Review materials | | .4 |
| 12-21-01 | Review materials | | .4 |
| 12-31-01 | Review materials | | .7 |
| 01-01-02 | Review materials | | .2 |
| 01-16-02 | Talk to attorney | | .1 |
| 01-19-02 | Review materials | | .3 |
| 01-21-02 | Review materials; talk to attorney | .4 | |
| 01-22-02 | Talk to attorney's office | .1 | |
| 01-23-02 | Make travel arrangements; review materials; talk to social worker | | 1.6 |
| 01-24-02 | Review materials; draft memo | .1 | |
| 01-25-02 | Review materials; talk to attorney's office | .1 | |
| 01-28-02 | Talk to attorney; make travel arrangements | .2 | |
| 01-29-02 | Review and plan; organize file for trip; talk to attorney | .7 | |
| 01-30-02 | Travel; meet with attorneys; review materials | 11.3 | |
| 01-31-02 | Meet with client; talk to attorney | 8.8 | |
| 02-01-02 | Meet with attorney; review and plan; review materials; travel | 10.7 | |
| 02-04-02 | Talk to attorney's office | .1 | |
| 02-05-02 | Team conference call | | .8 |
| 02-07-02 | Call to collateral source; review file; talk to collateral sources | 1.3 | |
| 02-08-02 | Calls to attorneys; talk to attorney | .3 | |
| 02-11-02 | Talk to collateral source; plan; draft memo; FAX materials; talk to attorney | 1.1 | |
| 02-13-02 | Talk to collateral sources; talk to attorney; plan | 1.2 | |