Tab 3

2-26

Mrs/ Christine Parks
— She doesn't know his parents
— This is North Abington Center —
— George Whiting — Lawyer — South Abington Center
    — left on 143
    Town Hall — S. on Rte 18 — to lights — Garden
    Center — at Chenie red. — Jun No. Towards High School
    A friend on Ewing St — her who knows family
    Q re: births
— When family lived on Walnut — + Charlotte
    was pregnant w/ A — she had a very
    bad fall — & couldn't get up
    — later part of pregnancy
    We went to school together —
    — Junior HS + HS
    Who's the early childhood center now was,
    a Junior HS
— Brother is in South Plymouth
— What like in Jr HS + HS — ? always in
    trouble — she kept her distance from his
    reputation @ school?
    We weren't in the same class — she was a
    year ahead of him
    Teachers @ school now who were then? (or retired)
    — Mr. Graham — History — lives up the streets
        (lives on corner of Wales + 58  (
        (Jr. HS) 7th grade
    Mr. Mrs Ourall — possibly — woman @ middle school — Italian
                                    Man @ HS — History
    Haggerty — may be on Hwy. 58.

    Would have been described as "hyper"
    [I] I dated a guy who was manic-depressive
        — was really manic — that was how A was
    People who knew him said he was always
    like that —

His father - now heard - was always just getting him out of trouble -

- Did that w/ both boys -

A has problems w/ anyone w/a uniform -

We hung around w/ some of the same people

Billy Keeney ;

- the "group of clowns" - Steve Bray, some ~~that~~ Heikala (?) ; Kikker

North River Collaborative -

- an alternative school used by Abington
- Vocational trg.    (Spring St. - in Rockland)

- doesn't know about Southeastern Academy

She had no direct contact w/ Gary until this happened

Her brother - knew him - Stephen Park '

- he might know people who know Gary
- He's in Abington on Pilgrim St. -

(781-878-2659)

As a Jehovah's Witness - she decided to reach out to him - she wrote him a letter

- in Aug. 2001 - about 3 wks after arrest
- ~~he~~ - her 1st letter got tossed - & she think of [she lawyers to check on his mail]

She sent him Watchtowers

Mid - Sept or early Sept - he wrote to her

- he didn't know who I was @ 1st
- It was like a confessional
- told her what he did

Over X - has definitely displayed feeling of remorse - understand wrongfulness - over Xmas particularly

She has seen an evolution in him / growth

- he uses the Scriptures but gave him in his life - to slow down, to think about things

She 1st visited him as soon as they lifted
 his sanction - late Nov. -

1st visit? I was nervous
  - I was never scared of him
  - he was talkative -

He is doing Bible Studies

She has an outline of some of what they discussed
 w/ him re: religion   ~ what she's written
  [a few people in her church know]   per copies of some letter

Q re: his acceptance of his mental illness
  - he goes back + forth re: his understanding

He does drawings for me in letters

He's looking for God's forgiveness for what he's done
  He had been looking for God before I wrote

She's been a Witness 7-8 yrs.

Why Δ?
  - I couldn't sleep until I wrote to
 him - wanted to write immediately
  - took me 3 wks

 I had this feeling he was bipolar -
  - know so many people who are

 I never saw him in as a killer - even tho
 he was in trouble

Has seen him 2-3 xs / wk since last
 Nov. -  ½ hr. = 1 hour or more -

 a teen - he was drinking + using drugs

Michael Emery - lives on Vernon
  - may know stuff

Vice Principal HS - Walden Pastens  Pastor
  (High School may know where he's)