TAB 4

PATIENT'S RECORD

# BROCKTON HOSPITAL
## OUT PATIENT DEPARTMENT
### EMERGENCY ROOM

Service _____

☐ FIRST VISIT

Unit # _0 J - 2 y - ? ?_

☐ ☑ TRANSFER OF   Date _____
☐ ☑ LA VIE

Date _2/16/64_

☐ ☑ IN PT ADMISSION   Date _____

Time _10 am_

NAME _____    _____   _____   _____    ☐ S  ☐ W  ☐ SEP.
(LAST)        (FIRST)   (MIDDLE)  (MAIDEN)   ☐ M  ☐ D

Home Address _25. ...lnut St. Abington_   Tr 6 5141
(STREET)        (CITY)    (STATE)   (TELEPHONE)

☐ Own   ☐ Rent

How Long At This Address _7 years_

**REDACTED**

Age _9_   Birth Date _____

Business _Swingsworth_   Room _IV_ _M_

Occupation _____   Employer _Town Abington_   How Long _3 years_

Relationship _Parents_

Address _____   Phone _____

_Mother - Abington Police_

If AID, What Category _____

Insurance _____   Workman's Comp. (Industrial) _____

Blue Shield ☐
Blue Cross ☐ Certificate # _2 6 5 6 6_

Subscriber's Name _Blue Cross_ _E. Burt_   Insurance _____

Referring Physician _____   Attending Physician _____

Person Taking Data _First ill_

History of Accident or Injury: (State Date, Place, Type of Injury, Site of Injury)

_... direct left + Rt bow of head — has swelling_
_int. only  typ + ear etc neg. Nl reg -_
_... Skull. Neg. back home_

"**DISCHARGED**"

Hospital, Brockton, Mass.

| RADIOLOGY NO. | MO. | DAY | YR. |
|---|---|---|---|
| 0-70-12 | 12 | 22 | 71 |

NAME    Sampson, Gary

**BROCKTON HOSPITAL**
**DEPARTMENT OF RADIOLOGY**
**RADIOLOGIC CONSULTATION**

FLOOR/CLINIC

FULL NAME    Sampson, Gary

ADDRESS

SUBSCRIBER _____

BLUE CROSS    YES_____ NO_____ NO. _____

BLUE SHIELD    YES_____ NO_____ NO. _____

INSURANCE CO. _____ NO. _____

MEDICARE NO. _____

PATIENT'S BIRTH DATE _____

IF ACCIDENT, DATE _____

AGE    SEX

| | EXAMINATION REQUESTED | FILMS | | CODE NO. | |
|---|---|---|---|---|---|
| **MEDICAL RECORD** | | 14x17 | DENTAL | | ARRIVAL TIME: |
| | | 11x14 | OCCLUSAL | | |
| | | 10x12 | CINE | | COMPLETION TIME: |
| | | 8x10 | VIDEO TAPE | | |
| | | 14x14 | OTHER | | |
| | | TECHNICIAN'S INITIALS | | | FILMS RELEASED TO: |

PREVIOUS X-RAYS_____ WHEN?_____ BH_____ ELSEWHERE_____

ANY KNOWN ALLERGY?  YES_____ NO_____ IF SO, WHAT_____

| CLINICAL INFORMATION | DATE: |
|---|---|
| | |

| WALK | CHAIR | LITTER | PORTABLE |
|---|---|---|---|
| | | | |

I CERTIFY THAT THE ABOVE-NAMED PATIENT REQUIRES HOSPITAL SERVICES FOR DIAGNOSTIC STUDY AND/OR MEDICAL TREATMENT.

WHITE G

— DO NOT USE RED INK —

ATTENDING PHYSICIAN · NAME OR SIGNATURE
THIS LINE MUST ALWAYS BE COMPLETED.

Sampson, Gary    12-22-71

UGI SERIES:  Examination of the esophagus and stomach reveals no extrinsic nor intrinsic abnormality.  A small amount of food is present in the stomach.  The duodenal bulb distends well, there is no evidence of chronic or active ulcer disease. The duodenal loop has a normal configuration and the visualized portion of the small bowel a normal pattern.

Impression:  Negative upper GI series.

Uve F. Hublitz, M. D., Radiologist/emb    12-22-71

05360

# BROCKTON HOSPITAL
### Outpatient and Emergency Departments

'S RECORD

/510

Service_____

Unit #_____

| | | Date of | | |
|---|---|---|---|---|
| YES NO | | Previous Visit_____ | | Date 7/11/67 |
| ☑ ☐ FIRST VISIT | | | | Time 7:10pm |
| ☐ ☐ IN - PT. ADMISSION | Date_____ | | | |

NAME Sampson, Gary Lee
(LAST)    (FIRST)    (MIDDLE)    (MAIDEN)

☐ S    ☐ W    ☐ SEP.
☐ M    ☐ D

Home Address 6 Crosley St. North Abington    Telephone 878-5141

☐ Own    ☐ Rent    How Long At This Address_____    Religion prot.

Age 7½    Birth Date Oct 17,1959    Birthplace So Shore S. Wey.    Race W    Sex f— m

Occupation Of Person Responsible Truck driver    Employer Bay State Ice Cream

Employer's Address Randolph St. No. Abington    How Long 7yrs.

Occupation of Spouse --    Employer_____

Employer's Address Elvert H.    How Long_____

Nearest Relative    Relationship Father
(IF PATIENT IS MINOR BOTH PARENTS FIRST NAME)

Address same    Telephone_____

Brought By father    Bills To Be Paid By BcBs    If Aid, What Category_____

Address --

Insurance yes    Workman's Comp. (Industrial)_____

Blue Shield ☑    180506    1860506 Elvert H.
Blue Cross ☑ Certificate No.    Subscriber's Name    Medicare, Soc. Sec. #, Or Other I.D. yes

Referring Physician_____    Attending Physician_____    Person Taking Data_____

PRESUMED CAUSE OF INJURY ? Abrasion on top of head    ? fell off bike. lac. to right knee

HISTORY OF ACCIDENT OR INJURY:

F 212 (REV. 1/66)

THE BROCKTON HOSPITAL

CLINIC  VISITATION  SHEET

NAME    SAMPSON, GARY

DATE OF BIRTH  9      10/17/59

ADDRESS    33 BAY STATE CIRCLE

NO. ABINGTON, MASS.

UNIT NO.

INSURANCE: BC-BS #    1860506        MEDICARE #        MED.INS.(CIRCLE) YES  NO
           OTHER                     MEDEX #

SUBSCRIBER    ELBERT-FA.

EMERGENCY ROOM    9/14/68    2:15PM    ?LAC. LEFT SIDE OF HEAD

3 sut    T.I.-5 cc    JM/Jornan

*True & complete copies*

*Wyona F. Battista*

*Brockton Hospital*

05362