# SOUTH SHORE HOSPITAL
## SOUTH WEYMOUTH, MASSACHUSETTS

# ADMISSION RECORD

| DATE OF ADMISSION | TIME | | | | | | | HOSPITAL NUMBER |
|---|---|---|---|---|---|---|---|---|
| 10-13-73 | 1:40P | | | | | | Ped. Spvr. | 315336 |

**LAST NAME:** Sampson  **FIRST NAME:** Gary  **MIDDLE INT.:** L

**ADDRESS:** 33 Bay State Cir. Abington  **ZIP CODE:** 02351  **AGE:** 14  **DATE OF BIRTH:** REDACTED  **BIRTHPLACE:** Weymouth  **SEX:** M

**TELEPHONE DAY:** 878-5141  **RELIGION:** Prot.  **CHURCH:** Cong.  **MARITAL STATUS:** S

**RELATIVE OR FRIEND TO NOTIFY:** Elbert  **RELATIONSHIP:** Father  **ADDRESS:** Same

**DOCTOR:** R. Alemian  **DR'S CODE:** 0154

**EMPLOYER (PATIENT):** Student

**PROVISIONAL DIAGNOSIS:** Comp. Fracture L 2   Fell off bicycle

**BLUE CROSS:** ☒ YES ☐ NO  **CERTIFICATE #:** 1860506  **SUBSCRIBER'S NAME:** Elbert

| ☐ 1 MALE SUB | ☐ 2 FEMALE SUB. | ☐ 3 MALE SPOUSE | ☐ 4 FEMALE SPOUSE | ☒ 5 MALE CHILD UNDER 19 | ☐ 6 FEMALE CHILD UNDER 19 | ☐ 7 MALE DEP. 19 & OVER | ☐ 8 FEMALE DEP. 19 & OVER |
|---|---|---|---|---|---|---|---|

**PERSON FINANCIALLY RESPONSIBLE FOR PAYMENT OF BILL:**

**EMPLOYER:** Town of Abington Fire Dept

**SIGNED:** Elbert H Sampson  **ARRANGED WITH:** Father

I AGREE TO BE RESPONSIBLE FOR PAYMENT OF ALL BILLS WEEKLY IN ADVANCE FOR ABOVE PATIENT AT THE HOSPITAL'S ESTABLISHED RATE

| FINAL DIAGNOSIS | CODE NUMBER |
|---|---|
| Compression Fracture L-2 | 805.2 |

**COMPLICATION**

**OPERATION**

**M.D.**

| RESULT | ☐ RECOVERED | ☐ IMPROVED | | ☐ NOT TREATED | ☐ DIED | ☐ RELEASED AGAINST ADVICE |
|---|---|---|---|---|---|---|
| CONSULTATION | ☐ YES ☐ NO | | ☐ YES | | ☐ YES ☐ NO | INFECTIONS ☐ YES ☐ NO |
| DISPOSITION | ☐ HOME ☐ OTHER NURSING HOME OR INST. ☐ AGAINST MEDICAL ADV. | | | | ☐ ECF | ☐ DIED AUTOPSY |

# ADMISSION RECORD

MEDICAL RECORDS

| ADMISSION NO. ER0480500 | 10-13-73 | | SERVICE | | | | 9999 | Dr. Whiting-Abi. Abington | BROUGHT BY Abington Fire | TIME 12:09 | ER NO. 54 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LAST NAME Sampson | FIRST NAME Gary | L | 33 Bay State Cir, Mass | | | | | PHONE NUMBER 878-5141 | MARITAL STATUS ☑ □ □ □ □ | |
| SOCIAL SEC. NO./MEDICARE NO. | ALPHA | AGE 14 | SEX M | BIRTHDATE REDACTED | | RELIGION P | ORIGINAL DATE OF INJURY 10-13-73 | | ☑ INITIAL TREATMENT □ FOLLOW UP CARE | |

| BILL TO (LAST NAME) Sampson | FIRST NAME Elbert | H | STREET ADDRESS S/A | | CITY STATE | | ZIP CODE 02351 | PHONE NO. |
|---|---|---|---|---|---|---|---|---|

