MAY 18 @ 11:20

# ABINGTON SCHOOL DEPARTMENT
### NORTH ABINGTON, MASS.   TELEPHONE 878-8100 EXT. 28

#### WOODSDALE SCHOOL
D. PILEGGI, PRINCIPAL

TAB 6

May 1, 1967

Massachusetts General Hospital
Language Clinic
Boston, Massachusetts

Re:  Gary Sampson
Birth Date:  Sept. 29, 1959

Dear Sir:

Enclosed is Gary's scholastic and psychological record. The psychologist indicated referral to the Language Clinic.

After two years at level one Gary has continued to have reading difficulties in spite of remedial reading help.

His psychological test indicated good native ability to learn but an inability to do so through the printed word where coordination of the visual and auditory is deficient.

His teacher has noted that he appears to be withdrawing and his father stated in a conference with me that it is difficult to reach Gary.

Any suggestions, or help you can give this boy will be appreciated by his parents and teachers.

Please, if possible, send me a report of your findings.

Sincerely,

D. Pileggi
Principal