Language Clinic

2763

June 16, 1967

Mr. D. Pillegi
Principal
Woodsdale School
Abington, Massachusetts

Dear Mr. Pillegi:

   Gary Sampson was evaluated by me in the Language Clinic on May 18, 1967. It was very helpful to have such detailed reports from the school.

   On examination Gary's neurological examination was entirely normal along physical lines. It was apparent that he has a great degree of difficulty with language. He still does not know the entire alphabet.

   I feel that Gary has a severe degree of dyslexia. Such a child needs intensive remedial help by a properly trained reading therapist. I have put Gary on the waiting list for our Clinic although I don't know when we will be able to take him. Fortunately he is still young enough to catch up in his reading if remedial help can be offered within the next year or two. His IQ, according to your test, placed him in the high normal range.

                                        Sincerely yours,

                                        Vincent P. Perlo, M.D
                                        Director of Lang. Cl.

cc
VPP/jl