TAB 8

Enter... ... ... ... or on side or EVERY
shee.. Address:graph slots to be used when avail-
able ... ... ... number to be written distinctly
whe... ... ... available.

144-56-97

Gary Sampson

Language Clinic July 6,10,12,13.
Drill pack, group 1 and 2 (with the exception of soft "c" and soft "g")
Glending. Jewel Case, first group. Nonsense syllables. Oral reading, HOP
ON POP and GO,DOG,GO. Story from the Red Speller printed for him to practice
reading while away from lessons for a week (on vacation).
　　　　　　　　　　　　　　　　　　　　　　　　　　　　M.Buckley
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Therapist

Language Clinic July 24,26,27
Drill pack. Add x, sh, Blends- Jewel Box, 1st group. Word Mastery, pages 5-13.
Red Speller, pages 4-7. Oral reading; Royal Road Readers; JILL'S BEST FROCK
and TOM AT THE BUS STOP.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　M. Buckley
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Therapist

Language Clinic July 31, August 2,3
Drill pack. Add x, wh, sh. Jewel Box -"g", l, r and d words. Red Speller
pgs. 11-13. First spelling rule ff, ll, ss. Word Mastery pgs 14-15. Oral
reading THE JACK IN THE BOX, THE ROBINS, THE PICNIC, THE CAT AND THE INK.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　M. Buckley
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Therapist

Language Clinic August 7,9,10
Drill pack. Add vowel-cons.-e. Review first spelling rule. Jewel Box. Two
syllable division. Drill on beginning consonants and blends. Red Speller
pages 15-16. Word Mastery pgs. 34-35 and 42. Oral reading, Royal Road Reader
Miniatures 6 and 7.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　M. Buckley
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Therapist

Language Clinic August 14,16,17
Drill pack- vowel consonant-e. Add e (e) o (o) and y (i) at the end of some
words. Jewel Box-detached syllalbes; "u" and "qu" words. Two-syllable division.
Red Speller, pgs 17-19. Review 1st spelling rule - Word Mastery pg. 42,56.
Dictation. Oral reading  "READ ALONG WITH ME pags. 51-58; Vowel-consonant
e story, "JUNE, THE ROPE, THE CAVE, THE FISH AND BILL."    M. Buckley
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Therapist

Language Clinic August 21, 23, 24
Drill Pack. Review e,o,y(i) at end of words; ild-old words; Spelling Rule I.
Jewel Box ("th", "u", "v", "r" and "d"). Red Speller pp. 19-22. Word Mastery -
pp. 37, 42, 47, 62. Two syllable division practice. Dictation. Oral Reading -
"Read Along With Me."
　　　　　　　　　　　　　　　　　　　　　　　　　　　　M. Buckley
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Therapist

Language Clinic Oct. 4 (observed Mrs Rak) 6
Review begin consonants, all vowel sounds. v-e (Jewel Box) Consonant y. Read
HOP ON POP" pg. 1-26.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jean Kaknes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Therapist

USE REVERSE SIDE　　　　　PLEASE DO NOT WASTE SPACE

Name _____                                          Unit No. _____

Language Clinic October 9, 11
Drill pack. Spelling Work Book I, pg. 1-5, finished HOP ON POP. Drill on
alphabet. Spelling Rule I.
                                                              J. Kaknes
                                                              Therapist

Language Clinic October 16,18,19
Phono drill group 1 and 2. Intro. v-e with drills. Little Stories III. Picnic.
finished HOP ON POP.
                                                              J. Kaknes
                                                              Therapist

Language Clinic October 23,25,26
Drill group I and II. Alphabet drill. Blends soft and hard sounds of c and g.
Read FAT SAM, BIG BALL OF STRING pg. 15. Endings and, end, est, ump.
                                                              J. Kaknes
                                                              Therapist

~~Language Clinic October 23,25,26~~

Language Clinic November 6,8,9
Phono Gr. I and II, vowel sounds plain and long. "ay", v-e "igh". Finished
LOOK OUT FOR PIRATES.
                                                              J. Kaknes
                                                              Therapist

