# Harvest of Wilmington

773 S. Kerr Avenue • Wilmington, North Carolina 28403
PHONE: (910) 793-0566 • FAX: (910) 793-4255

TAB 9

February 23, 2009

RE:    Gary Lee Sampson
DOB:  9-29-59

To Whom It May Concern:

Mr. Sampson received a DWI Substance Abuse Assessment from our facility on September 19, 1997. Due to the age of the case, the records associated with this client have been destroyed. Based on the computer records we keep, it appears that Mr. Sampson's assessment consisted of an approved standardized testing instrument, a substantial clinical interview with a counselor named Dennis Brock, and a review of the case with other staff. The instrument in this case was the Substance Abuse Subtle Screening Inventory (SASSI).

This assessment was for an offense that occurred on August 29, 1997. Mr. Sampson was convicted of this offense on September 4, 1997. The docket number for this case is 97CR21511. Mr. Sampson indicated this was his first DWI conviction and that his BAC level was .11. It was the preliminary finding of this assessment that the client did have a "Substance Abuse Handicap" as defined in the regulations. He did meet the diagnostic criteria for Alcohol Dependence and the client was recommended to complete a Long Term (40 hours) Outpatient Treatment Program. Mr. Sampson did not complete his treatment at this facility. It is unknown if he ever completed the treatment.

If there are any unanswered questions feel free to contact our office.

Sincerely,

Carrie T. Knox, LCAS