TAB 10

# Exhibit 10
# Redacted