TAB 12

97

| Form # PD103A | **Department of Environmental Management** | Reviewed BY | DA⁻ |
|---|---|---|---|
| | **Incident Report (IR)** | | |

INSTRUCTIONS: For **MAJOR** incidents, please complete ALL questions.
For **MINOR** incidents, complete ONLY # 1, 2, 3, 4, 5, 8, 10, 11, 12,15, 17, 18, and 19. *

\* NOTE **BOLD** for **MINOR**

1. Region _SE_  2. Reporting Unit _MSSF_  3. Division/Bureau _REC_

4. Incident Type: MAJOR ☑ OR Minor ☐  Please identify type(s) below:

a. Injury ____    e. Wildfire ____    i. Death ____
b. Fight/Disorder ____    f. Property Damage ____    j. Violation of other DEM Regs ____
c. Vandalism ____    g. Lost Person ____    k. Theft of State Property ____
d. Illegal Dumping ____    h. Lost Property ____    l. Specify if Other _PSYCH DISORDER - SU_
_LATER IDENTIFIED_
5. Person(s) DIRECTLY involved in the incident? (If more space needed, use #19) _SUSPECT IN HOMIC._
_J CASEY   MSSF   866-2526_
NAME (Please Print)  / ADDRESS    CITY    STATE    ZIP    PHONE #

~ In this box, list ONLY NON-DEM persons directly involved ~

6. If NOT # 5, incident reported by: Name _____ PHONE # _____

Address _____  Relationship to Person in # 5: ☐ Friend
☐ Colleague ☐ Parent ☐ Spouse ☐ Family Member ☐ Bystander ☐ EMS  Other _____

7 Non-DEM WITNESS, AND their Relationship to Person(s) in # 5

A. _____  _____  PHONE # _____
Name    Address
☐ Friend ☐ Colleague ☐ Parent ☐ Spouse ☐ Family Member ☐ Bystander  Other - _____

B. _____  _____  PHONE # _____
Name    Address
☐ Friend ☐ Colleague ☐ Parent ☐ Spouse ☐ Family Member ☐ Bystander  Other - _____

C. _____  _____  PHONE # _____
Name    Address
☐ Friend ☐ Colleague ☐ Parent ☐ Spouse ☐ Family Member ☐ Bystander  Other - _____

8. Day of week incident occurred: Sun. ☐ Mon. ☐ Tue. ☐ Wed. ☐ Thurs. ☑ Fri. ☐ Sat. ☐

9. Time incident occurred. _6_ AM ☐ or PM ☑. Date: _7 / 27 / 01_

5,00

10. Time incident reported:    ·    AM ⸚ or PM ⸚: Date: _____ _____ _____
                                                    Month    Day    YR

11. If incident involves PROPERTY, describe _____

_____

_____

12. Which DEM staff witnessed, reported, &/or responded to incident? (Details - #19)

Name _Joe Barrett_____    Title _Seasonal Lab_ PHONE # _866·2526_

Name _Steve Roedl____    Title _F+P II_    PHONE # _____

Name _Lee Dematteo:___    Title _Seasonal Lab_ PHONE # _____
     Kathy Duguay,                Park Ranger
13. Supervisor on duty at time of incident · __S. Roedl__    _F+P II_ ·
                                        · NAME   (Please Print)        · TITLE

14. If person received First Aid on-site, WHO provided? ⸚ DEM; ⸚ EMS; ⸚ Other ___

15. Describe Injuries

_____

_____

_____

_____

_____

_____

16  Did DEM staff recommend victim(s) seek LAW Enforcement aid? ⸚ NO ⸚YES_____

  a. Did DEM staff request Law Enforcement assistance? ⸚ NO ⊠ YES· _Joe Barrett + M._
                                                                     Name⸱

  b  Name of Law Enforcement Agency __EPO_____

  c  Responding Officer's Name ___ _Akin___ Title_____ Badge # _M35_

17. If incident involved Motor Vehicle(s):        Number of Vehicles involved _____

  Name of Operator____·_____ Address _____

  Phone _____    License No. _____ State _____

  Registration No_____    State ____ Insurance Co._____

  Year _____ Make_____    Model _____ Color _____

Name of Operator _____  Address _____

Phone _____  License No _____  State _____

Registration No. _____  State _____  Insurance Co. _____

Year _____  Make _____  Model _____  Color _____

Were photographs taken of the damaged vehicle(s) or property?  ☐NO  ☐YES _____

By WHOM?

18. DESCRIBE incident: (Specify First Aid rendered & by whom; location of incident; serial #s of stolen items; names, phone #s of other witnesses. Use more paper if needed) *I SUMMONED EPO AKIN UPON REPOR*

*OF PARTY JOE BARRETT REQUESTING ASSISTANCE WITH A MIDDLE AGED WHITE MA WHO HAD BEEN DROPPED OFF AT POND BY A RED FORD EXTENDED CAB PICKUP W/ CAP EARLY AFTERNOON. HE CLAIMED TO BE A MILITARY OFF ON LEAVE + TOLD BARRETT HE WAS A COVERT CIA OPERATIVE. HE WAS CLAD IN STREET CLOTHES, SANDALS + BLACK BACK PACK. HE STATED HE WILLIAM SAMPSON, FORMERLY OF BOURNE + THAT HIS DAD-A BOURNE FIR USED TO BRING HIM + FAMILY TO COLLEGE POND. HIS EYES AND FACIAL IONS WERE DISTINCTIVE AND VERY DISTURBED BUT HIS BODY MOVEME (as EPO AKIN ARRIVED FOLLOWED BY S.KOEDL FK DUSLAY WHO ARR VI) WERE CASUAL; RELAXED. He WAS INQUIRING ABOUT BOSTON; BU WANTED TO MEET A BUS @ REST AREA OR DOWNTOWN PLYMOUTH T EPO AKIN OFFERED HIM A RIDE TO LONG POND Rd WHERE HE COU THEN HIKE TO PLYMOUTH. I NEXT SAW HIM ON TV-8/1/01 Re:RIZZO MURDER*

19. IR Completed by _____ J CASEY _____  F + P I

NAME (Please Print)    TITLE

_____ 8-1-01 _____

SIGNATURE    DATE

IR Reviewed by _____ Richard MacKenzie _____  Supv III

DEM Supervisor    NAME (Please Print)    TITLE

_____ 8-07-01 _____

SIGNATURE    DATE

FORM # PD103A

5/00

01226