TAB 13

-1-

FEDERAL BUREAU OF INVESTIGATION

Date of transcription  08/13/2001

JOSEPH JAMES CASEY, Park Supervisor, MYLES STANDISH STATE
FOREST (PARK), Plymouth, Massachusetts (MA), (508) 866-2526, was
interviewed at his place of employment. He was advised of the
identity of the interviewing Massachusetts State Trooper, Agent and
of the matter under investigation. He advised as follows:

CASEY has been a ranger at the Park since 1995. He is
currently a park supervisor. His duties include, but are not
limited to, patrolling the park to ensure the public safety,
assigning duties to other park rangers, and signing off on the
assignments of detail officers' from the ENVIRONMENTAL POLICE,
MASSACHUSETTS STATE POLICE, and local officers. CASEY works the
3:30 p.m. to 12:00 midnight shift, but is also responsible for the
midnight to 8:00 a.m. shift.

The beach at COLLEGE POND in the Park is opened until
8:00 p.m. The lifeguards leave at 6:00 p.m. and a laborer, JOE
BARRETT, begins to clean up. When the lifeguards leave, bathers
are encouraged to either leave the beach or start packing up to
leave.

CASEY first observed an individual, whom he later learned
was GARY SAMPSON, at approximately 6:00 p.m. on Friday, July 27,
2001. CASEY, who was with Laborer LEE DEMATTEO at the time, heard
Laborer JOE BARRETT call over the radio for ENVIRONMENTAL POLICE
OFFICER (EPO) ROBERT J. AKIN to respond to COLLEGE POND because
BARRETT was in fear of a disturbed person at the beach. CASEY and
DEMATTEO arrived on scene prior to EPO AKIN. When CASEY arrived,
he observed SAMPSON, a male, white, wearing jeans, Teva sandals, a
dark (possibly maroon) tee shirt, and a gray hooded sweatshirt with
a zippered front, which may or may not have had a maroon stripe.
SAMPSON had a black canvas backpack which did not appear to be very
full. CASEY learned that SAMPSON had arrived at the Park in a red
Ford pickup truck with an extended cab and cap, at approximately
12:00 noon that day. SAMPSON had remained at the pond, except for
a two (2) to three (3) hour period when he left, however, he
subsequently returned.

 **DRAFT**

---

Investigation on    8/9/01          at Plymouth, MA

#  26A-BS-89139 . Date dictated  8/13/01
MSP SGT. SCOTT A. BERNA
by    SA THOMAS B. FINN, JR./jeb

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
It and its contents are not to be distributed outside your agency.

00370

FD-302a (Rev. 10-6-95)

26A-BS-89139

Continuation of FD-302 of ___JOSEPH JAMES CASEY___ , On _8/9/01_ , Page __2__

      SAMPSON said hello to CASEY. CASEY heard SAMPSON state that his name was WILLIAM SAMPSON, that he was from Bourne, and that he has recently been to Bourne. SAMPSON told CASEY that he had been out of the area for a period of time. SAMPSON offered that his father had been a Bourne Fireman. He stated this father had taken him to the pond when he was young, however, the pond looked very different now. SAMPSON also made reference to visiting a cottage at the pond when he was young. CASEY also recalled that SAMPSON mentioned that he was on a ninety (90) day leave from the NAVY and that when he got out of the NAVY, he was going on an assignment with the CIA somewhere "down south".

      SAMPSON told EPO AKIN that he would like to catch a bus at a rest area. EPO AKIN advised SAMPSON that he could catch a bus at Cherry Street or from Downtown Plymouth. EPO AKIN drove SAMPSON out of the Park to Long Pond Road.

      CASEY described SAMPSON as having a great amount of tension in his lower face and a hollow, distant look in his eyes. CASEY based this observation on his experiences dealing with people. SAMPSON told EPO AKIN that he had "issues" and EPO AKIN felt the need to call for backup.

      On the morning of Wednesday, August 1, 2001, CASEY saw GARY SAMPSON on the Channel 25 news and immediately recognized him as the same WILLIAM SAMPSON whom CASEY had seen in the park on July 27, 2001. CASEY viewed an eight (8) photograph, color photographic spread. CASEY positively identified individual #3 as being GARY SAMPSON. CASEY circled the number below SAMPSON's picture, signed and dated the photo spread.

      Following the realization that GARY SAMPSON had been the individual observed at COLLEGE POND on July 27, 2001, a search of the cottages surrounding COLLEGE POND was conducted. This search revealed no indication that SAMPSON had been at any of these cottages.

      A review of Park records indicate that MATTHEW SAMPSON (relationship unknown), who resides at 954 Brockton Avenue, Abington, MA was a camper in the Park on July 27, 2001. With SAMPSON was RACHEL SILVA. The couple was driving a black Buick LeSabre, MA registration 1434NL.

00371

FD-302a (Rev. 10-6-95)

26A-BS-89139

Continuation of FD-302 of ____JOSEPH JAMES CASEY_____ , On 8/9/01 _____ , Page __3__

        CASEY provided the registrations of seven (7) red Ford pick up trucks registered at the Park on July 27, 2001.  These registrations are:

| | |
|---|---|
| MA | RW26YF |
| MA | 239FNH |
| MA | 4298KE |
| MA | 6320KI |
| MA | 666XMV |
| MA | 379851 |
| RI | 76792 |
| RI | 33869 |
| NH | EHA932 |

        CASEY provided Incident Reports of the incident filed by himself, JOE BARRETT, and LEE DEMATTEO.  CASEY also provided a map of the cottages surrounding COLLEGE POND.