DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,  )
    Plaintiff,  )
      )
v.  )
      )
GARY L. SAMPSON  )
    Defendant  )

TAB 18

## DECLARATION OF MICHAEL J HANNON

I, Michael J Hannon, do hereby swear and state the following:

1. In July 2001, I was fishing at Island Grove Pond in Abington, near the Island Grove Pond Bridge. I don't recall the date at this point but it was in the afternoon. While there, I noticed a man who was not fishing but just standing around on the bridge, over near the Lake Street side. Occasionally he would walk onto the steps at the end of the bridge or to the water's edge, then return to the bridge. I remember at the time thinking that he looked like he was waiting for someone. I believe he was there when I arrived and I observed him off and on for about 45 minutes to an hour before I noticed him walking away.

2. A short time later, not more than two weeks, I was watching the TV news when I saw photos of Gary Sampson, who had been arrested for three murders. I immediately recognized him as the man I had seen hanging around the IGP bridge that day. A few days after that, I called the Boston office of the FBI and reported that I had seen Sampson on the Island Grove Pond Bridge within the last 2 weeks. No one ever came out to interview me, but I did have a phone conversation with an agent.

3. On April 30, 2009, I signed a statement about the above events, which is attached to this statement. Since then, I have been shown a copy of an FBI interview report dated 9/14/01 which was written in response to my call. The report contains information I provided to the FBI about another, unnamed man who told me he had talked to Sampson on the IGP bridge that same day. Although this information is accurate, to the best of my memory, the report makes no mention of my statement that I, myself, had seen Sampson on the bridge. This was the main purpose of my call to the FBI and I definitely told the agent I had seen Sampson on the bridge.

Signed under pains and penalties of perjury this 7th day of May, 2009

Michael J Hannon

Statement of Michael J Hannon

I, Michael J Hannon, do swear and state as follows:

In the summer of 2001, I was fishing near the Island Grove Bridge in Abington, in the afternoon hours. I noticed a man standing on the street side, the Lake Street side, of the bridge. Most of the time the man was on the bridge but once in a while he would walk over to the steps leading to the bridge or over to the side of the water.

I remember thinking at the time that the man was waiting for someone, or so it appeared. A short time later, maybe a week but I'm not sure, I saw this man on the television news. He was on the news because he had been arrested for killing three people. I recognized him immediately as the same man I had seen on the bridge in Abington. I had seen him there for about 45 minutes to an hour.

A couple of days later, I called the FBI office in Boston and told an agent that I had "seen the guy on the bridge in Abington." The agent took down my name and number but never got back to me.

Signed under the pains and penalties of perjury

Michael J Hannon 30 APR 2009

1555 Time