TAB 19

To:  Laboratory  From:  Boston
Re:  26A-BS-89139, 10/09/2001

MTK are items which were recovered at the WHITNEY homicide site
by NHSP Trooper Michael KEGELMAN.

| NHSP Item | Description | Requested analysis |
|---|---|---|
| MTK-1 | One cigarette butt | DNA |
| MTK-2 | Glass fragments | DNA |
| MTK-3 | Package of hamburger rolls (found on counter next to refrigerator) | Fingerprints |
| MTK-4 | Mouton Cadet wine bottle (kitchen counter) | Fingerprints |
| MTK-5 | Bottle of Gekkeikan Sake Mixer (kitchen counter) | Fingerprints |
| MTK-6 | Blue coffee cup (kitchen sink) | Fingerprints |
| MTK-7 | Cigarette butt (kitchen sink area) | DNA |
| MTK-8 | Empty Samuel Adams beer bottle (kitchen sink area) | DNA/Fingerprints |
| MTK-9 | Wine glass (broken) | Fingerprints |
| MTK-10 | White coffee cup with cigarette butts (kitchen table) | DNA/Fingerprints |
| MTK-11 | Blue towel and a white terry cloth robe | Hair/fiber |
| MTK-12 | Empty Samuel Adams beer bottle (kitchen trash can) | DNA/Fingerprints |
| MTK-13 | Empty Samuel Adams beer bottle (kitchen trash can) | DNA/Fingerprints |
| MTK-14 | Wall telephone | Fingerprints |
| MTK-15 | Cradle telephone (first floor master bedroom) | Fingerprints |
| MTK-16 | Light blue fitted pillow case | Hair/fiber |
| MTK-17 | Light blue fitted pillow case | Hair/fiber |
| MTK-18 | White floral fitted pillow case | Hair/fiber |

7