

Case Jacket for 01-07102
Lab Case 01-07102 Continued...

Items (Continued):

| Cont # | Sub # | Item # | Description | Packaging | Custody / Location | |
|---|---|---|---|---|---|---|
| Ⓐ | 12 | 12-01 | Red-brown stain on inner knee area, H leg | BRPBG | ESS | C18 |
| Ⓐ | 12 | 12-02 | Swab(s) From Item from left hand/arm | BRPBG | ESS | C18 |
| Ⓐ | 12 | 12-03 | Swab(s) From Item from right hand/arm | BRPBG | ESS | C18 |
| Ⓐ | 12 | 12-04 | Swab(s) From Item from left leg | BRPBG | ESS | C18 |
| Ⓐ | 12 | 12-05 | Swab(s) From Item from right leg | BRPBG | ESS | C18 |
| AN | 13 | 13-1.1 | Photograph(s) Campsite and Additional evidence | PENV | ED | AUTHRQ |
| AM | 13 | 13-01 | Photo Negative(s) Campsite and Additional evidence | MYLAR | 305 | CASEFILE |
| BZ | 14 | 14-2 | Item for Fingerprint Examination Cassette Tape, no latents of value | BOX | ESS | C6 |
| BZ | 14 | 14-3 | Item for Fingerprint Examination 1 Trucchi's Receipt and 1 Ames Receipt | BOX | ESS | C6 |
| BZ | 14 | 14-4 | Item for Fingerprint Examination 6 Bud Light Cans, 1 Sprite Can, 1 Sprite Bottle, no latents of value | BOX | ESS | C6 |
| BZ | 14 | 14-5 | Item for Fingerprint Examination Chinese Food Container, no latents of value | BOX | ESS | C6 |
| BZ | 14 | 14-6 | Other Socks | BOX | ESS | C6 |
| BZ | 14 | 14-7 | Item for Fingerprint Examination Misc Trash Around Campsite: (4) cheese slice wrappers, cigarette package, 6 pack holder, cig. butts & small newspaper shreds. 2 latent lifts yielded. See Container AV | BOX | ESS | C6 |
| AV | 14 | 14-7.1 | Latent Lifter Lift from cheese wrapper | PENV | 305 | LAB |
| AV | 14 | 14-7.2 | Latent Lifter lift from cig. package | PENV | 305 | LAB |
| BZ | 14 | 14-01 | Item for Fingerprint Examination Mounds Candy Bar, no latents of value | BOX | ESS | C6 |
| AW | 15 | 15-1 | Photo Negative(s) Suspect Sampson, Gary | MYLAR | 305 | CASEFILE |
| AX | 15 | 15-1.1 | Photograph(s) Suspect Sampson, Gary | PENV | ED | AUTHRQ |
| AY | 16 | 16-01 | Major Case Prints Suspect Sampson, Gary | PENV | 305 | CASEFILE |
| BA | 17 | 17-01 | Photo Negative(s) trace evid | PENV | 306 | LAB |
| BB | 17 | 17-01.01 | Photograph(s) trace | PENV | ED | RMSP |
| BA | 29 | 17-01.02 | Photograph(s) printed to cd | PENV | 306 | LAB |