TAB 24

## UNIVERSITY OF PENNSYLVANIA - SCHOOL OF MEDICINE
### Curriculum Vitae

Date: July 2008

### Ruben C. Gur, Ph.D.

**HOME ADDRESS:**         815 Saint George's Rd.
                          Philadelphia, PA 19119
                          Voice/Fax (215) 247-2716

**OFFICE ADDRESS:**       Brain Behavior Laboratory
                          Department of Psychiatry
                          10 Gates Building
                          University of Pennsylvania
                          Philadelphia, PA 19104-4283
                          gur@upenn.edu
                          Tel: (215) 615-3604
                          Fax: (215) 662-7903

**EDUCATION:**

| | | |
|---|---|---|
| 1967-70 | B.A. Hebrew University of Jerusalem |
| 1970-71 | M.A. Michigan State University |
| 1971-73 | Ph.D. Michigan State University |
| 1973-74 | Postdoctoral Fellowship, Stanford University |

### POSTGRADUATE TRAINING AND FELLOWSHIP APPOINTMENTS:

Doctorate:      1971      NIMH
                          Summer Traineeship, Psychiatric Clinic
                          Oakland County Juvenile Court
                          Pontiac, Michigan

                1971-72   Psychology Internship, Psychiatric Clinic
                          State Prison of Southern Michigan
                          Jackson, Michigan

                1972-73   Psychology Internship, Counseling Center
                          Michigan State University
                          East Lansing, Michigan

Postdoctorate: 1973-74   Research Associate, Department of Psychology
                          Stanford University, Stanford, California

                1974-76   Postdoctorate supervised clinical experience
                          Department of Psychiatry
                          University of Pennsylvania

**MILITARY SERVICE:**     1965-67      Israeli Defense Forces

Ruben C. Gur, Ph.D.                                                            Page      2

## FACULTY APPOINTMENTS:

| | |
|---|---|
| 1974-81 | Assistant Professor<br>Department of Psychology<br>University of Pennsylvania School of Medicine<br>Philadelphia, PA |
| 1981-84 | Research Associate Professor of Psychology<br>in Neurology and Psychiatry<br>University of Pennsylvania School of Medicine<br>Philadelphia, PA |
| 1984-88 | Associate Professor of Psychology in<br>Psychiatry and Neurology<br>University of Pennsylvania School of Medicine<br>Philadelphia, PA |
| 1988-Present | Professor of Psychology in Psychiatry,<br>Neurology and Radiology<br>University of Pennsylvania School of Medcine<br>Philadephia, PA |

## HOSPITAL AND ADMINISTRATIVE APPOINTMENTS:

| | |
|---|---|
| 1974-81 | Supervisor, Clinical Training Program<br>Department of Psychology<br>University of Pennsylvania School of Medicine<br>Philadelphia, PA |
| 1982-84 | Director of Neuropsychology<br>Department of Neurology<br>The Graduate Hospital<br>Philadelphia, PA |
| 1984-Present | Director of Neuropsychology and the<br>Brain Behavior Laboratory,<br>Department of Psychiatry<br>Hospital of the University of Pennsylvania<br>Philadelphia, PA |
| 2005-Present | Director of the Center for Neuroimaging in Psychiatry<br>Department of Psychiatry<br>Hospital of the University of Pennsylvania<br>Philadelphia, PA |

## BOARD SPECIALTY CERTIFICATION:

Ruben C. Gur, Ph.D.                                                    Page      3

Diplomate in Clinical Neuropsychology
American Board of Professional Psychology

LICENSURE:            Licensed Psychologist, Commonwealth of Pennsylvania

AWARDS, HONORS AND MEMBERSHIP IN HONORARY SOCIETIES:

Erickson Award for Scientific Excellence for Writing in Hypnosis
NARSAD Distinguished Investigator Award
Member, Sigma Xi
Elected to Fellow status, National Academy of Neuropsychologists, 1986
Elected to Fellow status, American Psychological Association, Divisions 6 & 30, 1987
Recipient of 1990 Stephen V. Logan Award, National Alliance for the
Mentally Ill (NAMI)
Elected to Fellow status, The American Psychological Society, 1992

MEMBERSHIP IN PROFESSIONAL AND SCIENTIFIC SOCIETIES:

American Psychological Association, FELLOW
American Psychological Society, FELLOW
American College of Neuropsychopharmacology
The John Morgan Society
American Association for the Advancement of Science
International Neuropsychological Society
National Academy of Neuropsychologists
The New York Academy of Science
International Society for Neuroimaging in Psychiatry

EDITORIAL/ADVISORY POSITIONS:

Member, NIH Study Section on Clinical Neuroscience and Biological Psychopathology (1993-1996)
Editorial Board: Archives of Clinical Neuropsychology (1985-1997), Journal of Mental Imagery (1984-present), Brain and Cognition (1989-present), Brain and Language (1990-present), Neuroimaging and Behavior (1994-present). Consultant to Panel on Neurological Aspects of Behavior: Development of a National Research Strategy for NIH (1979) Schizophrenia Research (2004-present)
Advisory Board: The Greenwall Initiative on Imaging and Treating the Human Brain: Ethical and Social Implications. The Center for Bioethics, University of Pennsylvania; Institute for Strategic Threat Analysis and Response (ISTAR), University of Pennsylvania, (2002-)
The Conte Center on the Neurobiology of Suicide, Columbia University (J Mann, MD, PI).
Action Editor: Brain and Cognition (2002-present)

ACADEMIC COMMITTEES AT THE UNIVERSITY OF PENNSYLVANIA:

1975-1977     Admissions Committee, Psychology Department

Ruben C. Gur, Ph.D.                                                                 Page      4

1984-1994     Research Committee, Psychiatry Department
1984-1987     Computer Task Force, Psychiatry Department
1984-1988     Chairman's Council for Planning and Development, Psychiatry Department
1990-1992     Senate Committee on Academic Freedom and Responsibility
1996-1998     Search Committee for Chair of Radiology
2000-Present  Search Committee for fMRI Physicist
1999-Present  University Scholars Council

## MAJOR TEACHING & CLINICAL RESPONSIBILITIES AT THE UNIVERSITY OF PENNSYLVANIA:

A. Teaching:
   1. Co-founder and Advisor, Biological Basis of Behavior Undergraduate Major program.
   2. Supervisor of postdoctoral Fellows (NIMH Training Grant) and doctoral students
   3. Member of dissertation committees.
   4. Rounds and teaching conferences for Psychiatry residents and Neuropsychology Fellows
   5. Supervisor of undergraduate Honors theses.

B. Clinical:

   1. Director of Neuropsychology, Department of Psychiatry, Hospital of the University of Pennsylvania
   2. Supervisor of interns and practicum students in neuropsychology.

## PRESENTATIONS & LECTURES BY INVITATION: (Outside Philadelphia, Past 5 years)

March 4, 2002. "Imaging Studies of Emotion Processing Examining the Effects of Age, Gender, and Disease." University of Iowa School of Medicine, Research Seminar, Iowa City, IA

March 5, 2002. "Behavioral and Neurobiologic Markers of Brain Dysfunction and Genetic Vulnerability to Schizophrenia." University of Iowa School of Medicine, Grand Rounds. Iowa City, IA

April 14, 2002. "The Neurobiology of Sex Differences in the Symptoms and Course of Schizophrenia" Advocates for the Jewish Mentally Ill, Wynnewood, PA

May 5, 2002. "The Science of Deceit: The Polygraph and its Progeny" Judicial In Service Training, Washington D.C.

May 22, 2002. "Functional and Structural Imaging Studies of Emotion Processing" Massachusetts General Hospital, Grand Rounds, Charlestown, MA

Oct 10, 2002. "What to do About Girls, Boys and Brains: Sex Differences From Phylogeny to Ontogeny" CAIS Commission of Women in Independent School's Annual Conference, Farmington, CT

Oct 23, 2002. "Neurobehavioral Measures as Endophenotypic Markers in Schizophrenia" State University of New York, Grand Rounds, Albany, NY

November 1, 2002 "Sex Differences in Learning" Learning and the Brain Conference,

Ruben C. Gur, Ph.D.                                                    Page      5

Cambridge, MA

November 2, 2002  "Imaging and Other Brain Function Issues"  The Third National Seminar on
Mental Health and the Criminal Law,  Atlanta, GA

November 29, 2002  "Integration of Behavior, Anatomy and Physiology in the Search for Neural
Substrates of Cognitive and Emotion Processing in Healthy People"
12th Australian Society for Psychophysiology Conference.  University of Sydney, Australia

November 8, 2002  "Bio-Cognitive Aspects of Schizophrenia"  Psychology Senior Seminar,
Haverford College, Haverford, PA

January 15, 2003  "Adolescent Brain Development, Executive Functions, and Culpability"
American Bar Association, Washington, D.C.

February 14, 2003  "Neural Substrates of Emotion Processing"
Psychiatric Research Society, Park City, Utah

May 12, 2003  "The New Era of Neuropsychology; Neural Systems Probed Behaviorally and with
Imaging"  Mayo Clinic, Rochester, Minnesota

May 29, 2003  "Cognitive Impairment in Schizophrenia"  43rd Annual New Clinical Drug
Evaluation Unit, Boca Raton, FL

September 21, 2003  "The Measurement of Emotion Processing: Exploring the Dark Side of the
Moon"  3rd US-Korean Workshop on Psychiatric Genetics, Seoul, Korea

November 29, 2003 Neuroimaging studies in schizophrenia". Keynote to Symposium: Kognitive
Störungen bei schizophrenen Erkrankungen III: Negative and positive symptoms in
schizophrenia - models, methods and results. Ruhr-Universität Bochum Internationales
Begegnungszentrum, Bochum, Germany.

December 11, 2003  "Developmental Differences Between Adolescents and Adults"  Illinois
Juvenile Justice Symposium, Chicago, Illinois.

February 11, 2004  "Information Processing in Schizophrenia: an fMRI study"  Psychiatric
Research Society, Park City, Utah.

February 25, 2004  "Implications of New Brain Imaging Research to Criminal Culpability of
Adolescents"  Briefing on Adolescent Development, National Press Club, Washington D.C.

March 9, 2004 "Facial Recognition as an Endophenotypic Marker in Autism" NIH sponsored
Autism Genetics In the Pacific Rim, University of California - Los Angeles Medical Center.
Los Angeles, California.

April 1, 2004  "Teaching Science to Myelinating and Pruning Brains Constructed During the
Middle Pleistocene Epoch:  The Challenge of Dealing with Brain Maturation in Boys and
Girls." NSTA, National Science Teachers Association, Atlanta, Georgia.

Ruben C. Gur, Ph.D.                                                                                  Page        6

May 21st, 2004 "Using Brain Research in Juvenile Representation" Southwest Regional Juvenile
    Defender Center's (SWJDC) 2004 Regional Summit, Zealous Advocacy = Best Interests,
    Houston, Texas.

June 17th, 2004 "Research in Family Schizophrenia" Harrisburg State Hospital, Harrisburg,
    Pennsylvania.

June 21, 2004 "Psychopharmacology of Emotions" 24th Annual Collegium Internationale Neuro-
    Psychopharmacolgicum (CINP) Congress-Paris.  Paris, France.

June 23, 2004 "Endophenotypic Measures in Brain Behavior Studies in Schizophrenia" Bordeaux
    University, Bordeaux, France.

July 24, 2004 "The Developing Brain and the Technology That Let's Us See It" 25th Annual
    Capital Punishment Training Conference, Warrenton, Virginia.

September 16, 2004 "Are Sex Differences in Brain Anatomy and Physiology Related to Sex
    Differences in Emotion Regulation, Personality, and Aggression?" Sex, Brain and Human
    Aggression Conference, Delmenhorst, Germany.

October 18, 2004 "Recent Discoveries of Cognitive Neuroscience Using Brain Imaging" Brain
    Imaging and the Cognitive Sciences Conference, Washington, D.C.

April 2, 2005 "Episodic Memory and Affective Processing in Schizophrenia" The 7th Biennial Mt.
    Sinai Conference on Cognition in Schizophrenia, Savannah, GA.

April 11, 2005 "Brain Development and its Relevance to the Juvenile Death Penalty"
    Cornell Law School; Prof Blume's class, Ithaca, NY.

April 11, 2005 "Aggression and Deception: Some Legal Implications of Recent Advances in
    Neuroimaging and Neuroscience, Cornell Law School, Ithaca, NY.

April 22, 2005 "Understanding Brain Development" The National Seminar on the Development
    and Integration of Mitigation Evidence, Salt Lake City, UT.

April 22, 2005 "Schizophrenia: The Positive and Negative Symptoms" The National Seminar on
    the Development and Integration of Mitigation Evidence, Salt Lake City, UT.

August 18, 2005 "Emotion: The Unwelcome Guest at the Cognitive Party" Ben Gurion
    University of the Negev, Beersheva, Israel.

