

**Figure 1.** Volumetric analysis of Mr. Sampson's MRI. Volumes are expressed as z-scores (SDs from the mean) relative to healthy men.

Case 1:01-cr-10384-LTS    Document 967-35    Filed 05/11/09    Page 1 of 1