TAB 26

## PROGRESS NOTES

**FAMILY NAME** Simpson, **FIRST NAME** Gary

**DATE**

10-15-82  S/ slipped on wet floor on stairs 3 days ago. Low back pain (R) side of back — muscle spasm palpable (R) thoraco-lumbar spine
SLR (+) (R) 45°, Neuro-muscular DTRs 2 (+)
A/ muscle spasm.
P/ Bed rest c̄ heat
Robaxisal ⅱ po qid x5 days

10/5/82  recheck above.
O/ SLR 90° bilat; M. spasm
A/ improving
P/ D/C'd, no medication

10/27/82  S/ where is reddish and sensitive
(R) antecubital fossa 2° blood drawing of resolving hematoma. (R) arm
A/ check on reddness
obscure (R) arm - no Rx

4-5-87  O/As Bed Board - Back OK per pt report
(R) % TV antenna went into Rt eye - pain-throbbing blurred vision - Conjunctival hemorrhage - grounds clear -- Plan Isotyrin + patch

1-12-?  Hemorrhage resolving - but pt variable E.L.Cray in report - some improvement    E.L.Cray

03863