TAB 27

## PROGRESS NOTES

FAMILY NAME          FIRST NAME

Sampson, Gary

DATE

11/8/82  81 described this AM c̄ cramps
of BS - Pt.
A/ [illegible]
R/ liquid diet, Kaopectate          [signature]

11-26-82  In wt room 2 wks ago had wt drop on throat  Lt Williams
now throat hurts inside - Dry Laryngitis -

[illegible]  still painful larynx following above accident
O/ Tender ⊙ larynx
A/ ? inflammation
R/ Naprosyn 375 mg BID x 5 days    [signature]

12-15-82  working wood crew 1st day picked up log + back
hurt - PI A - lumbar strain          E.L. Craig

12-20-82  "Slipped" several times on wet floors but has
not fallen 10/15 - Had Fx 1973

12-29-82  Has had a lot of trouble c̄ back - to try
absolute Bed rest -            E.L. Craig

1-3-83  Pt denies reports of his "wrestling." -
Pt interviewed - walking protectively E.L. Craig
but not consistent c̄ the posture expected for
tenderness as noted over RT S-I joint since
he stood c̄ weight on right leg and left
relaxed - no L-S muscle spasm noted o.e.a

03862