TAB 28

## PROGRESS NOTES

SAMPSON, Gary
FAMILY NAME                    FIRST NAME

| DATE | |
|------|---|
| 11/30/87 | Patient has a long history of headaches. He has been evaluated by a number of consultants and he also used to wear glasses. The glasses have been lost. Three weeks ago he hit his head on the bunk in the cell and claims now that his vision has been blurry and the headaches do not respond to Darvon. He was reminded that I did not want to addict him to medicine if I could avoid it. He will be put on a trial of Tylenol #3 since he says the Darvon does not work any more and he was advised he will be put on the list for an eye examination. He will be re-evaluated in eight days but it will be re-enforced that I want to avoid addicting substances. He said Valium had helped his headaches in the past and I reminded him that Valium could be extremely addicting and I would like to avoid using it. He will be re-evaluated in eight days. |
| | John A. Dooley, M.D./pag |
| 16 Dee 87 | Mental Health called re order to Valium Dr. Sampson (thru Mr R.A) is to follow the list of Valium. I will follow EEG & CT scan. |
| 12/25/87 | S: "Just feel nauseous and like I'm going to pass out." O: Color good, alert + oriented, no acute distress, speach slow but d BP 1900 A/ radial 102 reg, good quality, no arrhythmias, Lungs- ess cl, smokes 2+ pks/day. A: Elaborated on stresses of holiday season + being away from family. Also states Hx of Hiatal Hernia, no documentation of same. P: Return prn.    Alita S. Paquette csc. |

03853