New Hampshire Department of Corrections

**Progress Notes**

TAB 29

Page 1 of

: Sanborn Gary

of Birth:

| te | Findings   (Subjective and Objective) | Plan of Care |
|---|---|---|
| [illegible handwritten entries] | | |

03843