**CONCORD ORTHOPAEDICS
PROFESSIONAL ASSOCIATION
264 Pleasant Street
Concord, NH  03301**

TAB 30

SEP 2 1991

SAMPSON, GARY
August 23, 1991

PROBLEM:  Right fourth metacarpal phalangeal joint injury.

HISTORY:  Patient is a 31-year-old right handed male indicating a impact into the metacarpal head area sometime at the end of March of this year when a metal door closed on his hand.  Since that time, he has had some aching discomfort in the region, sometimes well localized, sometimes extending more proximally as well.

PHYSICAL EXAMINATION:  Shows full active and passive range of motion for all long flexors and extensors.  Patient has virtually no crepitus in any portion of the digit.  Stressing the collaterals show these are stable.  He has the usual radial and ulnar deviation with the joint at neutral with the proximal phalanx flexed 90°.  There is the tightness occurring which demonstrates stability of the joint.  There is no degree of hyperextension indicating volar plate laxity.  Therefore, the joint capsular and ligament structures appear to be within normal limits.  Patient has good powered extension without subluxation of the extensor mechanism in any direction.

X-RAYS:  Taken in the office today are unremarkable for any pathology in the bone, joint or periarticular region.

IMPRESSION:  Contusion, with some mild soft tissue residual but very little in the way of any physical findings.

RECOMMENDATIONS:  Full activities within limits of symptoms, and he can return p.r.n.

Gary L. Woods, M.D./kem

cc:  NH State Prison Infirmary



RECEIVED
SEP  4 1991

04204