TAB 3)  Page 9 of 10

### New Hampshire Department of Corrections

### Progress Notes

*mpsm, Gary.*

| Findings (Subjective and Objective) | Plan of Care |
|---|---|
| 2 PM In infirmary c occagmated bruises (2) on forehead. 2 black eyes. (4 say new smaller superficial puncture wound 5" on left forehead. Cleaned c alcohol, Bando's applied. Denies alteration, says he "fell in toilet." Polaroid photos taken for record (3) | Ruth Bumbrack |

  

#2 2% PM
1/2/87

#3 2 % PM
1/2/87

03839