SEE INSTRUCTIONS ON REVERSE SIDE

**INMATE REQUEST SLIP**  TAB 32  DATE 7/29/91

TO: DR ELGROTH                                    INMATE ID # 16257

FROM: SAMPSON                GARY              C
      LAST NAME              FIRST NAME        MIDDLE INITIAL

SHU          H-14          SHU WORKER
HOUSING UNIT   POD/TIER/DIV/-CELL #   WORK DETAIL OR SCHOOL ASSIGNMENT AND SHIFT

REMARKS: SIR ON 7/29/91 I WAS TAKEN TO INFIRMARY FOR X-RAY FOR MY NECK AND SHOULDER AREA IT WAS INJURED IN A FALL ON 7/27/91 IN THE SHOWER ON H TIER WE HAVE RAILS IN SHOWER FOR PARAPOLIGICS I STAMMED MY NECK AND SHOULDER ON ONE AND IT HAS ME IN VERY PIERCING SHARP PAIN I DON'T N WHAT THE X-RAYS SAY BUT I NO LAST TIME I HAD X-RAYS THEY WERE FOR MY HAND THEY SAID I WAS FINE BUT I HAD A SECOND SET OF X-RAY AND THAT WAS ON 7/17/91 FOR MY HAND IT SAID DIFFERENT IM CONCERNED THE AREA INJURED THIS TIME CAN BE VERY SE AND I WOULD LIKE TO NO IF YOU WOULD SEE ME PERSONALLY DON'T WANT TO FIND OUT LATER I'M INJURED AND WAS NOT SE AND HANDLED PROPERLY AS IN THE MATTER WITH MY HAND KNOW ITS MY NECK IM IN A LOT OF PAIN VERY UN COMFORTABLE AND I WOULD LIKE TO NO IF YOU CAN PUT     *Gary L Sampson*
ME IN AS A EMERGENCY BECAUSE IT IS     INMATE'S SIGNATURE

*(left margin, vertical):* THIS WAS PUT IN A SEAL ENVELOPE MARKED CONFIDENTIAL AND URGENT AND ADDRESS C/O DR ELGROTH

---

**2**  THRU CUSTODY - Canary copy for delivery to inmate - White copy to classification for file.     DATE 7/31/91

TO: INMATE  STEFAN ELIGROTH, MD              HOUSING UNIT _____
           SENIOR MEDICAL OFFICER                        POD/TIER/DIV/-CELL#

FROM _____ HSC

REMARKS: Cy spine X-ray fr 7/28/91 was normal. I have ordered a specialist to look at your hand. I will order some anti-muscle spasm meds for you today for your neck.

STAFF SIGNATURE

---

**3**  ACKNOWLEDGEMENT - Inmate retains Canary copy with reply.     DATE 7/31/91

*Gary L Sampson*
INMATE'S SIGNATURE

---

TO CLASSIFICATION FOR FILE - White Copy
INMATE RETAIN - Yellow Copy

04415