TAB 33

## INFIRMARY
## NEW HAMPSHIRE STATE PRISON

| DATE | TIME | ORDERS & SIGNATURE | COMMENTS | SIGNATURE OF NURSE ATTENDING ORDER |
|------|------|--------------------|-----------|-----------------------------------|
| | | ADK Inpt | Aplor | |
| | | 2) Zantac 150g Tbid | | |
| 11/15/88 | | Psychiatric Consult | | |
| | | Doxepin 25 mg q.s. × 10d | | |
| | | [signature] | | |
| 11/30/88 | | Arrange bar Enema + Surgical consult | | |
| | | Rx. Rectal bleeding | | |
| | | Renew Doxepin 25mg q.s. × 30d. | | |
| | | Fiaminal Cap ii q C4 | | |
| | | PRN for Headache × 30d | | |
| | | [signature] | | |
| 12/30/88 | | Change | | |
| | | ① Doxepin to 100 mg p.o. | QHS × 3 month | |
| | | ② Halcion 0.25 mg p.o. | QHS × 28 days | |

| MEDICAL DIAGNOSIS | | PATIENT IDENTIFICATION |
|-------------------|--|------------------------|
| | | Sampson, Gary |

DRUG ALLERGIES, AND SPECIAL PRECAUTIONS

ANOTHER BRAND OF DRUG IDENTICAL IN FORM AND CONTENT MAY BE SUBSTITUTED UNLESS CHECKED. ☐

PHYSICIAN'S ORDERS

03793