**New Hampshire Department of Corrections**

TAB 34.

**Progress Notes**

Name: Sampson, Gary L.

Date of Birth: 9/29/59

| # Date | Findings (Subjective and Objective) | Plan of Care |
|---|---|---|
| 5/12/88 | [illegible] Inmate lying on floor, difficult to arouse. BP 144/90 P 100 Aroused · [illegible] Admitted to [illegible] [illegible] [illegible] [illegible] 12^25 [illegible] 2^00 Returned to [illegible] from ER [illegible] [illegible] [illegible] [illegible] [illegible] ER [illegible]. | M. McK[illegible] |
| 8/17/88 | Says he been jumped on by guards on 8/3/88 But he didn't tell anybody until later when He told investigators — Now still has back problem — Taking sleep meds & still has trouble sleeping lying day doesn't sleep — Exam Standing & Walking without trouble — Back Freely movable in all directions No bone tenderness or pain — Supine Position No muscle spasms Says there is a tender spot to the left of left crest of ilium, But no mass felt no ecchymosis or spasm — Straight leg raising normal both legs in supine position — Diag ① No back abnormality found — ② possible contusion of left side of back over ilium healing now | |

03834