217-1165

SAMPSON, GARY L
PO BOX 14
CONCORD          NH
         03301
(603)271-1800

D.O.B. REDACTED
AGE    29Y
SEX    M
MS     S
PATIENT CLASS

MD'S
A  MCCORMICK, STEPHEN P
F  Q
COMPLAINT  PT ASSAULTED
SERVICE  EMERGENCY ROOM          FC  0    BY

DATE  07/15
TIME  05:55

SIGNIFICANT OTHER
PRISON, NH STATE
POB 769
CONCORD          NH
         03302
(603)271-1800

DOB
SS#

PT  INMATE

GUAR

AGENCY

INS. CODE

CODE  0005  PRE-ADM. CERT.

RGENCY NOTIFICATION  SIGNIFICANT OTHER
PRISON, NH STATE
PO BOX 14
CONCORD          NH  03301
HM: (603)271-1800  WK:

ALLERGIES  (NKA)

PREV. VISIT  01/25/89
OCCUPATION

MODE OF ARRIVAL  WAL
LTT  2 YRS AGO
TIME  901
INS. CODE #3

| | TIME | BP | P | R |
|---|---|---|---|---|
| | 901 | 130/90 | 100 | 18 |

ATTACKED BY SEVERAL INMATES. MULT CONTUSIONS TO FACE, LAC CHEEK. C/O BACK PAIN. Thorough EXAM. MCDXI
X-RAY Thorough   Sutures

9020
9272