## New Hampshire Department of Corrections

Page    of

### Progress Notes

TAB 36

Name: Simpson, Glory

Date of Birth: 9/29/59

| # Date | Findings (Subjective and Objective) | Plan of Care |
|---|---|---|
| 4/10/93 1030 | Here in HSC – re-evaluate R leg wound – 3 sutures in place – Erythema along wound edges – some purulent drng in old dressing – some yellow tenacious collection upon wound site. Pt states redness is ↑ from yesterday – Pt also states R lower leg is less tender today. Warm compresses ¾ @ lower leg as ordered. Then Linen Band-aids applied. _____ [signature] | 4/10/93 – PLAN: (1) Pt urged to continue on antibiotic as ordered. (2) Encouraged to RTC this eve also to 3-11. Requested to call PA to HSC if it does not improve. (3) Encourage to keep @ leg ↑ as much as possible. _____ [initials] |
| 4-10-93 1930 | Inmate seen in HSC. Tx. Re: infected (R) shin wound area cleansed c̄ H₂O₂ then painted c̄ betadine. Inmate states area is less swollen, red, painful "it's getting better. Warm soak given" to (R) shin inmate tolerated well. DSD applied. Amounts of purulent and amount of green drainage present ⊖ odor. Sutures remain intact. Inmate denies pain to affected area _____ Shaein | @ Acute Care Level NS 4 monitor for antibiotic _____ @ Continue c̄ RN approx. E tx. to affected area |
| 4-11-93 | 10" Here – HSC for dsg & @ site (R) shin. Erythema ETC. for PM Rx & Edema which the inmate states has decreased since yesterday. No Drainage present. Cleaned c̄ H₂O₂ Betadine swabbed staff Covered – Telfa dsg & Stockinette. _____ Joseph J. Parvin RN. | (2) Report any ↑ Redness Drainage – time be _____ |