**New Hampshire Department of Corrections**

Page    of

**Progress Notes**

TAB 37

Name: _____ Sampson, Gary _____

Date of Birth: _____ 9/29/59 _____

| # Date | Findings (Subjective and Objective) | Plan of Care |
|---|---|---|
| 5/5/93 | 1530. Saw this inmate on SHU rounds. He states he is | sore all over but no specific c/o |
|  | at this time. Chris A. Raudonis RNC/ | at this time. |
| 5/5/93 | 2130. Called over to SHU to see this inmate who is | c/o inc. difficulty breathing. |
|  | He states he feels is chest is on fire. He states he | is starting to bring up some phelg |
|  | HE is c/o discomfort under his left eye(bad bruise), | his right shoulder, left side of h |
|  | head. 140/90 p. 80 Resp. 18, lung fields are clear. | Inmate and CO state he gets red/pi |
|  | when he lays down. THus he will be admitted to the | infirmary overnight for observatio |
|  | to be seen by medical in the AM for further eval. Chris A. Raudonis RNC/ | |
| 5/6/93 0600 | VS 0215 97², 76, 16, ¹²⁷86, 1 @ 0600: 97⁴ 68, 16, ¹¹⁴98. Neuro √'s done. 9o of pain ® shoulder & ® side of head. Ice bag refilled. Mediated c 100 mg of Motrin. Dental soft diet ordered. Marilyn McKinley RN. | Continue c neuro √'s & VS medicate as needed for pain. |
| 5/6/93 | Age 33 PNF ADM Note — Ark care Assaulted by another inmate on 5/5 Bruises around face. Complains of chest, back & neck pains. Minimal nasal Fx by x ray Bruise under ® eye moves about in bed c difficulty due to pain. Oriented & calm. | A. multiple facial injuries also back, chest & n P. Cont observation |
| 5/6/93 | 1000- Alert- oriented. c/o generalized pain (facial rubi) lying quietly in bed. No SOB- lungs good. Pupils equal & reactive to light. ? g. swell oral blood. Rectus bleeding. Dr. Medina. oral surgeon will be pt today. to examine month betterwb | 5/6/93- 1000- PLAN: ① Dr. Medina- oral surgeon will see pt today. |
| 5 May 93 | ORAL Surgery note Patient has Erythematous Ecchymosis left subocbital and lateral than orbits feel grossly intact. Eye | |

04163