TAB
34

**MATE REQUEST SLIP**

DATE 5/18/93

MEDICAL RECORDS

JOYCE VENIOS

INMATE ID# 16257

)M: SAMPSON                    GARY                    L
        LAST NAME              FIRST NAME              MIDDLE INITIAL

SHU          H-15
HOUSING UNIT    POD/TIER/DIV/-CELL #          WORK DETAIL OR SCHOOL ASSIGNMENT AND SHIFT

(S: I WAS TOLD BY THE NURSE TO CONTACT YOU ABOUT A APPOINTMENT WITH THE EYE DOCTOR I NEED ONE REAL BAD COULD YOU PUT ME ON THE LIST MY EYES ARE MESSED UP DOTO AN ASSAULT AND IM GOING TO NEED GLASSES I THINK

_Gary L Sampson_
INMATE'S SIGNATURE

DATE 5/20/93

CUSTODY - Canary copy for delivery to inmate - White copy to classification for file

INMATE G Sampson _____ HOUSING UNIT _____

POD/TIER/DIV/-CELL#

Med Rec
Eye exam 6/29/93. Appt noter.
Sent week before.

_____
STAFF SIGNATURE

03529