TAB 58

# Exhibit 58
# Redacted

TAB 59

# Exhibit 59
# Redacted

TAB 60

# Exhibit 60
# Redacted

TAB 61

# Exhibit 61
# Redacted

TAB
62

# Exhibit 62
# Redacted

TA 5
63

# Exhibit 63
# Redacted

TAB 64

# Exhibit 64
# Redacted

TAB
65

# Exhibit 65
# Redacted

TAB
66

# Exhibit 66
# Redacted

TAB
67

# Exhibit 67
# Redacted

TAB
68

# Exhibit 68
# Redacted

TAB 69

# Exhibit 69
# Redacted

TAB
70

# Exhibit 70
# Redacted

TAB 71

# Exhibit 71
# Redacted

TAB
72

# Exhibit 72
# Redacted

TAB
73

# Exhibit 73
# Redacted

TAB 74

# Exhibit 74
# Redacted

TAB 75

# Exhibit 75
# Redacted

TAB 76

# Exhibit 76
# Redacted

TAB 77

# Exhibit 77
# Redacted

TAB 78

# Exhibit 78
# Redacted

TAB 79

# Exhibit 79
# Redacted

Tab 80

# Exhibit 80
# Redacted

Tab 81

# Exhibit 81
# Redacted

TAB
82

# Exhibit 82
# Redacted