(Rev. 08-28-2000)

TAB 83

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  IMMEDIATE  DEADLINE 9/7/01 Date:  08/29/2001

To:  CHARLOTTE                .        Attn:  SSA [                    ]
                                              SSRA[                    ]
                                              GREENSBORO RA
                                              SA[                    ]
                                              GREENSBORO RA

From:  BOSTON
       LAKEVILLE RESIDENT AGENCY
       Contact:  SA [                              ]

Approved By: [                              ]                          b6
                                                                       b7C
Drafted By: [                    ] jeb

Case ID #: 26A-BS-89139

Title:  GARY LEE SAMPSON;
        PHILIP A. MCCLOSKEY-VICTIM;
        JONATHAN RIZZO-VICTIM;
        ITSMV-CARJACKING;
        OO:BOSTON

## ARMED AND DANGEROUS

Synopsis:  To request from Charlotte background and history on
SAMPSON in the time that he has lived in North Carolina.

Enclosure(s):  List of notes from meeting, dated 8/24/01 between
State and Federal authorities regarding SAMPSON prosecution.

                                                                       b6
Details:  Re Boston EC to Charlotte, dated 8/1/01.                      b7C
          Re SSRA [          ] telcal to SSRA [          ] dated 8/29/01.

          The above case will be Federally prosecuted.

          As discussed in referenced phone call, the UNITED
STATES ATTORNEY'S OFFICE, District of Massachusetts, Boston, MA,
will be presenting evidence for indictment in above matter as
early as September 24, 2001.  U.S. ATTORNEY'S OFFICE is in the
process of petitioning the Attorney General to prosecute the
matter as a death penalty case.

          Consequently, information as to the associates, family,
behavior, and demeanor of SAMPSON during his time in North
Carolina is essential.  In effect, a full background
investigation, including neighborhood, employment, associates,

UPLOADED 26A-BS-89139 #22

WITH/TEXT ✓
WITHOUT/TEXT
BY
DATE  9.4.01

24 27 EB 31 EC

To: CHARLOTTE    From: BOSTON
Re: 26A-BS-89139, 08/29/2001

education, arrest, and medical regarding SAMPSON during his stay in North Carolina is requested.

The Assistant United States Attorney anticipates that a "stability and incompetence" defense will be made by SAMPSON's attorneys. Interviews in these areas are outlined in order to lock in witness statements as to the nature of SAMPSON's relationships, length of relationships, any violent behavior observed, SAMPSON's source of financial support, general intelligence of SAMPSON, and his ability to function in society.

If the need for subpoenas is anticipated for any information, please coordinate through SA [          ] at the Lakeville RA, [          ] or pager [          ]

b6
b7C

2

To: CHARLOTTE  From: BOSTON
Re: 26A-BS-89139, 08/29/2001

LEAD(s):

Set Lead 1:

CHARLOTTE

AT CHARLOTTE, NC

Conduct appropriate background investigation including
residence, employment, neighborhoods, associates, family, arrest
records, court appearances, medical, and/or psychological records
regarding GARY LEE SAMPSON.  It is anticipated this information
will be needed by September 7, 2001.

ARMED AND DANGEROUS

♦♦

3