! 7

Tab 84

| Form # PD103A | **Department of Environmental Management**<br>**Incident Report (IR)** | Reviewed<br>BY | DATE |
|---|---|---|---|

INSTRUCTIONS: For **MAJOR** incidents, please complete ALL questions.
For **MINOR** incidents, complete ONLY # 1, 2, 3, 4, 5, 8, 10, 11, 12, 15, 17, 18, and 19. *

* NOTE **BOLD** for **MINOR**

1. Region _SE_    2. Reporting Unit _MSSF_    3. Division/Bureau _RPC_

4. Incident Type: MAJOR ☑ OR Minor ☐    Please identify type(s) below:

a. Injury ____    e. Wildfire ____    i. Death ____
b. Fight/Disorder ____    f. Property Damage ____    j. Violation of other DEM Regs ____
c. Vandalism ____    g. Lost Person ____    k. Theft of State Property ____
d. Illegal Dumping ____    h. Lost Property ____    l. Specify if Other _Psych Disorder sub_

5. Person(s) DIRECTLY involved in the incident? (If more space needed, use #19)

_J. Barrett  356 Rowland St  Abington, MA 02351  781 878 7509_

NAME (Please Print)    ADDRESS    CITY    STATE    ZIP    PHONE #

---

– In this box, list ONLY NON-DEM persons directly involved –

6. If NOT # 5, incident reported by: Name _____ PHONE = ____

Address _____ Relationship to Person in # 5: _ Friend
_ Colleague _ Parent _ Spouse _ Family Member _ Bystander _ EMS   Other ____

7 Non-DEM WITNESS, AND their Relationship to Person(s) in # 5

A. _____
Name    Address    PHONE =
_ Friend _ Colleague _ Parent _ Spouse _ Family Member _ Bystander   Other - ____

B. _____
Name    Address    PHONE #
_ Friend _ Colleague _ Parent _ Spouse _ Family Member _ Bystander   Other - ____

C. _____
Name    Address    PHONE #
_ Friend _ Colleague _ Parent _ Spouse _ Family Member _ Bystander   Other - ____

---

8. Day of week incident occurred: Sun. _ Mon. _ Tue. _ Wed. _ Thurs. _ Fri. _ Sat. _

9 Time incident occurred: _6_ AM _ or PM ☑ Date: _7/27/01_

10. Time incident reported:    . AM ˙ or PM ⸋ . Date: ___ . ˙
                                                          Month    Day    YR

11. If incident involves PROPERTY, describe _____

_____

_____

12. Which DEM staff witnessed, reported, &/or responded to incident? (Details - #19)

Name _Joe Barrett_____ Title _Ishiver, I____ PHONE # _See 12, 26_

Name _Stece Rorilei_ Title _Supervisor__ PHONE # _____

Name _Lee Deniattec,_____ Title _Lover I___ PHONE # _____

       _Kathy Duguay_____ _Kanjer I___ ˙ .   ˙
13. Supervisor on duty at time of incident _Steve Rordel_____ _ . _
                                              NAME   (Please Print)        TITLE

14. If person received First Ai: on-site, WHO provided? ⸋ DEM: ⸋ EMS: ⸋ Other _       -

15. Describe Injuries

_____

_____

_____

_____

_____

_____

_____

16 Did DEM staff recommend victim(s) seek LAW Enforcement aid? ⸋ NO ⸋ YES _____

a. Did DEM staff request Law Enforcement assistance? ⸋ NO ☑ YES _Joseph Norvett_
                                                                                    Name"

b. Name of Law Enforcement Agency _EPD_____
                                                                       Name"

c. Responding Officer's Name _Akin__ _ _ __ Title __ _ . __ _ Badge # _M25_

17. If incident involved Motor Vehicle(s):              Number of Vehicles involved _____

Name of Operator_____ Address _____

Phone _____ License No. _____ State _____

Registration No_____ State _____ Insurance Co._____

Year _____ Make_____ Model _____Color _____

Name of Operator _____    Address _____

Phone _____    License No. _____    State _____

Registration No. _____    State _____    Insurance Co _____

Year _____    Make _____    Model _____    Color _____

Were photographs taken of the damaged vehicle(s) or property?  ☐ NO  ☐ YES _____
By WHOM?

18. DESCRIBE incident: (Specify First Aid rendered & by whom; location of incident; serial #s of stolen items; names, phone #s of other witnesses. Use more paper if needed)

Early fri (27ᵗʰ) afternoon a man was dropped off at College Pt. about 5:30 PM (when guards went up and Paul was clearing out e man was spotted by me sitting on a picnic table. The fa at he had randomly disappeared for some 5 his and th owed up again varied my suspicions. Coupled w a brief into him I decided that it was in my best interest to seek assis s story was that he worked for the US bru aversos and that he i. like one 90 day leave. After leave he was supposed to go bu overseas and work for the CIA. Everybody showed up win M.1. at my request. Just as we were all talking about who to do with him (this is after Mas and supervisors talked walked around the College Pond Restroom and said to me "I'm w led you don't Trust People" He then asked for directions to nearest Mas gave him a ride to long Pond

19. IR Completed by _____

NAME (Please Print) Joseph P Barrett

SIGNATURE [signature]

TITLE Laborer I
$12/01

DATE

IR Reviewed by _____
DEM Supervisor    NAME (Please Print) Robert MacKenzie

SIGNATURE [signature]

TITLE Supv III

DATE 8-7-01

FORM # PD103A

Cont. As it turns out, this man was William Saint
5/00₂