# Exhibit 85

TAB
85

# Redacted