TAB
89

COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OF ENVIROMENTAL AFFAIRS
DEPARTMENT OF ENVIROMENTAL MANAGMENT

A call came in about 6:00 p.m from College Pond. Joe Barrett had informed MS3 ( Joe Casey) and I (Lee DeMatteo) about a man having some psychiatric problems I would say this is from what I heard over the radio. The man had said that he had to go back to work for the C.I.A. But his assignment was down South. MS-3 then responded to call MS-1(Steve Roedl) and Mike 25(Bob Akins) about the situation at College Pond. Ranger Kathy Duguay(183) also responded down to College Pond Day Use Area. When we (Joe and Lee) got down to College Pond MS-3 was talking to Joe Barrett over the radio. That is where I was when I heard the man say he was in the U.S Navy and he was on a 90 day leave I then went down to the pond to remove a broken picnic table, which was placed in the back of 4220(State Vehicle.GMC pickup). And then Mike 25 asked the man if he had someone to pick him up from College Pond. The man had answered that he was going to the nearest bus station. Then Mike 25 had asked him he needed a lift to the end of the East Entrance. Then they (Mike 25 and the man) departed from College Pond to the East Entrance