Tab 91

# Exhibit 91
# Redacted