Tab
92

# Exhibit 92
# Redacted

Tab

# Exhibit 93
# Redacted