UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Cr. No. 01-10384-MLW |
| | ) | |
| GARY LEE SAMPSON | ) | |

ORDER (UNDER SEAL)

WOLF, D.J. April 15, 2011

The court has mailed the attached letters to the three jurors who testified in Gary Lee Sampson's postconviction proceedings.

This Order is hereby SEALED. A redacted version is being made part of the public record.

UNITED STATES DISTRICT JUDGE

United States District Court

Boston, Massachusetts 02210

**MARK L. WOLF**
CHIEF JUDGE

April 15, 2011

[redacted]

Re: <u>Gary Sampson</u>

Dear [redacted]

When you were summoned to testify in the proceedings concerning Gary Sampson's challenge to the jury verdict in his case, I told you that the hearing would not be open to the public, but this matter, including your testimony, might at some time become a matter of public record. As my Deputy Clerk, Daniel Hohler, has advised you, that time has come. I have just issued the attached April 15, 2011 Order unsealing the submissions and transcripts concerning this matter, with your name, specific identifying information, and certain sensitive matters removed.

Nevertheless, it is conceivable that members of the media will contact you. As the evidence is now complete, I am removing my prior direction that you not discuss this matter with the media, among certain others. However, you should understand that you have no obligation to speak to the media or anyone else. The choice is yours.

If you have any questions about this matter, please contact Mr. Hohler at 617-748-9159. Although restricted in some respects by the fact that Mr. Sampson's claim has not been decided, we will be as responsive as possible.

Thank you again for your cooperation and understanding.

Sincerely yours,

Mark L. Wolf

Mark L. Wolf

United States District Court

Boston, Massachusetts 02210

MARK L. WOLF
CHIEF JUDGE

April 15, 2011

[redacted]

Re: Gary Sampson

Dear [redacted]:

When you were summoned to testify in the proceedings concerning Gary Sampson's challenge to the jury verdict in his case, I told you that the hearing would not be open to the public, but this matter, including your testimony, might at some time become a matter of public record. As my Deputy Clerk, Daniel Hohler, has advised you, that time has come. I have just issued the attached April 15, 2011 Order unsealing the submissions and transcripts concerning this matter, with your name, specific identifying information, and certain sensitive matters removed.

Nevertheless, it is conceivable that members of the media will contact you. As the evidence is now complete, I am removing my prior direction that you not discuss this matter with the media, among certain others. However, you should understand that you have no obligation to speak to the media or anyone else. The choice is yours.

If you have any questions about this matter, please contact Mr. Hohler at 617-748-9159. Although restricted in some respects by the fact that Mr. Sampson's claim has not been decided, we will be as responsive as possible.

Thank you again for your cooperation and understanding.

Sincerely yours,

Mark L. Wolf

Mark L. Wolf

United States District Court

Boston, Massachusetts 02210

MARK L. WOLF
CHIEF JUDGE

April 15, 2011

[redacted]

Re: Gary Sampson

Dear [redacted]

When you were summoned to testify in the proceedings concerning Gary Sampson's challenge to the jury verdict in his case, I told you that the hearing would not be open to the public, but this matter, including your testimony, might at some time become a matter of public record. As my Deputy Clerk, Daniel Hohler, has advised you, that time has come. I have just issued the attached April 15, 2011 Order unsealing the submissions and transcripts concerning this matter, with your name, specific identifying information, and certain sensitive matters removed.

Nevertheless, it is conceivable that members of the media will contact you. As the evidence is now complete, I am removing my prior direction that you not discuss this matter with the media, among certain others. However, you should understand that you have no obligation to speak to the media or anyone else. The choice is yours.

If you have any questions about this matter, please contact Mr. Hohler at 617-748-9159. Although restricted in some respects by the fact that Mr. Sampson's claim has not been decided, we will be as responsive as possible.

Thank you again for your cooperation and understanding.

Sincerely yours,

Mark L. Wolf