| SUBSCRIBER'S NAME Elbert Sampson | BLUE CROSS NUMBER 1860506 | | | | 1. MALE SUB □ 2. FEMALE SUB □ | 3. MALE SPOUSE □ 4. FEMALE SPOUSE □ | 5. MALE CHILD UNDER 19 ☑ 6. FEMALE CHILD UNDER 19 □ | 7. MALE CHILD 19 AND OVER □ 8. FEMALE CHILD 19 AND OVER □ |
|---|---|---|---|---|---|---|---|---|

| MED'D NO | WELFARE ADDRESS | | CITY/STATE | | IDENTIFICATION NO. | | FINANCIAL COVERAGE | P | V |
|---|---|---|---|---|---|---|---|---|---|
| OTHER INSURANCE COMPANY | | ADDRESS | | | IDENTIFICATION NO. | | SELF PAY | 1 | |
| | | | | | | | BC BS | 2. | ✓ |
| EMPLOYER Town of Abington- Firefighter | | ADDRESS | | | PHONE NO. | | MEDICARE PUBLIC AID | 3 4. | |
| | | | | | | | COMPENSATION | 5 | |
| RELATIVE, FRIEND, PARENT, GUARDIAN Mother: Charlotte | | ADDRESS | | | PHONE NO. | | MED'D OTHER INS | 6 7 | ■ |

| BRIEF HISTORY | Mother sts: pt .. while riding a bike. over a ramp..fell.. injury to neck and back.. | PHYSICIAN ON DUTY Dr. HARVIE | NOTIFIED FAMILY M.D. □ YES □ NO |
|---|---|---|---|

| CONDITION ON ARRIVAL | □ GOOD □ FAIR □ CRITICAL | TEMP | PULSE | RESP | BLOOD PRESSURE |
|---|---|---|---|---|---|

**PHYSICAL FINDINGS**

Pt alert oriented — able to move all ext —
D.T.R. intact —
abd + cremasound reflex intact —
tenderness post C-spine & post lumbar
spine region — sl decrease in Bowel Sounds

| TO: | LAB ☑ | X-RAY ☑ | ECG ☑ | DRUGS □ | OTHER □ |
|---|---|---|---|---|---|

**TREATMENT**

□ TET-TOX 0.5cc

cervical + lumbar X-Ray — L2 compression
fx L2 — C/2 in fit —

SIGNED H Basile R.

| DIAGNOSIS Fx L2 Compression |
|---|

| PHYSICIAN'S SIGNATURE | M.D. | NOTIFIED □ RELATIVE □ POLICE □ CORONER | NOTIFIED BY |
|---|---|---|---|
| BC CODE | DISPOSITION ☑ HOME □ ADMITTED TO HOSPITAL □ REFERRED FAMILY M.D. □ OTHER | | TIME |

| DEPT. | SERVICE | AMOUNT | DEPT. | SERVICE | AMOUNT | DEPT. | SERVICE | AMOUNT | DEPT. | SERVICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | E/R | 9 — | 54 | LAB | | 56 | | | 45 | DRUGS | |
| 51 | X-RAY | 48 — | 54 | LAB | | 42 | | | 45 | DRUGS | |

| PHYSICIAN'S FOLLOW UP INSTRUCTIONS | |
|---|---|
| CONDITION ON DEPART | |
| GOOD FAIR CRITICAL | PATIENT'S SIGNATURE M.D. |

| EMERGENCY AND OUTPATIENT RECORD | SOUTH SHORE HOSPITAL SOUTH WEYMOUTH, MASS. | RECORD ROOM |
|---|---|---|

**DISCHARGE SUMMARY:**

ADMITTED: 10-13-73
DISCHARGED: 10-18-73

This 14 year old boy was admitted on 10-13-73 when he fell off a bike and injured his back. He complained of pain in the lumbar region, x-rays showed a compressionfracture of L2. Neurological exam was unremarkable.