Language Clinic Oct. 30, Nov. 1,2
Group I and II phonograms. Introduced u (put), igh (high). Word Mastery pg. 62
ild, old words. Alphabet drill. Read LOOK OUT FOR PIRATES pg. 22.  J. Kaknes
                                                              Therapist

Language Clinic Nov. 13,16,20
Phono group I and II oo (book), ay, igh. Dictate sounds, all (ball). Finished
OLAF READS  read SECRET THREE to pg. 24.
                                                              J. Kaknes
                                                              Therapist

Language Clinic  Dec. 4,6,7
Drill pack, nonsense syllables, him to me, me to him. Intro to, too, two, igh, ild,
old, ar, e (he), o (go) sh. Check sounds and v-e finished PIRATES' PROMISE, also
OLAF IS LATE
                                                              J. Kaknes
                                                              Therapist

Language Clinic December 11, 13, 14
Phonograms - review short vowel and v-e. ow (snow)  ar (car), ing, o (do) ay (say)
Review spelling rule I. Read SAM AND THE FIREFLY.
                                                              J. Kaknes
                                                              Therapist

Language Clinic December 18, 20,21
Drill pack.  Closed syllable to form words (bas ket) ink, read GRIZZOLD to pg. 37
                                                              J. Kaknes
                                                              Therapist

Language Clinic Jan. 8, 10,11
Review Spelling Rule I: silent e, v-e, y (e), e (recent) i (spider), ild, old,
oo (fool)  oo (book) Red Speller 28-29, Word Mastery 80-82. ee (feed) ea (eat)
Worm Mastery 58-59. Hegge Drill 8. Finished GRIZZWOLD.  J. Kaknes
                                                              Therapist

Language Clinic Jan. 15,17,18
Drill pack - oa (boat) ile-old, igh, y ending rule. Morrison-McCall spelling.
                                                              J. Kaknes
                                                              Therapist

Language Clinic Jan. 22,24,25
ai-ay W.M. 57-58; ea (head) McCall Harby A.          J. Kaknes
                                                              Therapist

Enter name and unit number on both sides of EVERY sheet. Addressograph plate to be used when available. Name and unit number to be written distinctly when plate is not available.

144-56-97

Gary Sampson

MASSACHUSETTS EYE AND EAR INFIRMARY    MASSACHUSETTS GENERAL HOSPITAL

Language Clinic Jan. 29,31, Feb. 1
Phono. make words using phono cards.    c (e,i,y) g (e,i,y) Started GREG'S MICROSCOPE.
    J. Kaknes
    Therapist

Language Clinic Feb. 12, 15
ed (ed, t,d; y ending (my), syllable work, nonsense syllables; silent e; reading GREGS MICROSCOPE; Morrison-McCall Spelling 2.5    J. Kaknes
    Therapist

Language Clinic March 11-absent, 13,14
Drill pack , write vowel for dictated words. Played "fish" with diphthong cards. Read THE MAGIC FISH, Clifford Gets A Job.    J. Kaknes
    Therapist

Language Clinic March 18,20,21
Phonos and sounds, y, ng, compound words. Wrote story My New House. Read BIG BLACK HORSE.    J. Kaknes
    Therapist

Language Clinic March 25,27,28
Phono and sounds; "fish" game; ing, and, c,k, and ck, oi,oy. Finished BIG BLACK HORSE.    J. Kaknes
    Therapist

Language Clinic April 1,3,4
Phono and sounds; ed ending. McCall Har. 6,18. Read BILLY & BLAZE    J. Kaknes
    Therapist

Language Clinic April 22 25 (absent 24)
Phonos and sounds; introduce tion, sion, ea (eat) drill for b-d confussion-oi-oy. New Practice Reader A. Started Mystery of Morgan Castle pg 9.    J. Kaknes
    Therapist

Language Clinic April 29, May 1,2
Phono and sounds tch-ch; review 1-1-1- Silent e rule. Morrison McCall (2.7) McCall-Crabbs A. Read MORGAN CASTLE p. 12.    J. Kaknes
    Therapist

Language Clinic May 9 (absent 6th, Cancelled 8th)
Phonos and sounds. McCall-Crabb A; y ending rule. Read MORGAN CASTLE.
    J. Kaknes
    Therapist