September 10, 2005 "Brain 101: Knowing Brain Development, Function and Disorder can Save
    Your Client's Life." Florida Public Defenders Association: Life Over Death Conference,
    Orlando, FL.

November 18, 2005 "The Developing Adolescent Brain" OPD, Capital Defense Division Capital
    Training Seminar, Baltimore, MD.

November 28, 2005 "Emotion: The Dark Side of Cognition.  Insights from Neuroimaging Studies

Ruben C. Gur, Ph.D.                                                    Page        7

in Men and Women" University of Delaware, Newark, DE.

November 28, 2005 "Verify with MRI? Functional Imaging in the Context of Lie Detection." University of Delaware, Newark, DE.

February 10, 2006 "A Slice of Emotions: Neurobehavioral and (thinly sliced) fMRI Studies" Psychiatric Research Society Annual Meeting, Park City, UT.

April 7, 2006. "The Developing Brain: Judgement and Impulse Control" Indigent Criminal Defense: Advanced Skills for the Experienced Practitioner Conference, Richmond, VA.

July 12, 2006. "Sex Differences in Cerebral Function and Morphology in Mental Illness" CINP Symposium, Chicago, IL.

August 25, 2006. "Brain Structure and Function: New Frontiers. 11[th] Annual Federal Habeas Corpus Center, Pittsburgh, PA.

August 31, 2006. "Neuroimaging in the Study of Cognition and Emotion" Astra Zeneca, Wilmington, DE.

September 15, 2006. "Imaging in Schizophrenia" The International Symposium on Schizophrenia, Gottingen Research Association for Schizophrenia, Gottingen, Germany.

September 29, 2006 "The Inherent Mitigation of Youth: Brain Development in Adolescents and Young Adults. Making the Case for Life Conference, Las Vegas, NV.

November 13, 2006 "Brain Behavior Relationship of Normal and Disturbed Emotions in Schizophrenia and Autism" DFG International Research Training Group, Aachen University, Aachen, Germany.

April 20, 2007 "Gender Differences in Cerebral Function and Morphology in Normal Subjects. Advances in Neuroscience Conference, Napoli, Italy.

October 6, 2007 "Brain Function, Gender and Age" ASTAR National Judges' Science School. Baltimore, MD.

October 11, 2007 "Neurobiology of Sex Differences: Potential Relevance to Women in Science" Women's Leadership Board Meeting, Cambridge, MA.

November 16, 2007 "Brain Imaging" Ohio Association of Criminal Defense Lawyers. Columbus, Ohio.

April 2, 2008 "Cutting Edge Neuroscience" Capital Habeas Corpus Unit Conference, Fort Lauderdale, FL.

ORGANIZING ROLES IN SCIENTIFIC MEETINGS:        None.

BIBLIOGRAPHY:
Research Publications, peer reviewed:

Ruben C. Gur, Ph.D.                                                    Page        8

1. Alexander LT, Gur RC, Gur RE, Patterson L.  Peer assisted learning. Improving Human Performance Quarterly, 1974, 3, 175-186.

2. Gur RC, Gur RE.  Handedness, sex and eyedness as moderating variables in the relation between hypnotic susceptibility and functional brain asymmetry. Journal of Abnormal Psychology, 1974, 83, 635-643.

3. Gur RC.  An attention-controlled operant procedure for enhancing hypnotic susceptibility. Journal of Abnormal  Psychology, 1974, 83, 635-643.

4. Gur RE, Gur RC, Marshalek B. Classroom seating and functional brain asymmetry. Journal of Educational Psychology, 1975, 67, 151-153.

5. Gur RC, Hilgard ER. Visual imagery and discrimination of differences between altered pictures simultaneously and successively presented. British Journal of Psychology, 1975, 66, 341-345.

6. Gur RE, Gur RC.  Defense mechanisms, psychosomatic symptomatology and conjugate lateral eye movements. Journal of Consulting and Clinical Psychology, 1975, 43, 416-420.

7. Gur RE, Gur RC, Harris LJ.  Cerebral activation, as measured by subject's lateral eye movements, is influenced by experimenter location. Neuropsychologia, 1975, 13, 35-44.

8. Gur RC, Sackeim HA, Gur RE.  Classroom seating and psychopathology: some initial data. Journal of Abnormal Psychology, 1976, 85, 122-124.

9. Gur RC, Reyher J.  The enhancement of creativity via free imagery and hypnosis. American Journal of Clinical Hypnosis, 1976, 85, 237-249.

10. Sackeim HA, Packer IK, Gur RC.  Hemisphericity, cognitive set and susceptibility to subliminal perception. Journal of Abnormal Psychology, 1977, 86, 624-630.

11. Gur RE, Gur RC.  Sex differences in the relations among handedness, sighting-dominance and eye acuity. Neuropsychologia, 1977, 15, 585-590.

12. Sackeim HA, Gur RC, Saucy MC.  Emotions are expressed more intensely on the left side of the face. Science, 1978, 202, 434-436.

13. Gur RC, Sackeim HA.  Self-confrontation and psychotherapy. Psychotherapy: Theory, Research and Practice, 1978, 15, 258-265.

14. Sackeim HA, Gur RC.  Lateral asymmetry in intensity of emotional expression. Neuropsychologia, 1978, 16, 473-481.

15. Sackeim HA, Gur RC.  Self-deception, other-deception, and self-reported psychopathology. Journal of Consulting and Clinical Psychology, 1979, 47, 213-215.

Ruben C. Gur, Ph.D.                                                    Page    9

16. Gur RC, Sackeim HA.  Self-deception:  A concept in search of a phenomenon. Journal of Personality and Social Psychology, 1979, 37, 147-169.

17. Sackeim HA, Nordlie JW, Gur RC.  A model of hysterical and hypnotic blindness: cognition, motivation and awareness. Journal of Abnormal Psychology, 1979, 88, 474-489.

18. Gur RC, Reivich M.  Cognitive task effects on hemispheric blood flow in humans: evidence for individual differences in hemispheric activation.  Brain and Language, 1980, 9, 78-92.

19. Gur RC, Packer IK, Hungerbuhler JP, Reivich M, Obrist WD, Amarnek WS, Sackeim HA. Differences in the distribution of gray and white matter in human cerebral hemispheres. Science, 1980, 207, 1226-1228.

20. Sackeim HA, Greenberg MS, Weiman AL, Gur RC, Hungerbuhler JP, Geschwind N. Hemispheric asymmetry in the expression of positive and negative emotions: Neurological Evidence. Archives of Neurology, 1982, 39, 210-218.

21. Gur RC, Sussman NM, Alavi A, Gur RE, Rosen AD, O`Connor M, Goldberg HI, Greenberg JH, Reivich M.  Positron emission tomography in two cases of childhood epileptic encephalopathy  (Lennox-Gastaut Syndrome). Neurology, 1982, 32, 1191-1194.

22. Gur RC, Gur RE, Obrist WD, Hungerbuhler JP, Younkin D, Rosen AD, Skolnick BE., Reivich M.  Sex and handedness differences in cerebral blood flow during rest and cognitive activity. Science, 1982, 217,  659-661.

23. Sussman NM, Gur RC, Gur RE, O'Connor MJ.  Mutism as a consequence of callosotomy. Journal of Neurosurgery, 1983, 59, 514-519.

24. Gur RC, Gur RE, Rosen AD, Warach S, Alavi A, Greenberg J, Reivich M.  A cognitive-motor network demonstrated by positron emission tomography. Neuropsychologia, 1983, 21, 601-606.

25. Natale M, Gur RE, Gur RC.  Hemispheric asymmetries in processing emotional expressions. Neuropsychologia, 1983, 21, 555-565.

26. Reivich M, Gur RC, Alavi A.  Positron emission tomography studies of sensory stimuli, cognitive processes and anxiety. Human Neurobiology, 1983, 2, 25-33.

27. Gur RE, Skolnick BE, Gur RC, Caroff S, Rieger W, Obrist WD, Younkin D, Reivich M. Brain function in psychiatric disorders:  I. Regional cerebral blood flow in medicated schizophrenics. Archives of General Psychiatry, 1983, 40, 1250-1254.

28. Gur RE, Gur RC, Sussman NM, O'Connor MJ, Vey MM.  Hemispheric control of the writing hand: The effect of callosotomy in a left-hander. Neurology,1984, 34, 904-908.

29. Reivich M, Alavi A, Gur RC.  Positron emission tomographic studies of perceptual tasks. Annals of Neurology, 1984, 15, 61-65 (Supplement).

30. Gur RE, Skolnick BE, Gur RC, Caroff S, Rieger W, Obrist WD, Younkin D, Reivich M.

Ruben C. Gur, Ph.D.                                                      Page    10

Brain function in psychiatric disorders: II. Regional cerebral blood flow in medicated depressives. Archives of General Psychiatry, 1984, 41, 695-699.

31. Youkin D, Hungerbuhler JP, O'Connor M, Goldberg H, Burke A, Kushner M, Hurtig H, Obrist W, Gordon J, Gur RC, Reivich M. Superficial temporal-middle cerebral artery anastomosis: Effects on vascular, neurologic, and neuropsychological functions. Neurology, 1985, 35, 462-469.

32. Gur RE, Gur RC, Skolnick BE, Caroff S, Obrist WD, Resnick S, Reivich M. Brain function in psychiatric disorders: III. Regional cerebral blood flow in unmedicated schizophrenics. Archives of General Psychiatry, 1985, 42, 329-334.

33. Trivedi SS, Gur RC, Gur RE, Skolnick BE, Obrist WD, Reivich M, Herman GT. Imaging regional cerebral blood flow measured by the 133-Xenon technique. rCBF Bulletin, 1986, 9, 175-178.

34. Stern MB, Gur RC, Saykin AJ, Hurtig HI. Dementia of Parkinson's disease and Alzheimer's disease: Is there a difference? Journal of the American Geriatrics Society, 1986, 34, 475-478.

35. Gur RE, Resnick SM, Alavi A, Gur RC, Caroff S, Dann R, Silver F, Saykin AJ, Chawluk JB, Kushner M, Reivich M. Regional brain function in schizophrenia: I. A positron emission tomography study. Archives of General Psychiatry, 1987, 44, 119-125.

36. Gur RE, Resnick SM, Gur RC, Alavi A, Caroff S, Dann R, Silver F, Saykin AJ, Chawluk JB, Kushner M, Reivich M. Regional brain function in schizophrenia: II. Repeated evaluation with positron emission tomography. Archives of General Psychiatry, 1987, 44, 126-129.

37. Trope I, Fishman B, Gur RC, Sussman NM, Gur RE. Contralateral and ipsilateral control of fingers following callosotomy. Neuropsychologia, 1987, 25, 287-291.

38. Gur RC, Gur RE, Obrist WD, Skolnick BE, Reivich M. Age and regional cerebral blood flow at rest and during cognitive activity. Archives of General Psychiatry, 1987, 44, 617-621.

39. Gur RC, Gur RE, Resnick SM, Skolnick BE, Alavi A, Reivich M. The effect of anxiety on cortical cerebral blood flow and metabolism. Journal of Cerebral Blood Flow and Metabolism, 1987, 7, 173-177.

40. Knight H, Millman RP, Gur RC, Saykin AJ, Doherty JU, Pack AI. Clinical significance of sleep apnea in the elderly. American Review of Respiratory Disease, 1987, 136, 845-850.

41. Gur RC, Gur RE, Silver FL, Obrist WD, Skolnick BE, Kushner M, Hurtig HI, Reivich M. Regional cerebral blood flow in stroke: hemispheric effects of cognitive activity. Stroke, 1987, 18, 776-780.

42. Warach S, Gur RC, Gur RE, Skolnick BE, Obrist WD, Reivich M. The reproducibility of the Xe-133 inhalation technique in resting studies: task order and sex related effects in healthy

Ruben C. Gur, Ph.D.                                                                    Page    11

young adults. Journal of Cerebral Blood Flow and Metabolism, 1987, 7, 702-708.

43. Trivedi SS, Gur RC. Computer graphics for neuropsychological data. Proceedings of the National Computer Graphics Association, 1987, 3, 22-32.

44. Gur RC, Gur RE, Skolnick BE, Resnick SM, Silver FL, Chawluk JB, Muenz L, Obrist WD, Reivich M. Effects of task difficulty on regional cerebral blood flow: relationships with anxiety and performance. Psychophysiology, 1988, 25, 392-399.

45. Schmidt ML, Gur RE, Gur RC, Trojanowski JQ. Intraneuronal and extracellular neurofibrillary tangles exhibit mutually exclusive cytoskeletal antigens. Annals of Neurology, 1988, 23, 184-189.

46. Resnick SM, Gottlieb GL, Gur RE, Gur RC, Forciea MA, Zimmerman RA, Malamut B, Saykin AJ, Reivich M, Alavi A. Identical twins with probable Alzheimer's Disease: behavior, anatomy and physiology. Neuropsychiatry, Neuropsychology and Behavioral Neurology, 1988, 1, 61-72.