He was placed on bedrest and put in a high chairback brace. The brace arrived and he was up and about on the brace. On 10-18 he was discharged to be followed as an out patient/

DR. ALEMIAN

**ORDER OF RECORDING**

1. Date and time of examination

2. State of positive findings noted previously

3. New signs and symptoms

4. Complications

5. Changes of impression or diagnosis

6. Record of treatment given

7. Results of treatment

8. Signature of physician making observations

SAMPSON, GARY
315336
12-3-73
TR. 12-21-73
DR. ALEMIAN

PROGRESS NOTES

B.S.N. 202 — PHYSICIANS' RECORD CO., BERWYN, ILLINOIS—61175

**HOSPITAL REGULATION: All Positive and Important Negative Findings Shall be Recorded.**

Date_____ Hour_____ a.m. / p.m.

**ORDER OF RECORDING**

1. Chief Complaint
2. History of Present Illness
3. History of Past Illness
   a) childhood
   b) adult
   c) operations
   d) injuries
4. Family History
5. Social History
6. Systemic Review
   a) General
   b) Skin
   c) Head-Eyes-Ears-Nose-Throat
   d) Neck
   e) Respiratory
   f) Cardio-vascular
   g) Gastro-intestinal
   h) Genito-urinary
   i) Gyneco-logical
   j) Locomotor
   k) Neuro-psychiatric
7. Signature

CC

HPI

AMA

ROS

HISTORY

SAMPSON BABY
33 BAY STATE CIR. ABINGTON
PEDIATRIC
315336  10 13 73
878 5141

PHYSICIANS' RECORD CO., BERWYN, ILLINOIS—60822

HOSPITAL REGULATION: All Positive and Important Negative Findings Shall be Recorded.

Date_____ Hour_____ a.m. p.m. Age_____ Sex_____ Weight_____

Temp._____ Pulse_____ Resp._____ Blood Pressure_____

### ORDER OF RECORDING

1. General
2. Skin
3. Eyes
4. Ears
5. Nose
6. Mouth
7. Throat
8. Neck
9. Chest
10. Heart
11. Abdomen
12. Genitalia
13. Lymphatic
14. Blood Vessels
15. Locomotor
16. Extremities
17. Neurological
18. Rectal
19. Vaginal
20. Diagnosis
21. Signature

HEENT —

Heart —

SAMPSON GARY L 14
33 BAY STATE CIR ABING
R ALEMIAN PED SPVT P
315336 10 13 73
878 5141

PHYSICAL EXAMINATION

SAMPSON, Gary

OD Harvie/Whiting

ROENTGENOLOGIC AND FLUOROSCOPIC FINDINGS:

SOUTH SHORE HOSPITAL
SOUTH WEYMOUTH, MASS.

ADMITTED TO PEDI
03-35-06    Whiting/HarvieOD 10/13/73  ER
CERVICAL SPINE:  There is some loss of the normal cervical lordosis. The vertebral bodies however are intact with no evidence of fracture or subluxation.   The anterior vertebral soft tissues are normal.
IMPRESSION:  Loss of the normal cervical lordosis.
LUMBAR SPINE:  There is loss of the definite margin of L2 with narrowing of the vertebral height in its midportion. There is no evidence of subluxation. The posterior elements are intact.
IMPRESSION:  Compression fracture L2.    POS:bh

HOUSE PATIENTS (Please Fill in All the Following Information)

| DATE X-RAY TO BE TAKEN: | X-RAY OF: | | |
|---|---|---|---|
| PATIENT ADDRESSOGRAPH PLATE: | | | |
| | CLINICAL DIAGNOSIS: | | |
| | PREVIOUS X-RAYS HERE: | YES ☐ NO ☐ | Check |
| | DATE OF THESE LAST X-RAYS: | | |
| | (If Any) SPECIAL INSTRUCTIONS: | | |
| | METHOD OF TRANS. | Walk ☐ Chair ☐ | Stretcher ☐ Portable ☐ |
| | X-RAY REPORT | | |

FORM NO. 96-13