Language Clinic May 13, May 15 Absent, May 16
Phonos and sounds. McCall-Crabbs A. ble, dle, ple, Green speller p. 89. exercise paper on "y" endings. Read "Morgan Castle".
    J. Kaknes, THerapi

Language Clinic May 20 cancelled by therapist, May 22, May Absent
Drill pack. Review short vowel sounds. McCall-Crabbs A. Read "Morgan's Castle".
    J. Kaknes, Therapi

Enter name and unit number on both sides of EVERY sheet. Addressograph plate to be used when available. Name and unit number to be written distinctly when plate is not available.

DATE   May 11, 1968

UNIT NO   144-56-97

NAME
SERVICE   Gary Sampson

AGE        SEX        ADM DATE

## Achievement Retesting

Gary, who is now 8 years old and in the second grade, has had lessons at the Language Clinic three times a week since last July (except for September).

He has made progress since the previous tests he took in school two years ago. When supervised he is able to do well, but when left to himself does not apply himself. His work on the paragraph reading test was hasty and showed little thought.

Test results are as follows:

|  | April 1966 | 5/11/68 |
|---|---|---|
| Oral Reading |  | Grade 2.4 |
| Stanford Achievement | Primary J | Primary II, W |
| Word Meaning | Grade 2.2 | Grade 2.8, with 82% accur. |
| Paragraph Meaning | Grade 1.8 | Grade 2.6, with 50% accur. |
| Spelling | Grade 1.1 | Grade 2.8 |

He was obviously unhappy during the silent reading and was seeking distractions. On his own he could not be persistent, and even with the extra supervision from examiner, he did not sustain effort well. Gary's scores are almost up to his present grade level but are not commensurate with his potential. He needs continued help with reading and spelling and also needs to learn to apply himself to his work.

If local help is available to him next fall, he would benefit from that and would not need to return to the Language Clinic.

*Alice H. Garside M.D.*

**USE REVERSE SIDE**        **PLEASE DO NOT WASTE SPACE**

MASSACHUSETTS EYE AND EAR INFIRMARY

MASSACHUSETTS GENERAL HOSPITAL

**Name**                                    **Unit No.**

9/16/68 Telephone call from Miss Brenn, reading
coordinator from Abington. She said Abington is
planning to hire a tutor for dyslexic children so we do
not need to schedule Gary here at the Clinic.
                                    A. H. Garrido

MASSACHUSETTS GENERAL HOSPITAL

MASSACHUSETTS EYE AND EAR INFIRMARY

Sampson
#144-56-97

2763

January 24, 1969

Mrs. Rosamond Swift
c/o Miss Bruns,
Abington Public Schools
Abington, Massachusetts

Dear Mrs. Swift,

At Miss Bruns' request I am writing to you about three of the boys from Abington who had lessons here at the Language Clinic. Two other boys whose names she mentioned were never taught here. ____ was tested but did not come for tutoring nor did

As you know, our basic approach here is Anna Gillingham's. Gary Sampson, ____ all had considerable work with the Gillingham phonograms, word attack skills and spelling. From our records it appears they covered all the phonograms and the basic spelling rules. What they may now remember of this, I cannot say but I think after you have worked with them awhile, you will find that much of it comes back to them.

When they stopped coming to the Clinic ____ ____ing "Miss Pickwell Goes to Mars", ____ ____ ____g "Robinson Crusoe", one of the phonetic readers by Lillian Craig, and Gary Sampson was reading "Mystery of Morgan Castle", a Horr-Wagner book.

A word about personalities: - ____ her listless, especially so last spring after he had been sick. He seemed to have so little energy that he could not make any effort to learn.

Gary Sampson was a problem at first since he was very distractible. He improved in ability to work under direct supervision, but was not able to discipline himself to work alone.

____ d not have a great deal of drive to learn but he was cooperative. As time passed and he could see improvement he showed more enthusiasm.

I hope this report is helpful. If you have further questions, please let me know.

Sincerely,

(Mrs)Alice H. Garside
Reading Supervisor
Language Clinic

AHG:jlb