47. Gur RC, Trivedi SS, Saykin AJ, Gur RE. "Behavioral imaging" - a procedure for analysis and display of neuropsychological test scores: I. Construction of algorithm and initial clinical evaluation. Neuropsychiatry, Neuropsychology and Behavioral Neurology, 1988, 1, 53-60.

48. Gur RC, Saykin AJ, Blonder LX, Gur RE. "Behavioral imaging": II. Application of the quantitative algorithm to hypothesis testing in a population of hemiparkinsonian patients. Neuropsychiatry, Neuropsychology and Behavioral Neurology, 1988, 1, 87-96.

49. Gottlieb GL, McAllister TW, Gur RC. Depot neuroleptics in the treatment of behavioral disorders in patients with Alzheimer's disease. Journal of the American Geriatric Society, 1988, 36, 619-621.

50. Gottlieb GL, Gur RE, Gur RC. Reliability of psychiatric scales in patients with DAT. American Journal of Psychiatry, 1988, 145, 857-860.

51. Resnick SM, Gur RE, Alavi A, Gur RC, Reivich M. Positron emission tomography and subcortical glucose metabolism in schizophrenia. Psychiatry Research, 1988, 24, 1-11.

52. Trope I, Rozin P, Gur RC. Validation of the lateral limits technique with a callosotomy patient. Neuropsychologia, 1988, 26, 673-684.

53. Blonder LX, Gur RE, Gur RC. The effects of right and left hemiparkinsonism on prosody. Brain and Language, 1989, 36 193-207.

54. Trivedi SS, Gur RC. Topographic mapping of cerebral blood flow and behavior. Computers in Biology and Medicine, 1989, 19, 219-229.

55. Blonder LX, Gur RE, Gur RC, Saykin AJ, Hurtig HI. Neuropsychological functioning in hemiparkinsonism. Brain and Cognition, 1989, 9, 177-190.

Ruben C. Gur, Ph.D.                                                        Page    12

56.  Saykin AJ, Gur RC, Sussman NM, Gur RE.  Memory deficits before and after temporal lobectomy: Effect of laterality and age of onset. Brain and Cognition, 1989, 9, 191-200.

57.  Gur RE, Resnick SM, Gur RC.  Laterality and frontality of cerebral blood flow and metabolism in schizophrenia: relationship to symptom specificity. Psychiatry Research, 1989, 27, 325-334.

58.  Trojanowski JQ, Schmidt ML, Otvos L, Gur RC, Gur RE, Hurtig H, Lee VMY. Selective expression of epitopes in multi-phosphorylation repeats of the high and middle molecular weight neurofilament proteins in alzheimer neurofibrillary tangles.  Annals of Medicine, 1989, 21, 113-116.

59.  Erwin RJ, Mawhinney-Hee M, Gur RC, Gur RE.  Effects of task and gender on EEG indices of hemispheric activation:  similarities to previous rCBF findings. Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 1989, 2, 248-260.

60.  Sperling MR, Gur RC, Alavi A, Gur RE, Resnick S, Oconnor MJ, Reivich M. Subcortical Metabolic Alterations in Partial Epilepsy. Epilepsia, 1990, 31, 145-155.

61.  Gur RC, Saykin AJ, Benton A, Kaplan E, Levin H, Kester DB, Gur RE. "Behavioral imaging": III.  Inter-rater agreement and reliability of weightings. Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 1990, 3, 113-124.

62.  Gur RE, Gur RC. Gender differences in regional cerebral blood flow. Schizophrenia Bulletin, 1990, 16, 247-254.

63.  Stafiniak P, Saykin AJ, Sperling MR, Kester DB, Robinson LJ, O'Connor MJ, Gur RC. Acute naming deficits following dominant temporal lobectomy: prediction by age at first risk for seizures. Neurology, 1990, 40, 1509-1512.

64.  Gur RE, Gur RC, Saykin AJ.  Neurobehavioral studies in schizophrenia: implications for regional brain dysfunction. Schizophrenia Bulletin, 1990, 16, 445-451.

65.  Gur RC, Saykin AJ, Muenz LR, Trivedi S, Gur RE.  Response to Yeo et al.'s critique of behavioral imaging. Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 1990, 3, 304-312.

66.  Kohn MI, Tanna NK, Herman GT, Resnick SM, Mozley PD, Gur RE, Alavi A, Zimmerman RA, Gur RC.  Analysis of brain and CSF volumes from magnetic resonance imaging: methodology, reliability and validation. Radiology, 1991, 178, 115-122.

67.  Gur RE, Mozley D, Resnick SM, Levick S, Erwin R, Saykin A, Gur RC. Relations among clinical scales in schizophrenia: overlap and subtypes. American Journal of Psychiatry, 1991, 148, 472-478.

68.  Gur RC, Mozley PD, Resnick SM, Gottlieb GE, Kohn M, Zimmerman R, Herman G, Atlas S, Grossman R, Berretta D, Erwin R, Gur RE.  Gender differences in age effect on brain atrophy measured by magnetic resonance imaging. Proceedings for the National Academy of Sciences, 1991, 88, 2845-2849.

Ruben C. Gur, Ph.D.                                                        Page    13

69. Gur RE, Mozley PD, Resnick SM, Shtasel D, Kohn M, Zimmerman R, Herman G, Atlas S, Grossman R, Erwin R, Gur RC. Magnetic resonance imaging in schizophrenia: I. Volumetric analysis of brain and cerebrospinal fluid. Archives of General Psychiatry, 1991, 48, 407-412.

70. Saykin AJ, Gur RC, Gur RE, Mozley D, Mozley LH, Resnick SM, Kester DB, Stafiniak P. Neuropsychological function in schizophrenia: selective impairment in memory and learning. Archives of General Psychiatry, 1991, 48, 618-624.

71. Reinecke LJ, Kester DB, Saykin AJ, Kaplan EF, Gur RC. Comparison of two short forms of the Wisconsin Card Sorting Test. Archives of Clinical Neuropsychology, 1991, 6, 27-33.

72. Kester DB, Saykin AJ, Sperling MR, O'Connor MJ, Robinson LJ, Gur RC. Acute effect of anterior temporal lobectomy on musical processing. Neuropsychologia, 1991, 29, 703-708.

73. Shtasel DL, Gur RE, Mozley PD, Richards J, Taleff MM, Heimberg C, Gallacher F, Gur RC. Volunteers for biomedical research: recruitment and screening of normal controls. Archives of General Psychiatry, 1991, 48, 1022-1025.

74. Erwin RJ, Mawhinney-Hee M, Gur RC, Gur RE. Midlatency auditory evoked responses in schizophrenia. Biological Psychiatry, 1991, 30, 430-442.

75. Trope I, Rozin P, Kemler Nelson D, Gur RC. Information processing in the separated hemispheres of callosotomy patients: does the analytic-holistic dichotomy hold? Brain and Cognition, 1992, 19, 123-147.

76. Gur RE, Gur RC. Neurotransmitters are important, but so is metabolism. Neuropsychopharmacology, 1992, 7, 63-65.

77. Malamut BL, Graff-Radford N, Chawluk J, Grossman RI, Gur RC. Memory in a case of bilateral thalamic infarction. Neurology, 1992, 42:163-169.

78. Warach S, Gur RC, Gur RE, Skolnick BE, Obrist WD, Reivich M. Decreases in frontal and parietal lobe regional cerebral blood flow related to habituation. Journal of Cerebral Blood Flow and Metabolism, 1992, 12, 546-553.

79. Gur RC, Erwin RJ, Gur RE. Neurobehavioral probes for physiologic neuroimaging studies. Archives of General Psychiatry, 1992, 49, 409-414.

80. Erwin RJ, Gur RC, Gur RE, Skolnick BE, Mawhinney-Hee M, Smailis J. Facial emotion discrimination: I. Task construction and behavioral findings in normals. Psychiatry Research, 1992, 42, 231-240.

81. Gur RC, Erwin RJ, Gur RE, Zwil AS, Heimberg C, Kraemer HC. Facial emotion discrimination: II. Behavioral findings in depression. Psychiatry Research, 1992, 42, 241-251.

82. Heimberg C, Gur RE, Erwin RJ, Shtasel DL, Gur RC. Facial Emotion Discrimination: III.

Ruben C. Gur, Ph.D.                                                            Page    14

Behavioral findings in schizophrenia. Psychiatry Research, 1992, 42, 253-265.

83.  Shtasel DL, Gur RE, Gallacher F, Heimberg C, Cannon T, Gur RC. Phenomenology and functioning in first episode schizophrenia. Schizophrenia Bulletin, 1992, 18, 449-462.

84.  Shtasel DL, Gur RE, Gallacher F, Heimberg C, Gur RC. Gender difference in the clinical expression of schizophrenia. Schizophrenia Research, 1992, 7, 225-232.

85.  Gur RC, Jaggi JL, Ragland JD, Resnick SM, Shtasel D, Muenz L, Gur RE. Effects of memory processing on regional brain activation:  Cerebral blood flow in normal subjects. International Journal of Neuroscience, 1993, 72, 31-44.

86.  Levick SE, Lorig T, Wexler BE, Gur RE, Gur RC, Schwartz GE. Asymmetrical visual deprivation: A technique to differentially influence lateral hemispheric function. Perceptual and Motor Skills, 1993, 76, 1363-1382.

87.  Crawford HJ, Gur RC, Skolnick B, Gur RE, Benson D.  Effects of hypnosis on regional cerebral blood flow during ischemic pain with and without suggested hypnotic analgesia. International Journal of Psychophysiology, 1993, 15, 181-195.

88.   Skolnick BE, Gur RC, Stern MB, Hurtig HI. Reliability of regional cerebral blood flow activation to cognitive tasks in elderly normal subjects. Journal of Cerebral Blood Flow and Metabolism, 1993, 13, 448-453.

89.  Gur RC, Ragland JD, Resnick SM, Skolnick BE, Jaggi J, Muenz L, Gur RE.  Lateralized increases in cerebral blood flow during performance of verbal and spatial tasks: Relationship with performance level.  Brain and Cognition, 1994, 24, 244-258.

90.  Saykin AJ, Shtasel DL, Gur RE, Kester DB, Mozley LH, Stafiniak P, Gur RC. Neuropsychological deficits in neuroleptic naive, first episode schizophrenic patients. Archives of General Psychiatry, 1994, 51, 124-131.

91.  Schneider F, Gur RC, Gur RE, Muenz L.  Standardized Mood Induction with Happy and Sad Facial Expressions. Psychiatry Research, 1994, 51, 19-31.

92.  Gur RE, Mozley PD, Shtasel DL, Cannon TD, Gallacher F, Turetsky B, Grossman R, Gur RC.  Clinical subtypes of schizophrenia differ in brain and cerebrospinal fluid volume. American Journal of Psychiatry, 1994, 151, 343-350.

93.  Gur RC, Skolnick BE, Gur RE.  Effects of emotional discrimination tasks on cerebral blood flow: Regional activation and its relation to performance.  Brain and Cognition, 1994, 25, 271-286.

94.  Gur RE, Jaggi JL, Shtasel DL, Ragland JD, Gur RC.  Cerebral blood flow in schizophrenia: Effects of memory processing on regional activation. Biological Psychiatry, 1994, 35, 3-15.

95.  Mozley PD, Gur RE, Shtasel DL, Resnick SM, Richards J, Kohn M, Grossman R, Herman G, Gur RC.  Magnetic resonance imaging in schizophrenia:  II. Relationship to clinical measures. Schizophrenia Research, 1994, 12, 195-203.

Ruben C. Gur, Ph.D.                                                          Page    15

96.  Cowell PE, Turetsky BT, Gur RC, Grossman RI, Shtasel DL, Gur RE.  Sex differences in aging of the human frontal and temporal lobe.  The Journal of Neuroscience, 1994, 14, 4748-4755.

97.  Cannon TD, Zorrilla LE, Shtasel DL, Gur RE, Gur RC, Marco EJ, Moberg P, Price RA. Neuropsychological functioning in siblings discordant for schizophrenia and healthy volunteers. Archives of General Psychiatry, 1994, 51, 651-661.

98.  Holdnack JA, Moberg PJ, Arnold SE, Gur RE, Gur RC.  MMPI characteristics in adults diagnosed with ADD: A preliminary report.  International Journal of Neuroscience, 1994, 79, 47-58.

99.  Schneider F, Gur RC, Jaggi JL, Gur RE.  Differential effects of mood on cortical cerebral blood flow: A 133Xenon clearance study.  Psychiatry Research, 1994, 52, 215-236.

100. Resnick SM, Lazar J, Gur RE, Gur RC. The stability of tachistoscopic measures of hemispheric specialization. Neuropsychologia, 1994, 32, 1419-1430.

101. Gur RC, Mozley LH, Mozley PD, Resnick SM, Karp JS, Alavi A, Arnold SE, Gur RE. Sex differences in regional cerebral glucose metabolism during a resting state. Science, 1995, 267, 528-531.

102. Kareken DA, Gur RC, Mozley PD, Mozley LH, Saykin AJ, Shtasel DL, Gur RE. Cognitive functioning and neuroanatomic volume measures in schizophrenia. Neuropsychology, 1995, 9, 211-219.

103. Ragland JD, Gur RC, Deutsch GK, Gur RE.  Reliability and validity of the paired-associate recognition memory test: A test of declarative memory using Wisconsin card sorting stimuli. Psychological Assessment, 1995, 7, 25-32.

104. Arnold SE, Gur RE, Shapiro RM, Fisher KR, Moberg PJ, Gibney MR, Gur RC, Blackwell P, Trojanowski JQ. Prospective clinicopathologic studies of schizophrenia: accrual and assessment of patients. American Journal of Psychiatry, 1995, 152, 731-737.

105. Arnold SE, Franz BR, Gur RC, Gur RE, Shapiro RM, Moberg PJ, Trojanowski JQ. Smaller neuron size in schizophrenia in hippocampal subfields that mediate cortical-hippocampal interactions.  American Journal of Psychiatry, 1995, 152, 738-748.

106. Gur RE, Mozley PD, Resnick SM, Mozley LH, Shtasel DL, Gallacher F, Arnold SE, Karp JS, Alavi A, Reivich M, Gur RC. Resting cerebral glucose metabolism and clinical features of schizophrenia.  Archives of General Psychiatry, 1995, 52, 657-667.

107. Kareken DA, Gur RC, Saykin AJ. Reading on the wide range achievement test-revised and parental education as predictors of IQ: Comparison with the Barona formula. Archives of Clinical Neuropsychology, 1995, 10, 147-157.

108. Holdnack JA, Moberg PJ, Arnold SE, Gur RC, Gur RE. Speed of processing and verbal learning deficits in adults diagnosed with attention deficit disorder. Neuropsychiatry,

Ruben C. Gur, Ph.D.                                                      Page    16

Neuropsychology and Behavioral Neurology, 1995, 8, 282-292.

109. Schneider F, Gur RE, Mozley LH, Smith RJ, Mozley PD, Censits DM, Alavi A, Gur RC. Mood effects on limbic blood flow correlate with emotional self-rating. A PET study with oxygen-15 labeled water. Psychiatry Research, 1995, 61, 265-283.

110. Heimberg C, Gallacher F, Gur RC, Gur RE. Diet and gender moderate clozapine-related weight gain. Human Psychopharmacology, 1995, 10, 367-371.

111. Saykin AJ, Gur RC, Gur RE, Shtasel DL, Flannery KA, Mozley LH, Malamut BL, Watson B, Mozley PD. Normative neuropsycholgical test performance: Effects of age, education, gender and ethnicity. Applied Neuropsychology, 1995, 2, 79-88.

112. Saykin AJ, Stafiniak P, Robinson LJ, Flannery KA, Gur RC, O'Connor MJ, Sperling MR. Language before and after temporal lobectomy: Specificity of acute changes and relation to early risk factors. Epilepsia, 1995, 36, 1071-1077.

113. Turetsky BT, Cowell PE, Gur RC, Grossman RI, Shtasel DL, Gur RE. Frontal and temporal lobe brain volumes in schizophrenia: Relationship to symptomatology and clinical subtype. Archives of General Psychiatry, 1995, 52, 1061-1070.

114. Schneider F, Gur RC, Gur RE, Shtasel DL. Emotional processing in schizophrenia: Neurobehavioral probes in relation to psychopathology. Schizophrenia Research, 1995, 17, 67-75.

115. Schneider F, Gur RE, Alavi A, Seligman MEP, Mozley LH, Smith RJ, Mozley PD, Gur RC. Cerebral blood flow changes in limbic regions induced by unsolvable anagram tasks. American Journal of Psychiatry, 1996, 153, 206-212.

116. Cowell PE, Kostianovsky DJ, Gur RC, Turetsky BI, Gur RE. Sex differences in neuroanatomical and clinical correlations in schizophrenia. American Journal of Psychiatry, 1996, 153, 799-805.

117. Ragland JD, Censits DM, Gur RC, Glahn DC, Gallacher F, Gur RE. Assessing declarative memory in schizophrenia using wisconsin card sorting test stimuli: the paired associate recognition test. Psychiatry Research, 1996, 60, 135-145.

118. Wang GJ, Volkow ND, Fowler JS, Logan J, Gur RC, Netusil N, Hitzemann RJ, Pappas NS. Age associated decrements in dopamine D2 receptors in thalamus and in temporal insula of human subjects. Life Sciences, 1996, 59, 31-35.

119. Gur RE, Petty RG, Turetsky BI, Gur RC. Schizophrenia throughout life: Sex differences in severity and profile of symptoms. Schizophrenia Research, 1996, 21 1-12.

120. Mozley LH, Gur RC, Gur RE, Mozley PD, Alavi A. The Relationship between verbal memory performance and the cerebral distribution of FDG in patients with schizophrenia. Biological Psychiatry, 1996, 40, 443-451.

121. Kareken DA, Moberg PJ, Gur RC. Proactive inhibition and semantic organization:

Ruben C. Gur, Ph.D.                                                                          Page    17

Relationship to verbal memory in patients with schizophrenia. Journal of the International Neuropsychological Society, 1996, 2, 486-493.

122. Szymanski S, Gur RC, Gallacher F, Mozley LH, Gur RE. Vulnerability to tardive dyskinesia development in schizophrenia : An FDG-PET study of cerebral metabolism. Neuropsychompharmacology, 1996, 15, 567-575.

123.  Mozley PD, Kim H-J, Gur RC, Tatsch K, Muenz LR, McElgin WT, Kung M-P, Mu M, Myers AM, Kung HF. [I-123] IPT SPECT imaging of CNS dopamine transporters: Non-linear effects of normal aging on striatal uptake values. Journal of Nucl Medicine, 1996, 37, 1965-1970.

124. Volkow ND, Ding YS, Fowler JS, Wang GJ, Logan J, Gatley SJ, Hitzemann R, Smith G, Fields SD, Gur RC.  Dopamine transporters decrease with age.  Journal of Nuclear Medicine, 1996, 37, 554-559.

125. Ragland JD, Glahn DC, Gur RC, Censits DM, Smith RJ, Mozley PD, Alavi A, Gur RE. PET regional cerebral blood flow change during working and declarative memory: Relationship with task performance. Neuropsychology, 1997, 11, 222-231.

126.  Mozley PD, Gur RC, Swanson CL, Turetsky BI, Gur RE, Nienow T, Alavi A. [Tc-99m] ECD SPECT demonstrates that dopaminergic drugs affect cerebral blood flow in healthy human volunteers. Journal of Nuclear Medicine, 1997, 38, 48.

127.  Finkelstein JRJ, Cannon TD, Gur RE, Gur RC, Moberg P. Attentional Dysfunctions in neuroleptic-naive and neuroleptic-withdrawn schizophrenic patients and their siblings. Journal of Abnormal Psychology, 1997, 106, 203-212.

128.  Gur RC, Ragland JD, Mozley LH, Mozley PD, Smith R, Alavi A, Bilker W, Gur RE. Lateralized changes in regional cerebral blood flow during performance of verbal and facial recognition tasks: Correlations with performance and"Effort". Brain and Cognition, 1997, 33, 388-414.

129.  Mozley PD, Sadek AM, Alavi A, Gur RC, Muenz LR, Bunow BJ, Kim H-J, Stecker M, Jolles P, Newberg A.  Effects of aging on the cerebral distribution of [Tc-99m] HMPAO in healthy humans. European Journal of Nuclear Medicine, 1997, 24, 754-761.

130.  Censits DM, Ragland JD, Gur RC, Gur RE. Neuropsychological evidence supporting a neurodevelopmental model of schizophrenia: A longitudinal study. Schizophrenia Research, 1997, 24, 289-298.

131.  Moberg PJ, Doty RL, Turetsky BI, Arnold SE, Mahr RN, Gur RC, Bilker W, Gur RE Olfactory Identification deficits in schizophrenia correlation with duration of illness. American Journal of Psychiatry, 1997, 154, 1016-1018.

132.  Coleman AR, Moberg PJ, Ragland JD, Gur RC. Comparison of the Halstead-Reitan and infrared light beam finger tappers. Assessment, 1997, 4, 277-286.

133. Glahn DC, Gur RC, Ragland JD, Censits DM, Gur RE. Reliability, performance

Ruben C. Gur, Ph.D.                                                                    Page      18

characteristics, construct validity, and an initial clinical application of a visual object learning test (VOLT). Neuropsychology, 1997, 11, 602-612.

134. Gur RC, Ragland JD, Gur RE. Cognitive Changes in Schizophrenia: A Critical Look . International Review of Psychiatry, 1997, 9, 449-457.

135. Schneider F, Grodd W, Weiss U, Klose U, Mayer KR, Nagele T, Gur RC. Functional MRI reveals left amygdala activation during emotion. Psychiatry Research:Neuroimaging Section, 1997, 76, 75-82.

136. Kohler C, Gur RC, Swanson CL, Petty R, Gur RE. Depression in schizophrenia: I. Association with neuropsychological deficits. Biological Psychiatry, 1998, 43, 165-172.

137. Gur RE, Cowell P, Turetsky BI, Gallacher F, Cannon T, Bilker W, Gur RC. A followup MRI study of schizophrenia: Relationship of neuroanatomic changes with clinical and neurobehavioral measures. Archives of General Psychiatry, 1998, 55, 145-152..

138. Kohler C, Swanson CL, Gur RC, Harper Mozley L, Gur RE. Depression In Schizophrenia: II. MRI and PET Findings. Biological Psychiatry, 1998, 43, 173-180.

139. Ragland JD, Gur RC, Glahn DC, Censits DM, Smith RJ, Lazarev MG, Alavi A, Gur RE. Frontotemporal cerebral blood flow change during executive and declarative memory tasks in schizophrenia: a positron emission tomography study. Neuropsychology, 1998, 12, 399-413.

140. Swanson CL, Gur RC, Bilker W, Petty RG, Gur RE. Premorbid educational attainment in schizophrenia: association with symptoms, functioning, and neurobehavioral measures. Biological Psychiatry, 1998, 44, 739-747.

141. Volkow ND, Gur RC, Wang GJ, Fowler JS, Moberg PJ, Ding YS, Hitzemann R, Smith G, Logan J. Association between decline of brain dopamine activity with age and cognitive and motor impairment in healthy individuals. American Journal of Psychiatry, 1998, 155, 344-349.

142. Erwin RJ, Turetsky B, Moberg P, Gur RC, Gur RE. P50 abnormalities in schizophrenia: relationship to clinical and neuropsychological indices of attention. Schizophrenia Research, 1998, 33, 157-167.

143. Gur RE, Maany V, Mozley D, Swanson C, Bilker W, Gur RC. Subcortical MRI Volumes in Neuroleptic-Naive and Treated Patients With Schizophrenia. American Journal of Psychiatry, 1998, 155, 1711-1717.

144. Moberg PJ, Doty RL, Turetsky BI, Arnold SE, Mahr RN, Gur RC, Bilker W, Gur RE. Deterioration of olfactory identification abilities in patients with schizophrenia. American Journal of Psychiatry, 1998, 155(10), 1463-1464.

145. Coleman AR, Norstrand JA, Moberg PJ, Kohler CG, Gur RC, Gur RE. MMPI-2 characteristics of adults diagnosed with Attention Deficit Disorder. International Journal of Neuroscience, 1998, 96, 161-175.

Ruben C. Gur, Ph.D. Page 19

146. Volkow ND, Wang GJ, Fowler JS, Ding YS, Gur RC, Gatley JS, Logan J, Moberg PJ, Hitzemann, RJ, Smith G, Pappas N. Parallel Loss of Pre and Postsynaptic Dopamine Markers in Normal Aging. Annals of Neurology, 1998, 44, 143-147.

147. Cecil KM, Lenkinski RE, Gur RE, Gur, RC. Proton magnetic resonance spectroscopy in the frontal and temporal lobes of neuroleptic naive patients with schizophrenia. Neuropsychoparmacology, 1999, 20, 131-140.

148. Ragland JD, Gur RE, Klimas BC, McGrady N, Gur RC. Neuropsychological laterality indices of schizophrenia: Interactions with gender. Schizophrenia Bulletin, 1999, 25, 79-89.

149. Gur RC, Turetsky BI, Matsui M, Yan M, Bilker W, Hughett P, Gur RE. Sex differences in brain gray and white matter in healthy young adults. Journal of Neuroscience, 1999, 19, 4065-4072.

150. Moberg PJ, Agrin, RN, Gur RE, Gur RC, Turetsky BI, Doty RI. Olfactory dysfunction in schizophrenia: A qualitative and quantitative review. Neuropsychopharmacology, 1999, 21, 325-340.

151. Gur RE, Turetsky BI, Bilker WB, Gur RC. Reduced gray matter volume in schizophrenia. Archives of General Psychiatry, 1999, 56, 905-911.

152. Ragland JD, Coleman AR, Gur RC, Glahn DC, Gur RE. Sex differences in behavior relationships between verbal episodic memory and resting regional cerebral blood flow. Neuropsychologia, 2000, 38, 451-461.

153. Glahn DC, Cannon TD, Gur RE, Ragland JD, Gur RC. Working memory constrains abstraction in schizophrenia. Biological Psychiatry, 2000, 47, 34-42.

154. Habel U, Gur RC, Mandal MK, Salloum JB, Gur RE, Schneider F. Emotional processing in schizophrenia across cultures: standardized measure of discrimination and experience. Schizophrenia Research, 2000, 42, 57-66.

155. Mozley PD, Acton PD, Barraclough ED, Plossl K, Gur RC, Alavi A, Mathur A, Saffer J, Kung HF. Effects of age on dopamine transporters in healthy humans. Journal of Nuclear Medicine, 1999, 40, 1812-1817,

156. McBride T, Arnold SE, Gur RC. A comparative volumetric analysis of the prefrontal cortex in human and baboon MRI. Brain, Behavior & Evolution, 1999, 54,159-166.

157. Volkow ND, Logan J, Fowler JS, Wang GJ, Gur RC, Wong C, Felder C, Gatley SJ, Ding YS, Hitzemann R, Papass N. Association between age-related decline in brain dopamine activity and impairment in frontal and cingulate metabolism. American Journal of Psychiatry, 2000, 157, 75-80.

158. Matsui M, Gur RC, Turetsky BI, Yan M, Gur RE. The relation between tendency for psychopathology and reduced frontal brain volume in healthy people. Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 2000, 13, 155-162.

Ruben C. Gur, Ph.D.                                                     Page    20

159. Gur RC, Alsop D, Glahn D, Petty R, Swanson CL, Maldjian JA, Turetsky BI, Detre JA, Gee J, Gur RE. An fMRI study of sex differences in regional activation to a verbal and a spatial task. Brain and Language, 2000, 74, 157-170.

160. Kohler CG, Bilker W, Hagendoorn M, Gur RE, Gur RC. Emotion recognition deficit in schizophrenia: Association with symptomatology and cognition. Biological Psychiatry, 2000, 48, 127-136.

161. Ragland JD, Gur RC, Lazarev, MG, Smith RJ, Schroeder L, Raz J, Turetsky, BI, Alavi A, Gur RE. Hemispheric activation of anterior and inferior prefrontal cortex during verbal encoding and recognition. NeuroImage, 2000, 11, 624-633.

162. Gur RE, Cowell PE, Latshaw A, Turetsky BI, Gorssman RI, Arnold SE, Bilker WB, Gur RC. Reduced dorsal and orbital prefrontal gray matter volumes in schizophrenia. Archives of General Psychiatry, 2000, 57, 761-768.

163. Gur RE, Turetsky BI, Cowell PE, Finkelman C, Maany V, Grossman RI, Arnold SE, Bilker WB, Gur RC. Temporolimbic volume reductions in schizophrenia. Archives of General Psychiatry, 2000, 57, 769-775.

164. Kohler CG, Ances BM, Coleman AR, Ragland JD, Lazarev M, Gur RC. Marchiafava-Bignami disease: literature review and case report. Neuropsychiatry, Neuropsychology, & Behavioral Neurology. 2000, 13, 67-76.

165. Matsuzawa J, Matsui M, Konishi T, Noguchi N, Gur RC, Bilker W, Miyawaki T. Age-related volumetric changes of brain gray and white matter in healthy infants and children. Cerebral Cortex. 2001, 11, 335-342.

166. Kurtz, M.M., Moberg, P.J., Harper Mozley, L., Swanson, C.S., Gur, R. C., & Gur, R.E. Effectiveness of an attention and memory training program on neuropsychological deficits in schizophrenia. Neurorehabilitation and Neural Repair, 2001, 15, 23-28.

167. Ragland JD, Gur RC, Raz J, Schroeder L, Smith RJ, Alavi A, Gur RE. Effect of schizophrenia on frontotemporal activity during word encoding and recognition: A PET cerebral blood flow study. American Journal of Psychiatry, 2001, 158, 1114-1125.

168. Kurtz, M.M., Ragland, J.D., Bilker, W.B., Gur, R.C., & Gur R.E. Comparison of two forms of the Continuous Performance Test, with and without working memory demands, in healthy controls and patients with schizophrenia. Schizophrenia Research, 2001, 48, 307-316.

169. Mozley LH, Gur RC, Mozley PD, & Gur RE. Striatal dopamine transporters and cognitive functioning in healthy men and women. American Journal of Psychiatry, 2001, 158, 1492-1499

170. Silver, H, Shlomo, N, Turner, T, Gur, RC. Perception of happy and sad facial expressions in chronic schizophrenia: Evidence for two evaluative systems. Schizophrenia Research, 2002, 55, 171-177,

Ruben C. Gur, Ph.D.                                                                  Page    21

171. Gur RC, Ragland JD,Moberg PJ,Turner TH, Bilker WB, Kohler C, Siegel SJ, Gur RE. Computerized Neurocognitive Scanning: I. Methodology and validation in healthy people. Neuropsychopharmacology, 2001, 25, 766-776.

172. Gur RC, Ragland JD, Moberg PJ, Bilker WB,  Kohler C, Siegel SJ, Gur RE. Computerized Neurocognitive Scanning II:  The Profile of Schizophrenia.  Neuropsychopharmacology, 2001, 25, 777-788,

173. Hill SK, Ragland JD, Gur RC, Gur RE. Neuropsychological differences among empirically derived clinical subtypes of schizophrenia. Neuropsychology, 2001, 15, 492-501.

174. Moelter ST, Hill SK, Ragland JD, Lunardelli A, Gur, RC, Gur RE, Moberg PJ. Controlled and automatic processing during animal word list generation in schizophrenia. Neuropsychology, 2001, 15, 502-509.

175. Kurtz MM, Moberg PJ, Gur RC, Gur RE. Approaches to cognitive remediation of neuropsychological deficits in schizophrenia: a review and meta-analysis. Neuropsychology Review. 2001, 11,197-210.

176.  Gur RC, Gunning-Dixon FM, Turetsky BI, Bilker WB, Gur RE. Brain Region and sex differences in age association with brain volume: A quantitative MRI study of healthy young adults. Am J Geriatric Psychiatry, 2002, 10,72-80.

177. Ragland JD, Turetsky BI, Gur RC, Gunning-Dixon F, Turner T, Schroeder L, Chan R, Gur RE. Working memory for complex figures: an fMRI comparison of letter and fractal n-back tasks. Neuropsychology, 2002, 16, 370-379.

178. Langleben DD, Schroeder L, Maldjian JA, Gur RC, McDonald S, Ragland JD, O'Brien CP, Childress AR. Brain activity during simulated deception: An event-related functional magnetic resonance study. NeuroImage, 2002, 15, 727-732.

179. Gur RC, Sara R, Hagendoorn M, Maron O, Hughett P, Turner T, Bajcsy R, Gur RE.  A method for obtaining 3-dimensional facial expressions and its standardization for use in neurocognitive studies.  Journal of Neuroscience Methods, 2002, 115, 137-143.

180.  Gur RC, Schroeder L, Turner T, McGrath C, Chan RM, Turetsky BI, Alsop D, Maldjian J, Gur RE.  Brain activation during facial emotion processing.  NeuroImage, 2002, 16, 651-662.

181.Gur RC, Gunning-Dixon F, Bilker WB, Gur RE. Sex Differences in temporo-limbic and frontal brain volumes of healthy adults.  Cerebral Cortex, 2002, 12, 998-1003.

182.Gur RE, Gur RC. Gender differences in aging: Cognition, emotions and neuroimaging studies. Dialogues in Clinical Neuroscience, 2002, 4,197-207.

183.Goldstein RZ, Volkow ND, Chang L, Wang GJ, Fowler JS, Depue RA, Gur RC.  The orbitofrontal cortex in methamphetamine addiction: Involvement in fear.  NeuroReport,

Ruben C. Gur, Ph.D.                                                                        Page     22

2002, 13, 2253-2257.

184. Hill SK, Ragland JD, Gur RC, Gur RE. Neuropsychological profiles delineate distinct profiles of schizophrenia, an interaction between memory and executive function, and uneven distributions of clinical subtypes. Journal of Clinical and Experimental Neuropsychology. 2002, 24, 765-780.

185. Turetsky BI, Moberg PJ, Mozley LH, Moelter ST, Agrin R, Gur RC, Gur RE. Memory-delineated subtypes of schizophrenia: Relationship to clinical, neuroanatomical and physiological measures. Neuropsychology, 2002, 16, 481-490.

186. Gur RE, McGrath C, Chan RM, Schroeder L, Turner T, Turetsky BI, Kohler C, Alsop D, Maldjian J, Ragland JD, Gur RC. An fMRI study of facial emotion processing in schizophrenia. Am Journal of Psychiatry, 2002, 159, 1992-1999.

187. Rosen AC, Gur RC. Ethical considerations for neuropsychologists as functional magnetic imagers. Brain and Cognition. 2002, 50, 469-481.

188. Gunning-Dixon FM, Gur RC, Perkins AC, Schroeder L, Turner T, Turetsky BI, Chan RM, Loughead JW, Alsop DC, Maldjian J, Gur RE. Age-related differences in brain activation during emotional face processing. Neurobiology of Aging. 2003, 24, 285-95.

189. Kryspin-Exner I, Gur RC, Hoheisel B, Klein M, Six N. Neurobehavioral Probes: Adaptierung und Erweiterung von Verfahren zur computergestützen neuropsychologischen Diagnostik. Verhaltenstherapie und Verhaltensmedizin, 2003, 24, 27-51.

190. Kohler CG, Turner TT, Bilker WB, Brensinger C, Siegel SJ, Kanes, SJ, Gur RE, Gur RC. Facial emotion recognition in schizophrenia: Intensity effects and error pattern. American Journal of Psychiatry, 2003, 160, 1768-1774.

191. Silver H, Feldman P, Bilker WB, Gur RC. Working memory deficit as a core neuropsychological dysfunction in schizophrenia. American Journal of Psychiatry, 2003, 160, 1809-1816.

192. Indersmitten T, Gur RC. Emotion processing in chimeric faces: hemispheric asymmetries in expression and recognition of emotions. The Journal of Neuroscience. 2003, 23, 3820-3825.

193. Bilker WB, Brensinger C, Kurtz MM, Kohler C, Gur RC, Siegel SJ, Gur RE. Development of an abbreviated schizophrenia quality of life scale using a new method. Neuropsychopharmacology. 2003, 28, 773-777.

194. Windischberger C, Barth M, Lamm C, Schroeder L, Bauer H, Gur RC, Moser E. Fuzzy cluster analysis of high-field functional MRI data. Artificial Intelligence in Medicine. 2003, 29, 203-223.

195. Ragland JD, Moelter ST, McGrath C, Hill SK, Gur RE, Bilker WB, Siegel SJ, Gur RC. Levels-of-processing effect on word recognition in schizophrenia. Biological Psychiatry. 2003, 54, 1154-1161.

Ruben C. Gur, Ph.D.                                                                Page    23

196. Dubb A, Gur RC, Avants B, Gee J.  Characterization of sexual dimorphism in the human corpus callosum. Neuroimage. 2003 20:512-519.

197.Gur RE, Kohler C, Ragland JD, Siegel SJ, Bilker WB, Loughead J, Phend N, Gur RC. Neurocognitive performance and clinical changes in olanzapine-treated patients with schizophrenia. Neuropsychopharmacology. 2003 28:2029-2036.

198. Gelber EI, Kohler CG, Bilker WB, Gur RC, Brensinger C, Siegel SJ, Gur RE. Symptom and demographic profiles in first-episode schizophrenia. Schizophrenia Research. 2004, 67, 185-194.

199.Kurtz MM, Ragland JD, Moberg PJ, Gur RC: The Penn Conditional Exclusion Test: A New Measure of Executive-function with Alternate Forms for Repeat Administration. Archives of Clinical Neuropsychology. 2004, 19, 191-201.

200.Kohler CG, Turner TH, Gur RE, Gur RC. Recognition of facial emotions in neuropsychiatric disorders. CNS Spectrum. 2004, 9, 267-274.

201. Elliott MA, Gualtieri EE, Hulvershorn J, Ragland JD, Gur R.  The effects of geometric distortion correction on motion realignment in fMRI.  Academic Radiology. 2004, 11, 1005-1010.

202. Kurtz MM, Moberg PJ, Gur RC, Gur RE.  Results from randomized, controlled trials of the effects of cognitive remediation on neurocognitive deficits in patients with schizophrenia. Psychol Med. 2004, 34, 569-570.

203. Lowery N, Ragland JD, Gur RC, Gur RE, Moberg PJ.  Normative data for the symbol cancellation test in young healthy adults. Applied Neuropsychology. 2004, 11, 218-221.

204. Kohler CG,  Turner T, Stolar NM,  Bilker WB, Brensinger CM, Gur RE, Gur RC. Differences in Facial Expressions of Four Universal Emotions.  Psychiatry Research, 2004, 128, 235-244.

205.Gur RE, Kohler CG, Turetsky BI, Siegel SJ, Kanes SJ, Bilker WB, Brennan AR, Gur RC.  A sexually dimorphic ratio of orbitofrontal to amygdala volume is altered in schizophrenia. Biological Psychiatry, 2004, 55, 512-517.

206. Keefe RSE, Seidman LJ, Christensen BK, Hamer RM, Sharma T, Sitskoorn MM, Lewine RRJ, Yurgelun-Todd DA, Gur RC, Tohen M, Tollefson GD, Sanger TM, Lieberman JA. Comparative effect of atypical and conventional antipsychotic drugs on neurocognition in first-episode psychosis:  A randomized double-blind trial of olanzapine versus haloperidol.  American Journal of Psychiatry, 2004, 161, 985-995.

207. Ragland JD, Gur RC, Valdez J, Turetsky BI, Elliott M, Kohler CG, Siegel SJ, Kanes SJ, Gur RE. Event-related fMRI of frontotemporal activity during word encoding and recognition in schizophrenia. American Journal of Psychiatry, 2004, 161,1004-1015.

208. Irani F, Dankert M, Brensinger C, Bilker WB, Nair SR, Kohler CG, Kanes SJ, Turetsky BI, Moberg PJ, Ragland JD, Gur RC, Gur RE, Siegel SJ.  Patient attitudes towards surgically-implantable, long-term delivery of psychiatric medicine, Neuropsychopharmacology. 2004, 29,

Ruben C. Gur, Ph.D.                                                          Page    24

960-968.

209. Sachs G, Steger-Wuchse D, Kryspin-Exner I, Gur RC, Katschnig H. Facial recognition deficits and cognition in schizophrenia. Schizophrenia Research. 2004, 68, 27-35.

210. Weiser M, Reichenberg A, Rabinowitz J, Knobler HY, Lubin G, Yazvitzky R, Nahon D, Gur RC, Davidson M. Cognitive performance of male adolescents is lower than controls across psychiatric disorders: A population-based study. Acta Psychiatrica Scandinavica. 2004, 110, 471-475.

211. Bilker WB, Brensinger C, Gur RC. A two factor ANOVA-like test for correlated correlations: CORANOVA. Multivariate Behavioral Research. 2004, 39, 565-594.

212. Verma R, Davatzikos C, Loughead J, Indersmitten T, Hu R, Kohler CG, Gur RE, Gur RC. Quantification of facial expressions using high dimensional shape transformations. Journal of Neuroscience Methods. 2005, 141, 61-73.

213.Goldstein RZ, Alia-Klein N, Leskovjan AC, Fowler JS, Wang G, Gur RC, Hitzemann R, Volkow ND. Anger and depression in cocaine addiction: Association with the orbitofrontal cortex. Psychiatry Research: Neuroimaging. 2005, 138, 13– 22.

214.Dubb A, Xie Z, Gur RC, Gur RE, Gee J. Characterization of brain plasticity in schizophrenia using template deformation. Acad Radiology,.2005, 12, 3-9.

215. Nucifora PG, Verma R, Melhem ER, Gur RE, Gur RC. Leftward asymmetry in relative fiber density of the arcuate fasciculus. Neuroreport, 2005, 16, 791-794.

216. Yushkevich P, Dubb A, Xie Z, Gur RE, Gur RC, Gee J. Regional structural characterization of the brain of schizophrenia patients. Acad Radiol., 2005, 12,1250-1261.

217. Calkins ME, Gur RC, Ragland JD, Gur RE. Face recognition memory deficits and visual object memory performance in patients with schizophrenia and their relatives. Am J Psychiatry. 2005,162,1963-1966.

218. Ragland JD, Gur RC, Valdez JN, Loughead J, Elliott M, Kohler CG, Kanes SJ, Siegel SJ, Moelter ST, Gur RE. Levels-of-processing effect on frontotemporal function in schizophrenia during word encoding and recognition. American Journal of Psychiatry. 2005, 162, 1840-1848.

219. Kurtz MM, Moberg PJ, Ragland JD, Gur RC, Gur RE. Symptoms versus neurocognitive test performance as predictors of psychosocial status in schizophrenia. Schizophrenia Bulletin. 2005, 31,167-174.

220. Gur RC. Brain maturation and its relevance to understanding criminal culpability of juveniles. Current Psychiatry Reports. 2005, 7, 292-296.

221. Moelter ST, Hill SK, Hughett P, Gur RC, Gur RE, Ragland JD. Organization of semantic category exemplars in schizophrenia. Schizophr Res. 2005, 15, 209-217.

222. Platek SM, Loughead JW, Gur RC, Busch S, Ruparel K, Phend N, Panyavin IS, Langleben

Ruben C. Gur, Ph.D.                                                          Page    25

DD. Neural substrates for functionally discriminating self-face from personally familiar faces, Human Brain Mapping. 2005 Jul 20; [Epub ahead of print]

223. Williams LM, Grieve SM, Whitford TJ, Clark RC, Gur RC, Goldberg E, Flor-Hentry P, Peduto AS, Gordon E. Neural synchrony and grey matter variations in human males and females: An integration of 40hz gamma synchrony and neuroimaging measures. Journal of Integrative Neuroscience, 2005, 4, 77-93.

224. Davatzikos C, Shen D, Gur RC, Wu X, Liu D, Fan Y, Hughett P, Turetsky BI, Gur RE. Whole brain morphometric study of schizophrenia reveals a spatially complex set of focal abnormalities. Archives of General Psychiatry, 2005, 62, 1218-1227.

225. Langleben DD, Loughead JW, Bilker WB, Ruparel K, Childress AR, Busch S, Gur RC. Telling truth from lie in individual subjects with fast event-related fMRI. Human Brain Mapping, 2005, 26, 262-272.

226. Davatzikos C, Ruparel K, Fan Y, Shen DG, Acharyya M, Loughead JW, Gur RC, Langleben DD,. Classifying spatial patterns of brain activity using machine learning methods: application to lie detection. NeuroImage. 2005, 15, 663-668.

227. Schneider F, Gur RC, Koch K, Backes V, Amunts K, Shah NJ, Bilker W, Gur RE, Habel U. Impairment in the specificity of emotion processing in schizophrenia. American Journal of Psychiatry. 2006, 163, 442-447.

228. Siegel SJ, Irani F, Brensinger CM, Kohler CG, Bilker WB, Ragland JD, Kanes SJ, Gur, RC, Gur RE. Prognostic variables at intake and long-term level of function in schizophrenia. American Journal of Psychiatry, 2006, 163, 1-9.

229. Ragland JD, McCarthy E, Bilker WB, Brensinger CM, Valdez J, Kohler C, Gur RE, Gur RC. Levels-of-processing effect on internal source monitoring in schizophrenia. Psychological Medicine. 2006, 36, 641-648.

230. Gur RE, Kohler CG, Ragland JD, Siegel SJ, Lesko K, Bilker WB, Gur RC. Flat affect in schizophrenia: Relation to emotion processing and neurocognitive measures. Schizophrenia Bulletin, 2006, 32, 279-287.

231. Silver H, Goodman C, Bilker W, Gur RC, Isakov V, Knoll G, Feldman P. Impaired error monitoring contributes to face recognition deficit in schizophrenia patients. Schizophrenia Reseach. 2006, 85, 151-161.

232. Dickinson D, Ragland JD, Calkins ME, Gold JM, Gur RC. A comparison of cognitive structure in schizophrenia patients and healthy controls using confirmatory factor analysis. Schizophrenia Reseach. 2006, 85, 20-29.

233. Irani F, Platek SM, Panyavin IS, Calkins ME, Kohler C, Siegel SJ, Schachter M, Gur RE, Gur RC. Self-face recognition and theory of mind in patients with schizophrenia and first-degree relatives. Schizophrenia Reseach. 2006, 88, 151-160.

234. Sanders RD, Joo YH, Almasy L, Wood J, Keshavan MS, Pogue-Geile MF, Gur RC, Gur RE,

Ruben C. Gur, Ph.D.                                                              Page    26

Nimgaonkar VL. Are neurologic examination abnormalities heritable? A preliminary study. Schizophrenia Reseach. 2006, 86, 172-180.

235. Moberg PJ, Arnold SE, Doty RL, Gur RE, Balderston CC, Roalf DR, Gur RC, Kohler CG, Kanes SJ, Seigel SJ, Turetsky BI. Olfactory functioning in schizophrenia: Relationship to clinical, neuropsychological, and volumetric MRI measures. Journal of Clinical and Experimental Neuropsychology, 2006, 28, 1444-1461.

236. Weiss EM, Kohler CG, Brensinger CM, Bilker WB, Loughead J, Delazer M, Nolan KA. Gender differences in facial emotion recognition in persons with chronic schizophrenia. Eur Psychiatry. 2007, 22, 116-122.

237. Aliyu MH, Calkins ME, Swanson CL Jr, Lyons PD, Savage RM, May R, Wiener H, McLeod-Bryant S, Nimgaonkar VL, Ragland JD, Gur RE, Gur RC, Bradford LD, Edwards N, Kwentus J, McEvoy JP, Santos AB, McCleod-Bryant S, Tennison C, Go RC, Allen TB; PAARTNERS Study Group. Project among African-Americans to explore risks for schizophrenia (PAARTNERS): recruitment and assessment methods. Schizophr Res. 2006; 87:32-44. Erratum in: Schizophr Res. 2007; 90:369.

238. Kohler CG, Barrett FS, Gur RC, Turetsky BI, Moberg PJ. Association between facial emotion recognition and odor identification in schizophrenia. J Neuropsychiatry Clin Neuroscience. 2007, 19, 128-131.

239. Gur RE, Turetsky BI, Loughead J, Snyder W, Kohler C, Elliott M, Pratiwadi R, Ragland JD, Bilker WB, Siegel SJ, Kanes SJ, Arnold SE, Gur RC. Visual attention circuitry in schizophrenia investigated with oddball event-related functional magnetic resonance imaging. American Journal of Psychiatry. 2007, 164, 442-449.

240. Moser E, Derntl B, Robinson S, Fink B, Gur RC, Grammer K. Amygdala activation at 3T in response to human and avatar facial expressions of emotions. Journal of Neuroscience Methods. 2007, 161, 126-133.

241. Gur RC, Turetsky BI, Loughead J, Waxman J, Snyder W, Ragland JD, Elliot M, Bilker WB, Arnold SE, Gur RE. Hemodynamic responses in neural circuitries for detection of visual target and novelty: An event-related fMRI study. Human Brain Mapping. 2007, 28, 263-274.

242. Wolf DH, Gur RC, Valdez JN, Loughead J, Elliott MA, Gur RE, Ragland JD. Alterations of fronto-temporal connectivity during word encoding in schizophrenia. Psychiatry Reseach. 2007, 15, 221-232.

243. Gur RE, Calkins M, Gur RC, Horan W, Nuechterlein K, Seidman L, Stone W. The Consortium on the genetics of schizophrenia (COGS): Neurocognitive Endophenotypes. Schizophrenia Bulletin, 2007, 33, 49-68.

244. Ragland JD, Valdez JN, Loughead J, Gur RC, Gur RE. Functional magnetic resonance imaging of internal source monitoring in schizophrenia: Recognition with and without recollection. Schizophrenia Research. 2006; 87: 160-171.

245. Weiss EM, Kohler CG, Nolan KA, Czobor P, Volavka J, Platt MM , Brensinger C, Loughead J,

Ruben C. Gur, Ph.D.                                                                     Page    27

Delazer M, Gur RE,  Gur RC. The Relationship between history of violent and criminal behavior and recognition of facial expression of emotions in men with schizophrenia and schizoaffective disorder.  Journal of Aggressive Behavior, 2006, 32, 187-194.

246. Alvino C, Kohler CG, Barrett F, Gur RE, Gur RC, Verma R.  Computerized measurement of facial expression of emotions in schizophrenia.  J Neurosci Methods. 2007; 163: 350-361.

247. Habel U, Windischberger C, Derntl B, Robinson S, Kryspin-Exner I, Gur RC, Moser E. Amygdala activation and facial expressions: Explicit emotion discrimination versus implicit emotion processing.  Neuropsychologia. 2007, 45, 2369-2377.

248. Gur RE, Nimgaonkar VL, Almasy L, Calkins ME, Ragland JD, Pogue-Guile MF, Kanes SJ, Blangero J, Gur RC.  Neurocognitive Endophenotypes in a Multiplex Multigenerational Family Study of Schizophrenia, American Journal of Psychiatry, 2007, 164, 813-819.

249. Pinkham AE, Gur RE, Gur RC. Affect recognition deficits in schizophrenia: neural substrates and psychopharmacological implications. Expert Rev Neurother. 2007, 7, 807-816.

250. Turetsky BI, Kohler CG, Indersmitten T, Bhati MT, Charbonnier D, Gur RC. Facial emotion recognition in schizophrenia: When and why does it go awry? Schizophr Res. 2007, 94, 253-263.

251. Fan Y, Gur RE, Gur RC, Wu X, Shen D, Calkins ME, Davatzikos C. Unaffected Family Members and Schizophrenia Patients Share Brain Structure Patterns: A High-Dimensional Pattern Classification Study. Biol Psychiatry. 2007 Jun 5; [Epub ahead of print]

252. Calkins ME, Dobie DJ, Cadenhead KS, Olincy A, Freedman R, Green MF, Greenwood TA, Gur RE, Gur RC, Light GA, Mintz J, Nuechterlein KH, Radant AD, Schork NJ, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Braff DL. The Consortium on the Genetics of Endophenotypes in Schizophrenia: model recruitment, assessment, and endophenotyping methods for a multisite collaboration. Schizophr Bull. 2007; 33: 33-48.

253. Halpern DF, Benbow CP, Geary DC, Gur RC, Hyde JS, and Gernsbacher MA. The science of sex differences in science and mathematics. Psychological Science in the Public Interest, 2007; 8: 1-51.

254. Kohler CG, Martin EA, Kujawski E, Bilker W, Gur RE, Gur RC.  No effect of donepezil on neurocognition and social cognition in young persons with stable schizophrenia. Cognit Neuropsychiatry. 2007; 12: 412-421.

255. Wang J, Korczykowski M, Rao H, Fan Y, Pluta J, Gur RC, McEwen BS, Detre JA.  Gender Difference in Neural Response to Psychological Stress. Soc Cogn Affect Neurosci. 2007, 24, 227-239.

256. Gur RE, Loughead J, Kohler CG, Elliott MA, Lesko K, Ruparel K, Wolf DH, Bilker WB, Gur RC.  Limbic activation associated with misidentification of fearful faces and flat affect in schizophrenia.  Arch Gen Psychiatry. 2007, 64, 1356-1366.

Ruben C. Gur, Ph.D.                                                           Page    28

257. Silver H, Goodman C, Bilker WB, Knoll G, Gur RC, Povar G.  Suboptimal processing strategy and working-memory impairments predict abstraction deficit in schizophrenia.  J Clin Exp Neuropsychol. 2007, 29, 823-830.

258. Greenwood TA, Braff DL, Light GA, Cadenhead KS, Calkins ME, Dobie DJ, Freedman R, Green MF, Gur RE, Gur RC, Mintz J, Nuechterlein KH, Olincy A, Radant AD, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Schork NJ.  Initial heritability analyses of endophenotypic measures for schizophrenia: the consortium on the genetics of schizophrenia.  Arch Gen Psychiatry. 2007, 64, 1242-1250.

259. Ragland JD, Moelter ST, Bhati MT, Valdez JN, Kohler CG, Siegel SJ, Gur RC, Gur RE.  Effect of retrieval effort and switching demand on fMRI activation during semantic word generation in schizophrenia. Schizophr Res. 2008, 99, 312-23.

260. Wang P, Barrett F, Martin E, Milonova M, Gur RE, Gur RC, Kohler C, Verma R. Automated video-based facial expression analysis of neuropsychiatric disorders.  J Neurosci Methods. 2008, 168, 224-238.

261. Loughead J, Gur RC, Elliott M, Gur RE.  Neural circuitry for accurate identification of facial emotions. Brain Res. 2008,  1194, 37-44.

262. Hakun JG, Seelig D, Ruparel K, Loughead JW, Busch E, Gur RC, Langleben DD.  fMRI investigation of the cognitive structure of the Concealed Information Test.  Neurocase. 2008; 14: 59-67.

263. Leitman DI, Loughead J, Wolf DH, Ruparel K, Kohler CG, Elliott MA, Bilker WB, Gur RE, Gur RC.  Abnormal Superior Temporal Connectivity During Fear Perception in Schizophrenia. Schizophr Bull. 2008, 34: 673-678.

264. Green MF, Penn DL, Bentall R, Carpenter WT, Gaebel W, Gur RC, Kring AM, Park S, Silverstein SM, Heinssen R.  Social Cognition in Schizophrenia: An NIMH Workshop on Definitions, Assessment, and Research Opportunities.  Schizophr Bull. 2008 Jan 8; [Epub ahead of print]

265. Hakun JG, Ruparel K, Seelig D, Busch E, Loughead JW, Gur RC, Langleben DD.  Towards clinical trials of lie detection with fMRI.  Soc Neurosci. 2008, 12:1-10.

266. Ray R, Loughead J, Wang Z, Detre J, Yang E, Gur R, Lerman C. Neuroimaging, genetics and the treatment of nicotine addiction.  Behav Brain Res. 2008 Jun 5. [Epub ahead of print]

267. Gur RC, Ragland JD, Reivich M, Greenberg JH, Alavi A, Gur RE.  Regional Differences in the Coupling between Resting Cerebral Blood Flow and Metabolism may Indicate Action Preparedness as a Default State.  Cereb Cortex. 2008 Jun 4. [Epub ahead of print]

268. Dickinson D, Ragland JD, Gold JM, Gur RC. General and specific cognitive deficits in schizophrenia: Goliath defeats David? Biological Psychiatry, 2008 May 8. [Epub ahead of print].

269. Almasy L, Gur RC, Haack K, Cole SA, Calkins ME, Peralta JM, Hare E, Prasad K, Pogue-Geile

Ruben C. Gur, Ph.D.                                                                Page      29

MF, Nimgaonkar V, Gur RE. A Genome Screen for Quantitative Trait Loci Influencing Schizophrenia and Neurocognitive Phenotypes. Am J Psychiatry. 2008 Jul 15. [Epub ahead of print]

270. Horan WP, Braff DL, Nuechterlein KH, Sugar CA, Cadenhead KS, Calkins ME, Dobie DJ, Freedman R, Greenwood TA, Gur RE, Gur RC, Light GA, Mintz J, Olincy A, Radant AD, Schork NJ, Seidman LJ, Siever LJ, Silverman JM, Stone WS, Swerdlow NR, Tsuang DW, Tsuang MT, Turetsky BI, Green MF. Verbal working memory impairments in individuals with schizophrenia and their first-degree relatives: Findings from the Consortium on the Genetics of Schizophrenia. Schizophr Res. 2008, 103:218-228.

271. Pinkham AE, Sasson NJ, Calkins ME, Richard J, Hughett P, Gur RE, Gur RC. The other-race effect in face processing among African American and Caucasian individuals with schizophrenia. Am J Psychiatry. 2008, 165:639-645.

272. Kohler CG, Loughead J, Ruparel K, Indersmitten T, Barrett FS, Gur RE, Gur RC. Brain activation during eye gaze discrimination in stable schizophrenia. Schizophr Res. 2008, 99:286-293.

Contributions to peer-reviewed clinical research publications, participation cited but not by authorship:

    None.

Research Publications, non-peer reviewed:  None.

Abstracts: (Excluding abstracts subsequently published as full-length papers; Past 3 years only)

1. Gur RE, Almasy L, Nimgaonkar V, Gur RC, Turetsky BI. Endophenotypic measures in disorders of complex behavior. Society of Biological Psychiatry, Philadelphia, Pennsylvania, 2002.

2. Kurtz M, Moberg PJ, Gur RC, Gur RE. Remediation of Wisconsin Card Sorting Test performance in patients with schizophrenia: A Meta-analysis. The International Neuropsychological Society, Toronto, Canada, 2002.

3. Siegel SJ, Winey Pierre J, Liang Y, Irani F, Maxwell C, Salama R, Weightman BD, Kirshner M, Pollock B, Lewis D, Gur RC, Gur RE. Title: Surgically implantable antipsychotic medication: release kinetics in animals and patient attitudes towards long-term delivery devices. American College of Neuropsychopharmacology, San Juan, Puerto Rico, 2002.

4. Calkins ME, Gur RC, Ragland JD, Gur RE. Face recognition memory deficits in schizophrenia patients and their relatives: Comparison with visual object memory performance. International Congress on Schizophrenia Research, Colorado Springs, Colorado, 2003.

5. Gur RE, Turetsky BI, Ragland JD, Gur RC. Habituation of the hemodynamic response during novelty detection in schizophrenia. International Congress on Schizophrenia Research, Colorado Springs, Colorado, 2003.

Ruben C. Gur, Ph.D.                                                            Page    30

6.   Kurtz M, Moberg PJ, Ragland JD, Gur RC, Gur RE. Symptoms versus neurocognitive test performance as predictors of psychosocial status in schizophrenia: A 1- and 4-year prospective study. International Congress on Schizophrenia Research, Colorado Springs, Colorado, 2003.

7.   Lowery N, Ragland JD, Indersmitten T, Gur RE, Gur RC. The contribution of controlled aspects of semantic processing to verbal memory encoding and semantic fluency deficits in schizophrenia. International Congress on Schizophrenia Research, Colorado Springs, Colorado, 2003.

8.   Kurtz M, Ragland JD, Moberg PJ, Gur RC. The Penn Conditional Exclusion Test: A New Measure of Executive Function With Alternative Forms for Repeat Administration. 31st Annual International Neuropsychological Society Conference, Honolulu, Hawaii, 2003.

9.   Ragland JD, Gur RC, Valdez J, Gur RE. Effect of schizophrenia on frontotemporal activity during word encoding and recognition: An event- related fMRI study. International Congress on Schizophrenia Research, Colorado Springs, Colorado, 2003.

10.  Calkins ME, Moberg PJ, Gur RC, Gur RE, Turetsky BI. Memory-delineated subtypes of schizophrenia: Performance in biological relatives. Society of Biological Psychiatry Annual Meeting, New York, New York, 2004.

11.  Gur RC, Verma R, Davatzikos C, Gur RE. Using DTI to test hypotheses on sex differences in brain organization. New York Academy of Sciences Diffusion Tensor Imaging Workshop. New York, New York, August, 2004.

12.  Gur RE, Almasy L, Nimgaonkar V, Pogue-Geile M, Ragland JD, Blangero J, Gur RC. Pleiotropic genetic effects in multiplex multigenerational families with schizophrenia on endophenotypic measures of memory and emotion processing. Society for Neuroscience, San Diego, California, 2004.

13.  Gur RC, Verma R, Loughead J, Davatzikos C, Kohler C, Gur RE. Face processing as a tool for probing the neurobiology of affect: Methods and initial results. 43rd Annual Meeting of the American College of Neuropsychopharmacology, San Juan, Puerto Rico, 2004.

14.  Irani F, Dankert M, Brensinger C, Bilker WB, Nair NR, Kohler CG, Kanes SJ, Turetsky BI, Moberg PJ, Ragland JD, Gur RC, Gur RE, Siegel SJ. Patient attitudes towards surgically-implantable, long-term delivery of psychiatric medicine. American Psychiatric Association annual meeting New York, New York, 2004.

15.  Moelter ST, Ragland JD, Friedman K, Moberg PJ, Gur RC, Gur RE, Turetsky BI. Does animal fluency reveal cognitive and neuroanatomical heterogeneity in schizophrenia? 33rd annual meeting of the International Neuropsychological Society, St.Louis, Missouri, 2004.

16.  Ragland JD, Valdez J, Gur RC, Elliott M, Gur RE. Effect of schizophrenia on fMRI activity during shallow and deep word encoding. Human Brain Mapping, Budapest, Hungary, 2004.

Ruben C. Gur, Ph.D.                                                                    Page    31

17. Ragland JD, Valdez J, Loughead J, Gur RC, Elliot M, Gur RE. Diffuse cortical and sub-cortical over-activation during source monitoring in schizophrenia. 43rd Annual Meeting of the American College of Neuropsychopharmacology, San Juan, Puerto Rico, 2004.

18. Ragland JD, McCarthy E, Valdez J, Brensinger C, Bilker WB, Gur RC, Gur RE. Levels-of-processing effect on source monitoring in schizophrenia. 43rd Annual Meeting of the American College of Neuropsychopharmacology, San Juan, Puerto Rico, 2004.

19. Moelter ST, Kohler C, Ragland JD, Gur RC. Progression of Neuropsychological Deficits in a Case of Marchiafava-Bignami Disease. International Neuropsychological Society, Baltimore, Maryland, 2004.

20. Stewart CA, Cerhan J, Ragland JD, Gur RC, Smith G. Correlates Between Traditional and Computerized Neuropsychological Testing in Hepatic Encephalopathy. The Liver Meeting, Boston, Massachusetts, 2004.

21. Gur RC, Davatzikos C, Shen D, Xiaoyng W, Fan Y, Hughett P, Turetsky BI, Gur RE. Whole-brain deformation based morphometry MRI study of schizophrenia. International Congress on Schizophrenia Research, Savannah, Georgia, 2005.

22. Gur RE, Calkins ME, Ragland JD, Richard J, Gur RC. Neurocognitive measures in genetic studies of schizophrenia. International Congress on Schizophrenia Research, Savannah, Georgia, 2005.

23. Gur RE, Laura Almasy L, Kohler C, Gur RC. Emotion processing as an endophenotypic measure in family studies of schizophrenia. World Congress of Biological Psychiatry, Vienna, Austria, 2005.

24. Ragland JD, Moelter ST, Valdez J, Gur RC, Gur RE. Controlled versus automatic semantic retrieval in schizophrenia: A compressed image acquisition overt word production fMRI study. International Congress on Schizopohrenia Research, Savannah, Georgia, 2005.

Editorials, Reviews, Chapters, including participation in committee reports:

1. Gur RE, Gur RC. Correlates of conjugate lateral eye movement behavior in humans. In S. Harnad et al (eds.), Lateralization in the nervous system. New York: Academic Press, 1976.

2. Gur RE, Levy J, Gur RC. Clinical studies of brain organization and behavior. In A. Frazer, A. Winokur (eds.), Biological basis of psychiatric disorders. New York: Spectrum, 1977.

3. Sackeim HA, Gur RC. Self-confrontations, self-deception and consciousness. In G.E. Schwartz, D. Shapiro (eds.), Consciousness and self-regulation: advances in research. New York: Plenum Press, 1978.

4. Gur RC. Imagery, absorption and the tendency toward "mind exploration" as correlates of hypnotic susceptibility in males and females. In F.H. Frankel, H.S. Zamansky (eds.), Hypnosis at its bicentennial: selected papers. New York: Plenum, 1978.

Ruben C. Gur, Ph.D.                                                                    Page    32

5. Gur RC, Gur RE. Handedness and individual differences in hemispheric activation. In J. Herron (ed.), The Neuropsychology of left-handedness. New York: Academic Press, 1979.

6. Levy J, Gur RC. Individual differences in psychoneurologicalorganization. In J. Herron (ed.), The neuropsychology of left-handedness. New York: Academic Press, 1979.

7. Sackeim HA, Gur RC. Facial symmetry, perceiver biases and the communication of emotion. In J.T. Cacioppo, R.E. Petty (eds.), Social Psychophysiology. New York: Guilford, 1983.

8. Gur RC. Measurement and imaging of regional brain function: Implications for neuropsychiatry. In P. Flor-Henry, J. Gruzelier (eds.), Laterality and psychopathology. Amsterdam: Elsevier, 1983.

9. Reivich M, Gur RC. Sensory and psychological effects on local glucose metabolism in humans. In M. Reivich (ed.), Positron emission tomography. New York: Liss, 1985.

10. Gur RC, Gur RE, Sussman NM, Selzer M. Positron emission tomography in epilepsy. In M. Reivich (ed.), Positron emission tomography. New York: Liss, 1985.

11. Gur RC. Measurement of regional brain physiology in humans: early applications in behavioral neurology. In M-M. Mesulam (ed.), Principles of behavioral neurology. Philadelphia: F.A. Davis, 1985.

12. Alavi A, Chawluk JB, Hurtig HI, Dann RW, Saykin AJ, Gur RC, Reivich M. Determination of regional cerebral function and structure in normal aging and dementia with positron emission tomography (PET), magnetic resonance imaging (MRI) and x-ray computed tomography (XCT). In H. Hafner, G. Moschel, N. Sartorius (eds.), Mental health in the elderly. Heidelberg: Springer-Verlag, 1985.

13. Gur RC, Gur RE. Hemispheric specialization and regional cerebral blood flow. In A. Glass (ed.), Individual differences in hemispheric specialization. New York: Plenum Publications, 1987.

14. Gur RC. Imaging the activity of the human brain. National Forum, 1987, 67, 13-16.

15. Gur RC. Integration of multifaceted data on regional brain function: from metabolic images to behavioral images. In R. Takahashi, P. Flor-Henry, J. Gruzelier, S. Niwa (eds.), Cerebral dynamics, laterality and psychopathology. Amsterdam: Elsevier, 1987.

16. Gur RC. Atlas of brain imaging: The 133-Xenon inhalation technique. Masters in Psychiatry, 1987.

17. Gur RC, Gur RE, Saykin AJ. The neuropsychological study of schizophrenia. In C.A. Tamminga, S.C. Schulz (eds.), Advances in Neuropsychiatry and Psychopharmacology, Vol 1. Schizophrenia Research. New York: Raven Press, 1991, pp.153-162.

18. Gur RC, Gur RE. The use of neuroimaging techniques in brain injury. In J. Dywan, R. Kaplan (eds.), Neuropsychology and the Law. New York:Springer-Verlag, 1991.

Ruben C. Gur, Ph.D.                                                          Page    33

19. Gur RC, Gur RE.  The impact of neuroimaging on human neuropsychology. In R.G. Lister, H.J. Weingartner (eds.), Perspectives on Cognitive Neuroscience. Oxford University Press, 1991, 23, 417-435.

20. Gur RC, Gur RE. Laterality in schizophrenia: PET studies. In  N.D. Volkow (ed), Positron Emission Tomography in Schizophrenia,1991, 3, 47-58.

21. Gur RC, Saykin AJ, Gur RE.  Neuropsychological assessment in psychiatric research and practice.  In S.B. Guze, J. Helzer (eds), Psychiatry, 1991, 72, 1-16.

22. Gur RC, Gur RE.  Neurobehavioral and neuroimaging data in the medical-legal context.  In H.V. Hall, R.J. Sbordone (eds.), Disorders of Executive Functions: Civil and Criminal Law Applications, 1993, 4, 107-122.

23. Gur RC.  Neuropsychological methods for evaluating regional brain dysfunction.  In A. Wilner (ed.), Cerebral Damage Before and After Cardiac Surgery.  England:  Kluwer, 1993, 8, 101-111.

24. Gur RC, Gur RE, Saykin AJ.  Behavioral Imaging:  The Neuropsychological Assessment.  In K. Maurer (ed.), Imaging of the Brain in Psychiatry and Related Fields.  New York: Springer-Verlag, 1993, 351-361.

25. Gur RC, Saykin AJ, Gur RE.  Brain function in schizophrenia: application of neurobehavioral studies.  In N.C. Andreasen (ed.), Schizophrenia:  From Mind to Molecule, 1994, 5, 93-104.

26. Gur RC, Gur RE. Methods for the study of brain-behavior relationships. In A. Frazer, P.B. Molinoff, A. Winokur (eds.), Biological Bases Of Brain Function and Disease. Raven Press. 1994, 15, 261-279.

27. Gur RC, Gur RE. The potential of physiological neuroimaging for the study of schizotypy: experiences from applications to schizophrenia. In A. Raine, T. Lencz, S.A. Mednick (eds.), Schizotypal Personality. Cambridge University Press, 1995, 17, 406-425.

30. Gur RC, Gutierrez JM, Holdnack JA, Mahr RN. Neurobehavioral probes as applied in physiologic neuroimaging studies: Methodologic considerations. In E.D. Bigler (ed.), Handbook of Human Brain Function: Neuroimaging. New York: Plenum Press, 1996, 10, 199-214.

31. Gur RC, Moberg PJ, Gur RE. Aging and cognitive functioning. In R. Lavizzo-Mourey, M. Forciea (eds.), Geriatric Secrets, 1996, 26, 126-129. 3rd Edition in press.

32. Gur RE, Gur RC.  Blood flow and metabolism in schizophrenia. In R. Mathew (ed.), Cerebral Blood Flow in Neuropsychiatric Disorders. Great Neck, NY:  PMA Publishing Corp., in press.

33. Gur RE, Gur RC. Schizophrenia: Brain Structure and Function. In H.I. Kaplan, B.J. Sadock (eds.), Comprehensive Textbook of Psychiatry/VII, Philadelphia: Lippincott Williams & Wilkins, 2000.

Ruben C. Gur, Ph.D.                                                                Page     34

34. Gur RC, Cowell P, Gur RE. Gender Differences in Neuropsychological Testing. To appear in L.J. Dickstein, B.L. Kennedy (eds.), Gender Differences in the Brain: Linking Biology to Psychiatry. New York:Guilford Publications, Inc.

35. Gur, R.C., Moelter, S.T., Ragland, JD. "Learning and memory in schizophrenia". In, Sharma, T., & Harvey, P. (Eds.), Cognition in Schizophrenia. Oxford University Press: Oxford, G.B., 1999.

36. Gur RC, Gur RE. Neuroimaging applications in the elderly. American Journal of Geriatric Psychiatry, 2002, 10, 5-11.

37. Gutierrez, JM and Gur, RC. A computerized forced-choice method for detection of malingering. in: CR Reynolds (Editor) Detection of During Head Injury Litigation (Critical Issues in Neuropsychology). New York: Planum 1998.

COMMENTARIES:

1. Gur RC. Measuring hypnotic susceptibility: A guest editorial. American Journal of Clinical Hypnosis, 1979, 21, No. 2 and 3, (October 1978/January 1979). (Two issues devoted to the psychometrics of hypnotizability, edited by RC Gur).

2. Gur RE, Gur RC. A note on Levick and Voneida: Eye movements in schizophrenics vs. normal subjects. Archives of General Psychiatry, 1979, 36, 493-494.

3. Sackeim HA, Gur RC. Asymmetry in facial expression. Science, 1980, 209, 834-836.

4. Sackeim HS, Gur RC. Voice recognition and the ontological status of self-deception. Journal of Personality and Social Psychology, 1985, 48, 1365-1368.

5. Gur RE, Skolnick BE, Gur RC. Gruzelier's "reconsideration" considered. (Response to J. Gruzelier's reconsideration of Gur et al [1983] conclusions). Archives of General Psychiatry, 1985, 42, 633.

6. Saykin AJ, Gur RC. A review of Neuropsychological Assessment of Neuropsychiatric Disorders. In I. Grant, K.M. Adams (eds.), New York, Oxford University Press, 1986.

7. Gur RC. Do we have a research method for studying self reports? A review of A. Giorgi (ed.), Phenomenology and psychological research. Contemporary Psychology: A Journal of Reviews, 1987, 32, 547-548.

8. Nasrallah HA, Mitchell AJ, Gur RE, Gur RC, Turetsky BI, Cannon TD, Mozley PD. Brain and CSF Volume Differences in Schizophrenic Subtypes. American Journal of Psychiatry, 1995, 152, 817-818.

9. Gur RC, Gur RE. Hypofrontality in schizophrenia: RIP. The Lancet, 1995, 345, 1383-1384.

10. Lenkinsky RE & Gur RC. MRS: A novel tool for studying brain function. Contemporary Psychology: A Journal of Reviews, 1997, 42, 351-352.

Ruben C. Gur, Ph.D.                                                    Page    35

11. Moberg, P.J., Doty, R.L., Turetsky, B.I., Arnold, S.E., Mahr, R.N., Gur, R.C., Bilker, W., & Gur, R.E. . Olfactory identification abilities deteriorate in patients with schizophrenia, even for those with relatively recent onset [letter; reply]. American Journal of Psychiatry, 1998, 155, 1463-1464.

12. Gur RC &.McBride, T.  Toward a unitary description of neuropsychological functions: a review of Handbook of Clinical and Experimental Neuropsychology Edited by Gianfranco Denes and Luigi Pizzamiglio.  Contemporary Psychology, 2000, 45, 682-683.

BOOKS:

Gur RE, Andreasen NA, Asarnow R, Gur RC, Jones P, Kendler K, Matcheri K, Lieberman J, McCarley R, Murray R, Rapoport J, Tamminga C, Tsuang M, Walker E, Weinberger D. Commission on Schizophrenia. In D.L. Evans, E. Foa, R.E. Gur, H. Hendrin, C. O'Brien, M. Seligman, B.T. Walsh, (Eds), Treating and Preventing Adolescent Mental Health Disorders: What We Know and What We Don't Know. New York: Oxford University Press, The Annenberg Foundation Trust at Sunnylands, and the Annenberg Public Policy Center of the University of Pennsylvania, 2005.

PATENT:

Gur RC, Gur RE, Trivedi SS. "Behavioral Imaging:  Topographic Display of Neuropsychological Data, U.S. Patent No. 4862359.